## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                                                 SUPERIOR COURT
                                                                             Civil Action No. 04-971

---

LIONEL M. FLEMING,

       Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

       Defendant.

---

### NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

TO:   Clerk
       Superior Court of the Commonwealth of Massachusetts
       Hampden County
       50 State Street
       P.O. Box 559
       Springfield, MA 01102

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, a Notice of Removal (with attachments thereto) and a Notice to Opposing Counsel of Notice of Removal are being filed this day with the Clerk of the United States District Court for the District of Massachusetts, Springfield. Copies of said Notice of Removal and Notice to Opposing Counsel of Removal are attached hereto as Exhibits A and B respectively.

Respectfully submitted,

HOME DEPOT U.S.A., INC.

By their attorneys,

*[signature]*

Robert P. Joy (BBO # BBO# 254820)
Tracy Thomas Boland (BBO #638878)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: November 2, 2004

2

C

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

SUPERIOR COURT
Civil Action No. 04-971

---

LIONEL M. FLEMING,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

---

## NOTICE TO PRO SE PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT

TO:  Lionel M. Fleming
      43 Stebbins Street
      Chicopee, MA 01020

PLEASE TAKE NOTICE that Defendant Home Depot, U.S.A., Inc. has on the 2nd day of November 2004 filed in the Superior Court of the Commonwealth of Massachusetts, Hampden County, its Notice of Removal of the above-styled action from the Superior Court Department of the Commonwealth of Massachusetts, Hampden County (a copy of said Notice is attached hereto as <u>Exhibit A</u>) to the United States District Court for the Commonwealth of Massachusetts, together with copies of the Complaint filed by the Plaintiff in the Superior Court of the Commonwealth of Massachusetts, Hampden County.

You are advised that said Defendant, upon filing said Notice, filed a Notice of Removal to the Federal Court with the Clerk, Superior Court of the Commonwealth of

Massachusetts, Hampden County, and attached thereto copies of the following: (1) Notice of Removal with exhibits attached thereto; and (2) the Notice to Counsel of Removal of Action to Federal Court.

Such action has effected the removal of this action to the United States District Court for the District of Massachusetts, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446, and no further proceedings may be had in this state court action.

Respectfully submitted,

HOME DEPOT U.S.A., INC.

By their attorneys,

_____
Robert P. Joy (BBO # BBO# 254820)
Tracy Thomas Boland (BBO #638878)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: November 2, 2004

2