# United States District Court
# District of Massachusetts

CIVIL ACTION NO.: 04-30213-MAP

**LIONEL M. FLEMING,**
        **PLAINTIFF**

v.

**HOME DEPOT, U.S.A., INC,,**
        **DEFENDANT**

## ENTRY OF APPEARANCE

PLEASE ENTER my appearance as Attorney on behalf of Plaintiff, Lionel M. Fleming, in connection with the above-captioned matter.

Dated: December 23, 2004        Respectfully submitted.

        _____
        Tammy Sharif
        Attorney for Plaintiff
        Law Firm of Tammy Sharif
        The Walker Building
        1242 Main Street, Suite 314
        Springfield, MA 01103
        BBO# 659134
        Telephone: 413.439.0200 / Fax: 413.785.0801

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the within Entry of Appearance was this day served upon all parties to this action by mailing same, first class postage prepaid, to all Attorneys of record.

SIGNED under the pains and penalties of perjury.

Dated: December 23, 2004                     _____
                                             Tammy Sharif