# United States District Court
# District of Massachusetts

CIVIL ACTION NO.: 04-30213-MAP

**LIONEL M. FLEMING,**
        **PLAINTIFF**

**v.**

**HOME DEPOT, U.S.A., INC,,**
        **DEFENDANT**

**PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE
WITH ASSENT**

NOW COMES Plaintiff, Lionel M. Fleming, in the above-captioned matter and respectfully moves this Honorable Court to continue the Scheduling Conference now scheduled for January 5. 1005 for the following reason:

- Plaintiffs' counsel is scheduled for several criminal pre-trials in Springfield District Court, Trial Department on January 5, 2005; and
- Plaintiffs' counsel was just retained for the above captioned case on Thursday, December 16, 2004 and is need of further time to prepare and conference with Defense counsel.

For the foregoing reason, Plaintiff requests that said Scheduling Conference be continued until such time as may please the Court.

Dated: December 22, 2004    Respectfully submitted.

                                                          Plaintiff Lionel M. Fleming,
                                                          By his Attorney,

                                                          TS_____.

                                                          Tammy Sharif
                                                          Attorney for Plaintiff
                                                          Law Firm of Tammy Sharif
                                                          The Walker Building
                                                          1242 Main Street, Suite 314
                                                          Springfield, MA 01103

                    BBO# 659134
                    Telephone: 413.439.0200 / Fax: 413.785.0801

      TTB_____.
      Tracy Thomas Boland
      Attorney for Defendant
      Home Depot, U.S.A., Inc.,
      Morgan, Brown & Joy, LLP
      One Boston Place,
      Boston, MA  02108

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Motion to Continue Scheduling Conference was this day served upon Defendant by mailing same, first class postage prepaid to Tracy Thomas Boland, Attorney for Defendant Home Depot, U.S.A., Inc., Morgan, Brown & Joy, LLP, One Boston Place, Boston, MA  02108.

SIGNED under the pains and penalties of perjury.

Dated:  December 20, 2004                    _____
                                                  Tammy Sharif, Esq.