UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
LIONEL M. FLEMING,                  )
                                                    )
       Plaintiff,                          )
                                                    )
v.                                                )       Civil Action No.  04-30213-MAP
                                                    )
HOME DEPOT U.S.A., INC.,        )
                                                    )
       Defendant.                        )
_____)

**CHANGE OF ADDRESS NOTIFICATION**

     PLEASE TAKE NOTICE that effective immediately, the address for the attorney of record for the defendant in the above-entitled action will be:

        Morgan, Brown & Joy, LLP
        200 State Street, 11th Floor
        Boston, MA 02109-2605
        T: (617) 523-6666
        F: (617) 367-3125

                                  Respectfully submitted,

                                HOME DEPOT U.S.A., INC.

                                By its attorneys,

                                /s/_____
                                Robert P. Joy (BBO# 254820)
                                Tracy Thomas Boland (BBO# 638878)
                                MORGAN, BROWN & JOY, LLP
                                200 State Street, 11th Floor
                                Boston, MA 02109
                                (617) 523-6666

Dated: January 5, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, pro se, Lionel M. Fleming, 43 Stebbins Street, Chicopee, MA 01020, by first-class mail on this 5th day of January, 2005.

                                                        _____
                                                           Tracy Thomas Boland