UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIONEL M. FLEMING,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Civil Action No. 04-30213-MAP |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff Lionel M. Fleming and defendant, Home Depot U.S.A., Inc., hereby submit their Joint Statement Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, dated December 27, 2004.

### I.   Discovery Schedule

A.   All fact discovery, including written discovery and depositions of fact witnesses, to be completed by September 29, 2005.

B.   All written discovery and depositions of expert witnesses to be completed by November 24, 2005.

### II.   Motion Schedule

All dispositive motions to be filed by January 19, 2006.

### III.   Trial by Magistrate Judge

The parties do not consent to trial by magistrate judge.

IV. **Certifications Signed by Counsel and Parties**

The parties will file their respective Local Rule 16.1(D)(3) certifications at the January 21, 2005 scheduling conference.

| | |
|---|---|
| LIONEL M. FLEMING, | HOME DEPOT U.S.A., INC. |
| By his attorney, | By its attorneys, |
| *[signature]* | *[signature]* |
| Tammy Sharif, Esq. (BBO# 659134)<br>Law Firm of Tammy Sharif<br>The Walker Building<br>1242 Main Street, Suite 314<br>Springfield, MA 01103<br>413 439-0200 | Robert P. Joy, Esq. (BBO# 254820)<br>Tracy Thomas Boland, Esq. (BBO# 638878)<br>MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, Massachusetts 02109<br>617 523-6666 |

Dated: January 13, 2005