UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIONEL M. FLEMING, )
)
Plaintiff, )
)
v. ) Civil Action No. 04-30213-MAP
)
HOME DEPOT U.S.A., INC., )
)
Defendant. )

## DEFENDANT'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Home Depot U.S.A., Inc. (hereinafter "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Defendant will be prepared to respond to whether it will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

Respectfully submitted,

HOME DEPOT U.S.A., INC.
2455 Paces Ferry Road, N.W.
Atlanta, GA 30339-4024

_____
Derek Bottoms, Esq.
Director - Legal, Employment and Labor Law


And by its attorneys,

_____
Robert P. Joy, Esq. (BBO# 254820)
Tracy Thomas Boland, Esq. (BBO# 638878)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

Dated: January 21, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, *pro se*, Lionel M. Fleming, 43 Stebbins Street, Chicopee, MA 01020, by hand on this 21 day of January 2005.

_____
Tracy Thomas Boland

2