# United States District Court
# District of Massachusetts

CIVIL ACTION NO.: 04-30213-MAP

LIONEL M. FLEMING,
           PLAINTIFF

v.

HOME DEPOT, U.S.A., INC,,
           DEFENDANT

## LOCAL RULE 16.1 CERTIFICATION OF PLAINTIFF

Pursuant to Untied States District Court Local rule 16.1(D), Lionel Fleming, Plaintiff in the above-captioned action, and Tammy Sharif, counsel to Fleming in this action, hereby certify and confirm that they have conferred:

a. with a review to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

           Respectfully submitted,

PLAINTIFF             COUNSEL FOR PLAINTIFF

_____     _____
Lionel Fleming             Tammy Sharif, BBO #659134
                                        The Walker Building
                                        1242 Main Street, Suite 314
                                        Springfield, MA 01103
                                        Telephone: 413.39.0200
                                        Fax: 413.78.0801

Dated: January 21, 2005