UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIONEL M. FLEMING,           )
       Plaintiff            )
                                    )
v.                           )    Civil Action No. 04-30213-MAP
                                    )
                                    )
HOME DEPOT, U.S.A., INC.,    )
       Defendant            )

SCHEDULING ORDER
January 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on January 21, 2005:

1.    All written discovery and non-expert depositions shall be completed by September 29, 2005.

2.    Counsel shall appear for a case management conference on October 6, 2005, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                         /s/ Kenneth P. Neiman
                         KENNETH P. NEIMAN
                         U.S. Magistrate Judge