UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
LIONEL M. FLEMING,          )
                            )
         Plaintiff,         )
                            )
v.                          )       Civil Action No.  04-30213-MAP
                            )
HOME DEPOT U.S.A., INC.,    )
                            )
         Defendant.         )
_____)
```

**STIPULATION FOR SERVICE OF INITIAL DISCLOSURES
PURSUANT TO F.R.C.P. 26(a)(1) and L.R. 26.2(A)**

Plaintiff Lionel M. Fleming and defendant, Home Depot U.S.A., Inc., hereby stipulate that they have agreed to serve their respective initial disclosures, as required by F.R.C.P. 26(a)(1) and L.R. 26.2(A), on or before February 16, 2005.


| LIONEL M. FLEMING, | HOME DEPOT U.S.A., INC. |
|---|---|
| By his attorney, | By its attorneys, |
| /s/Tammy Sharif | /s/Tracy Thomas Boland |
| Tammy Sharif, Esq. (BBO# 659134) | Robert P. Joy, Esq. (BBO# 254820) |
| Law Firm of Tammy Sharif | Tracy Thomas Boland, Esq. (BBO# 638878) |
| The Walker Building | MORGAN, BROWN & JOY, LLP |
| 1242 Main Street, Suite 314 | 200 State Street |
| Springfield, MA 01103 | Boston, Massachusetts  02109 |
| 413 439-0200 | 617 523-6666 |

Dated: February 1, 2005