UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIONEL M. FLEMING,<br>　　　　Plaintiff　　) <br>)<br>)<br>v.　　　　　　　　　　　)<br>)<br>)<br>HOME DEPOT U.S.A., INC.,　)<br>　　　　Defendant　　) | Civil Action No. 04-30213-MAP |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all future proceedings relative to the above captioned matter.

DATE: August 22, 2005

　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge