UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LIONEL FLEMING**

              V.   **CASE NO. 04-30213 - MAP**

**HOME DEPOT**

## NOTICE OF RESCHEDULING HEARING

PLEASE TAKE NOTICE that the above-entitled case has been RESCHEDULED for a CASE MANAGEMENT CONFERENCE TO BE HELD ON OCTOBER 19, 2005 AT 2:00 P.M. before Michael A. Ponsor, U.S. D.J   In Courtroom # __1__ on the __5th__ floor.

                                                  SARAH THORNTON
                                                  CLERK OF COURT

__9/9/05__                                    By: __/s/ Elizabeth A. French__
    Date                                              Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                        [kntchrgcnf.]
                                                                           [ntchrgcnf.]