UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LIONEL M. FLEMING, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-30213-MAP |
| HOME DEPOT U.S.A., INC., | ) | |
| Defendant, | ) | |

**ASSENTED-TO MOTION TO EXTEND DISCOVERY ORDER AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

Now comes the Plaintiff and moves for an extension of eight weeks (i.e., until November 29, 2005) to complete discovery and non-expert depositions. In support thereof, the plaintiff's state:

1. In early May 2005, Plaintiff's Counsel experienced a medical emergency and complications with her eye sight.

2. Counsel continued to experience complications with her eye sight during the months of May, June, and July.

3. Due to Counsel's unanticipated medical emergency, she requires additional time to prepare Plaintiff's case.

4. Counsel for the defendants has assented to this motion.

For the foregoing reasons, Plaintiff's Counsel respectfully request an extension of time to complete discovery,

LIONEL M. FLEMING,

By his attorney,

/s Tammy Sharif
Tammy Sharif, Esq. (BBO# 659134)
Law Firm of Tammy Sharif
The Walker Building
1242 Main Street, Suite 314
Springfield, MA 01103
413 439-0200

ASSENTED TO:

HOME DEPOT U.S.A., INC.,

By its attorneys,

/s Tracy Thoms Boland
Robert P. Joy (BBO# 254820)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617 523-6666


Dated: September 9, 2005