UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LIONEL M. FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30213-MAP |
| | ) | |
| HOME DEPOT U.S.A., INC. | ) | |
| | ) | |
| Defendant, | ) | |

**ASSENTED-TO MOTION TO EXTEND DISCOVERY ORDER AND TO
CONTINUE CASE MANAGEMENT CONFERENCE**

Now comes the Plaintiff and moves for an extension of 30 days to complete discovery and non-expert depositions. In support thereof, the plaintiff's state:

1. Plaintiff's Counsel just underwent a medical procedure to help correct an eye condition that she has been battling with over the past several months.

3. Due to Counsel's medical condition and time needed for recovery, she requires additional time to prepare Plaintiff's case.

4. Counsel for the defendants has assented to this motion.

For the foregoing reasons, Plaintiff's Counsel respectfully request an extension of time to complete discovery,

        LIONEL M. FLEMING,

        By his attorney,

        /s Tammy Sharif
        Tammy Sharif, Esq. (BBO# 659134)
        Law Firm of Tammy Sharif
        The Walker Building
        1242 Main Street, Suite 314
        Springfield, MA 01103
        Ph. 413.439.0200 Fax: 413.785.0801

ASSENTED TO:
HOME DEPOT U.S.A., INC.,
By its attorneys,

/s Tracy Thoms Boland
Robert P. Joy (BBO# 254820)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617 523-6666
Dated: November 29, 2005