**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LIONEL M. FLEMING, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-30213-MAP |
| HOME DEPOT U.S.A., INC. | ) ) ) | |
| Defendant, | ) ) | |

**PLAINTIFF'S MOTION FOR A FURTHER EXTENSION OF DISCOVERY**
**DEADLINE AND CASE MANAGEMENT CONFERENCE**

Now comes the Plaintiff and moves for a further extension of 60 days to complete discovery and non-expert depositions. In support thereof, the plaintiff states:

1. In Plaintiff's last Motion For A Further Extension of Discovery filed on December 30, 2005, Plaintiff's counsel stated that she was is in recovery from a medical condition and procedure.

2. Due to the nature of Counsel's lengthy medical condition (vision impairment), it has been impossible for her to effectively prepare Plaintiff's case.

3. Plaintiff's counsel will return to work on Monday 6, 2006. Due to counsel's extended recovery period preventing her from properly preparing Plaintiff's case, she respectfully requests a further extension of discovery until April 30, 2006.

4. Plaintiff remains employed with Defendant, and it is not believed that his job is in jeopardy at this time. Although the Parties in this case have not reached a settlement agreement, Plaintiff has recently expressed interest in settling this case

5. It is believed that the requested extension will cause no prejudice or harm to the Defendant.

WHEREFORE, the Plaintiff respectfully request that the Court grant his motion for an

extension until March 31, 2006 as the deadline for non-expert discovery and depositions and rescheduling of the case management conference previously set for March 14, 2006 to a date that is convenient for the Court.

                                                LIONEL M. FLEMING,

                                                By his attorney,

                                                /s/ Tammy Sharif
                                                Tammy Sharif, Esq. (BBO# 659134)
                                                Law Firm of Tammy Sharif
                                                The Walker Building
                                                1242 Main Street, Suite 314
                                                Springfield, MA 01103
                                                Ph. 413.439.0200 Fax: 413.785.0801

Dated: February 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the following attorneys of record for each party by electronic case filing.

HOME DEPOT U.S.A., INC.,
Tracy Thomas Boland
Robert P. Joy
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109