# United States District Court
## District of Massachusetts

CIVIL ACTION NO.: 04-30213-MAP

**LIONEL M. FLEMING,**
           **PLAINTIFF**

v.

**HOME DEPOT, U.S.A., INC,,**
           **DEFENDANT**

MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(c) of the Rules of this Court, Tammy Sharif respectfully move this Court for leave to withdraw her appearance as counsel for plaintiff. The grounds for this motion are set forth in the accompanying memorandum.

           Respectfully Submitted,

           /sTammy Sharif

           Tammy Sharif, Esq. (BBO#659134)
           1242 Main Street, Suite 314
           Springfield, MA 01103
           Ph. 413-439-0200 / Fax 413-785-0801