# United States District Court
# District of Massachusetts

CIVIL ACTION NO.:  04-30213-MAP

**LIONEL M. FLEMING,**
                **PLAINTIFF**

**v.**

**HOME DEPOT, U.S.A., INC,,**
                **DEFENDANT**

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5(f) of the Rules of this Court, Tammy Sharif has respectfully moved this Court for leave to withdraw her appearance as counsel for plaintiff. This motion should be granted for reasons set forth in this memorandum.

Certain fundamental differences of opinion have arisen between Movant, on the one hand, and plaintiff, on the other hand, as to the future course of this litigation. These differences of opinion are so basic to the issues involved in this action, and to professional ethical obligations of Movant, as to compel Movant to withdraw from representation.

Movant seek to withdraw on the grounds that one or more of the circumstances set forth in Massachusetts Rules of Professional Conduct Rule 1.16 permit withdrawal of representation by leave of court after notice to the client under paragraph (c), of the rule. That rule provides:

Except as stated in paragraph (c), a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if:

    (1) the client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent;

    (2) the client has used the lawyer's services to perpetrate a crime or fraud;

    (3) a client insists upon pursuing an objective that the lawyer considers repugnant or imprudent;

(4) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(5) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(6) other good cause for withdrawal exists.

The presence of one of these circumstances is sufficient grounds to permit withdrawal.

Plaintiff has been informed, in writing, of the full and complete basis on which Movant seek withdrawal, as well as the intention of Movant to file the motion. Movant have advised plaintiff, in writing, of the need to seek alternative counsel immediately, so that she may expeditiously proceed with her case should this court grant Movant' request for withdrawal as counsel. Plaintiff has not yet apprised Movant whether plaintiff will oppose this motion to withdraw.

Movant emphasize that this motion is based on differences of opinion between Movant and plaintiff as to litigation strategy and related matters.

Tammy Sharif respectfully request that their motion for leave to withdraw their appearance as counsel for plaintiff be granted.

    Respectfully Submitted,

    /sTammy Sharif


    Tammy Sharif, Esq. (BBO#659134)
    1242 Main Street, Suite 314
    Springfield, MA 01103
    Ph. 413-439-0200 / Fax 413-785-0801