Elizabeth French
Clerk's Office
1550 Main Street
Springfield, MA
01105



June 3, 2006

Dear Ms. French;

I am writing to request continuos for my June 19, 2006 US District Court Date, with Judge Michael A. Ponsor.

Enclosed you will find copies of my lawyer's correspondence with me. She recently dropped me as a client. Prior to this, she was unreachable, and made no contact with me concerning my case.

I am still currently waiting for my files from her, and seeking legal advice. Therefore, I need time to inform my self on what action I need to take for my court date.

Sincerely,

Lionel M. Fleming

Civil Action No.: 04-30213-MAP
Lionel M Fleming v. Home Depot U.S.A. INC.

43 Stebbins Street
Chicopee, MA
01020

(413) 363-0210
Lionel-Fleming@excite.com

*Lionel M Fleming*

# LAW FIRM OF TAMMY SHARIF

The Walker Building
1242 Main Street, Suite 314
Springfield, MA 01103

Phone: 413.736.3300
Fax: 413.785.0801
Email: SharifLawiFirm@aol.com

**CERTIFIED MAIL**

May 25, 2006

Mr. Lionel M. Fleming
43 Stebbins Street, Apt.3
Chicopee, MA 01020

RE: LIONEL M. FLEMING v. HOME DEPOT U.S.A., INC.,
    CIVIL ACTION NO.: 04-30213-MAP

Dear Mr. Fleming:

As you are aware, I no longer represent you in the above mentioned matter. This letter is to inform you that your next scheduled court date will be held on June 19, 2006 at 3:00 p.m. before Judge Michael A Ponsor. Your case is still open, however, failure to appear will result in dismissal of your case.

I am in the process of photocopying your file. You should expect it next week.

Should you have any questions regarding this matter, please contact me at 736-3300.

Sincerely,

Tammy Sharif, Esq.

Cc: US District Court
    Western Division

*[Handwritten annotations: "Conference continued", "Continuous motion continued", "y Court Room", "Elizabeth French", "Clerk's Off", "1550 Main St", "Springfield M", "01103", "785-0314", "US District Court"]*