```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

LIONEL M. FLEMING,            )
       Plaintiff     )
                     )
     v.                     ) NO. 04-30213-MAP
                     )
HOME DEPOT U.S.C., INC.,      )
       Defendant     )

<u>MEMORANDUM AND ORDER REGARDING</u>
<u>PLAINTIFF'S MOTION TO CONTINUE</u>
(Docket No. 23)

June 12, 2006

**PONSOR, D.J.**

On May 1, 2006, the court allowed the motion of Plaintiff's counsel to withdraw. Plaintiff, now <u>pro se</u>, filed a motion on June 3, 2006 for a continuance of the case management conference currently scheduled for June 19, 2006 at 3:00 p.m. This motion is hereby ALLOWED. Substitute counsel for Plaintiff will file his or her appearance by July 31, 2006. Alternatively, Plaintiff may confirm that he will proceed representing himself, by that date. Failure of replacement counsel for Plaintiff to file an appearance, or alternatively, failure of Plaintiff to confirm that he will be proceeding, <u>pro se</u>, will result in dismissal of this matter. Assuming the necessary information is filed by July 31, 2006, the court will set the matter for a case management conference.

It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```