United States District Court
For the District of Massachusetts

**Lionel M. Fleming, plaintiff**

v.

**Home Depot USA, Inc., defendant**

No. 04-30213-MAP

Docket No. 23
Case Number 3:04-cv-30213

June 21, 2006

**Confirmation to proceed with Case Management Conference.**

Dear U. S. District Judge Michael A. Ponsor;

Thank you for granting my continuance of the case management conference scheduled June 19, 2006. June 19, 2006, I received my files from my previous lawyer.

I am confirming to proceed with the case management conference. As of today, I will be proceeding pro se. And I am currently looking for a lawyer to represent me. I will notify the courts by July 31, 2006, if and when I have found legal representation.

Sincerely,

Lionel M. Fleming

(413) 363-0210

43 Stebbins Street
Chicopee, MA
01020

Lionel-Fleming@excite.com
Mdcann@excite.com

*Lionel M Fleming*