August 8, 2006

Morgan, Brown & Joy, LLP
200 State Street
Boston, MA  02109-2605

CC: U. S. District Judge Michael A. Ponsor
Unite States District Court
Clerk's Office
1550 Main Street
Springfield, MA  01105

Please direct correspondence to me, Lionel M. Fleming, 43 Stebbins Street, Chicopee,
MA 01020. (413) 363-0210. Lionel-fleming@excite.com

Thank you,

Lionel M. Fleming

Civil Action No.: 04-30213-MAP
Docket no. 23
Case Number 3:04-cv-30213

Lionel M. Fleming, plaintiff

v.

Home Depot USA, Inc., defendant