United States District Court
Office Of The Clerk
United States Court House
1550 Main Street
Springfield, MA
01103

FILED
IN CLERK'S OFFICE

5   12:18

U.S. DISTRICT COURT
DISTRICT OF MASS

August 12, 2006

Lionel M. Fleming, plaintiff
V
Home Depot USA, Inc., defendant
No. 04-30213-MAP

Dear Judge Michael A. Ponsor;

August 10, 2006, I received the "Memorandum and Order Regarding Plaintiff's Motion To Continue". (Docket No. 23)

 I will proceed to represent myself, as stated in my request to continue my case management conference.
Prior to July 31, 2206 I made a phone call to the Office of the Clerk, confirming my request.

I am actively seeking legal representation, and I will notify the court if a replacement counsel represents me.

Thank you,

Lionel M. Fleming
43 Stebbins Street
Chicopee, MA
01020
(413) 363-0210

*Lionel M. Fleming*