# MORGAN, BROWN & JOY, LLP

ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

TRACY THOMAS BOLAND

DIRECT DIAL (617) 788-5052
tboland@morganbrown.com

August 21, 2006

Ms. Elizabeth French
United States District Court
for the District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re: **Fleming v. Home Depot U.S.A., Inc.**
**Civil Action No. 04-30213-MAP**

Dear Ms. French:

My firm represents the Defendant in the above-referenced matter. As you know, Mr. Fleming recently notified the Court he is proceeding *pro se*. Mr. Fleming's prior counsel withdrew in April 2006. Due to former plaintiff's counsel's health problems, this case understandably was inactive for many months prior to time. As a result, it has been a long while since any progress has been made towards resolution of this matter.

Although we understand the previous unavoidable delays, we would like to get this case back on track. To that end, we hereby respectfully request a case management conference at a time that is convenient for the Court.

Please contact me with any questions. Thank you for your attention to this matter.

Sincerely,

Tracy Thomas Boland

cc: Mr. Lionel Fleming, *pro se*
Robert P. Joy, Esq.
Joseph P. McConnell, Esq.