09/05/2006 TUE 09:26  [TX/RX NO 6593]  @002

# MORGAN, BROWN & JOY, LLP

### ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

TRACY THOMAS BOLAND

DIRECT DIAL (617) 788-5052
tboland@morganbrown.com

September 5, 2006

**VIA FACSIMILE AND U.S. MAIL**

Ms. Elizabeth French
United States District Court
for the District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re:   Fleming v. Home Depot U.S.A., Inc.
      Civil Action No. 04-30213-MAP

Dear Ms. French:

Thank you for scheduling a case management conference. Unfortunately, the date, October 11, 2006, is the day before I start a week-long trial in Bristol County Superior Court. Would it be possible to reschedule the conference for a date convenient for the Court sometime in September?

I appreciate your assistance.

Sincerely,

Tracy Thomas Boland

cc:   Mr. Lionel Fleming, *pro se*
      Robert P. Joy, Esq.
      Joseph P. McConnell, Esq.

*Construed as a motion to continue Allowed - Hrg reset to 9-29-06 a 2:30 pm*

*Ponsor USDJ*

*By Elizabeth ... Depult*