Morgan, Brown & Joy, LLP
Attorneys At Law
200 State Street
Boston, MA
02109-2605

September 8, 2006

Cc: Judge Michael A. Ponsor
Ms. Elizabeth French
United States District Court
Federal Building
1550 Main Street
Springfield, MA
01103

Dear Morgan, Brown & Joy, LLP;

Please take note of my new address and phone number.

I request an opportunity to discuss with you my case.

As you may or may not know, I again took another Department Head position, with Home Depot. This now makes my 6th time holding a Department Head position, with Home Depot.

And again, I was denied another Assistant Manager position, with Home Depot. This most recent position came open in the department of which I am the Department Head. I was not even interviewed for this position.

It has been years that I have been denied a managerial position, with Home Depot. And it has been years that I have been fighting for my right of promotion, with Home Depot.

Please contact me to arrange a meeting.

Sincerely,
 Lionel M. Fleming
76 Temple Street
Springfield, MA
01105
(413) 363-0210

Lionel M. Fleming, plaintiff
V
Home Depot USA, Inc., defendant
No. 04-30213-MAP

*Lionel Fleming*