UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LIONEL M. FLEMING,           )
          Plaintiff          )
                             )
          v.                 ) Civil Action No. 04-30213-MAP
                             )
HOME DEPOT U.S.A., INC.,     )
          Defendant          )

SCHEDULING ORDER

October 5, 2006

PONSOR, D.J.

     Plaintiff, pro se, and counsel for Defendant appeared for a case management conference on September 29, 2006.  At that time, the parties agreed to make an effort to resolve this matter through mediation.

     With this in mind, the court hereby orders that counsel for Defendant and plaintiff, pro se, appear for mediation on November 6, 2006 at 3:00 p.m.  An order describing the preparation for mediation is attached.

     It is So Ordered.

                         /s/ Michael A. Ponsor
                         MICHAEL A. PONSOR
                         U. S. District Judge