```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

LIONEL M. FLEMING,           )
               Plaintiff    )
                             )
     v.                      ) Civil Action No. 04-30213-MAP
                             )
                             )
HOME DEPOT U.S.A., INC.,     )
               Defendant     )

### ORDER WITH RESPECT TO MEDIATION

October 5, 2006

PONSOR, D.J.

The parties are hereby notified that the court has scheduled a mediation conference at 3:00 p.m. on November 6, 2006, in Courtroom One, United States District Court, 1550 Main Street, Springfield, Massachusetts. All parties and counsel will participate in the conference in good faith and with the interest of settling the matter on mutually acceptable terms.

By no later than October 23, 2006, each party shall provide the court under seal a confidential settlement memorandum of no more than four pages addressing with candor the following points:

   1. A brief analysis of the key issues involved in the litigation, including a specific breakdown of the claimed damages.
   2. A description of the strongest and weakest legal and factual points in the party's case.
   3. A description of the strongest and weakest legal and factual points in the opponent's case.

    4.    The status of settlement negotiations, including the last settlement proposal made by each side. The parties are encouraged to exchange settlement proposals prior to the conference.

    5.    The settlement proposal that the party believes would be fair.

    6.    The settlement proposal that the party would be willing to make in order to conclude the matter at this time.

Each memorandum shall be sealed, held in confidence by the court and returned to the party at the conclusion of mediation. The memoranda shall be submitted to the Clerk's Office of the United States District Court, 1550 Main Street, Springfield, Massachusetts.

In the event any party believes the case is not ripe for mediation, please notify other counsel and the court as soon as possible.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U.S. District Judge