UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


LIONEL M. FLEMING, PRO SE,   )
                  Plaintiff  )
                             )
        v.                   ) Civil Action No. 04-30213-MAP
                             )
HOME DEPOT U.S.A., INC.,     )
                  Defendant  )


                    FURTHER SCHEDULING ORDER

                       December 14, 2006

PONSOR, D.J.

    Plaintiff, pro se, and counsel for Defendant appeared for mediation on December 13, 2006.  Efforts to settle the case at that time were unsuccessful.  Based on the representations of plaintiff, pro se, and of Defendant's counsel the court orders as follows

    1.  Plaintiff will consider the possibility of retaining new counsel and will, if he chooses, contact potential counsel.  Plaintiff, pro se, or new counsel, will report to the court, in writing, no later than January 31, 2007 regarding whether Plaintiff will proceed pro se or with an attorney.
    2.  If Plaintiff continues to represent himself, the court will establish a deadline for Defendant to file its Motion for Summary Judgement and Plaintiff will be given a date to file his opposition.

    3.  If new counsel for Plaintiff appears in the case, the court will set the matter for a status conference to establish a schedule for completion of all pretrial proceedings.  At this conference the court may address, if Plaintiff wishes, the possibility of reopening discovery briefly in light of the appearance of new counsel.

It is So Ordered.

                               <u>/s/ Michael A. Ponsor</u>
                               MICHAEL A. PONSOR
                               U.S. District Judge