January 19, 2007

Judge Michael A. Ponsor
U.S. District Court Judge
Clerk's Office
United States District Court
1550 Main Street
Springfield, MA 01103

Lionel M. Fleming, Plaintiff
V
Home Depot USA Inc., Defendant

Civil Action No. 04-30213-MAP

Dear Judge Michael A. Ponsor;

I have been actively searching for an attorney to represent me in my case.

I have met and discussed my case with Attorney Tani Sapirstein's assistant Attorney Carly Massey, and with Attorney David Hoose's assistant Cindy Turnbull. Both offices received selected files from my case, and I am awaiting their opinions and decision. Thank you for these recommendations.

I have also faxed and emailed the following offices, requesting to discuss my case with an attorney;
1. Volunteer Lawyers Project of the Boston Bar Association
2. Massachusetts Justice Project, In., Holyoke
3. American Civil Liberties Union of Massachusetts, Boston
4. American Civil Liberties Union of Massachusetts, Northampton
5. Lawyers Committee for Civil Rights Under the Law, Boston
6. American Civil Liberties Union of Massachusetts Western Regional Office

The lawyers Committee for Civil Rights Under the Law of the Boston Bar Association, responded, and spoke. They advised me to look for an attorney here in Springfield.

So, I am continuing my search for an attorney, and I am requesting that the January 31 deadline be extended.
Thank you for all your assistance.

Sincerely,

Lionel M. Fleming
(413) 363-0210
76 Temple Street
Springfield, MA 01105

*Lionel M. Fleming*