UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

LIONEL FLEMING,
           Plaintiff

Vs.

HOME DEPOT CORPORATION,
           Defendant

Case No. 04-30213-MAP

## NOTICE OF APPEARANCE OF COUNSEL

**To the Clerk:**

    Now comes Timothy J. Ryan, Esq. and through this Notice of Appearance hereby enters his appearance as Counsel on behalf of Plaintiff, Lionel Fleming.

The Plaintiff,
Lionel Fleming

By: _/s/ Timothy J. Ryan_
Timothy J. Ryan, BBO#551680
Ryan & Downey, P.C.
1441 Main Street, Suite 1040
Springfield, MA 01103-1450
T: (413) 214-6080
F: (413) 214-6085

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on March 19, 2007

_/s/ Timothy J. Ryan_