UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
LIONEL M. FLEMING,             )
                                   )
       Plaintiff,               )
                                   )
v.                                   )         Civil Action No.  04-30213-MAP
                                   )
HOME DEPOT U.S.A., INC.,     )
                                   )
       Defendant.            )
_____)

**JOINT MOTION TO EXTEND DEADLINE FOR**
**MOTIONS PURSUANT TO FED. R. CIV. P. 56**

      Defendant Home Depot U.S.A., Inc. ("Defendant") and Plaintiff Lionel Fleming ("Plaintiff") hereby move to extend the deadline for the filing of Rule 56 motions by thirty (30) days.  On March 23, 2007, the Court ordered Rule 56 motions to be filed by April 30, 2007 and oppositions thereto to be filed by May 31, 2007.  The parties jointly request the deadline for filing of Rule 56 motions be extended to May 31, 2007 and the deadline for oppositions thereto be extended to June 29, 2007.

      As grounds for this Motion, the parties state that Plaintiff has indicated his intention to file a motion to reconsider the Court's ruling on Plaintiff's Motion To Re-Open Discovery (which the Court denied by its Order dated March 23, 2007).  Moreover, Plaintiff has indicated a willingness to engage in settlement discussions.  Despite previous failed attempts at resolving this matter, Defendant has agreed to engage in these negotiations for a limited period of time prior to filing its motion for summary judgment.

WHEREFORE, for these reasons, the parties jointly request a limited extension to the deadline for Rule 56 motions such that Rule 56 motions must be filed by May 31, 2007 and oppositions thereto by June 29, 2007.

Respectfully submitted,

| | |
|---|---|
| LIONEL FLEMING, | HOME DEPOT U.S.A., INC., |
| By his attorney, | By its attorneys, |
| /s/ Timothy J. Ryan | /s/ Tracy Thomas Boland |
| Timothy J. Ryan (BBO# 551680) | Robert P. Joy, Esq. (BBO# 254820) |
| Ryan & Downey, P.C. | Joseph McConnell, Esq. (BBO# 566412) |
| 1441 Main Street, Suite 1040 | Tracy Thomas Boland, Esq. (BBO# 638878) |
| Springfield, MA 01030 | Morgan, Brown & Joy, LLP |
| 413 214-6080 | 200 State Street |
| | Boston, MA 02109 |
| | 617 523-6666 |

Dated: April 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the plaintiff, Timothy J. Ryan, by electronic notification, this 6 day of April 2007.

/s/ Tracy Thomas Boland
Tracy Thomas Boland