UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LIONEL M. FLEMING,            )
      Plaintiff     )
                    )
      v.            ) Civil Action No. 04-30213-MAP
                    )
HOME DEPOT U.S.A., INC.,      )
      Defendant     )

MEMORANDUM AND ORDER
REGARDING PLAINTIFF'S
MOTION FOR RECONSIDERATION
AND SCHEDULING ORDER
(Dkt. No. 40)

May 8, 2007

PONSOR, D.J.

    Plaintiff's Motion for Reconsideration of Court's Denial of Plaintiff's Motion to Extend Discovery is hereby ALLOWED. The court's original ruling on the Motion for Discovery was hasty and ignored certain unusual circumstances in this case. In order to move the case forward promptly, the court orders that further discovery unfold as follows.

    1. Any further interrogatories or requests for production may be served by either party no later than May 31, 2007.

    2. Any further depositions by either party will be completed by August 31, 2007.

    3. Expert reports (if any) as required by Fed. R. Civ. P. 26(a)(2) will be served no later than August 31, 2007.

    4. Depositions of experts will be completed by September 30, 2007.

    5. Counsel will appear again for a final pretrial

conference on October 9, 2007 at 3:00 p.m.  At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order.  <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

It is So Ordered.

                              <u>/s/ Michael A. Ponsor</u>
                              MICHAEL A. PONSOR
                              U. S. District Judge