UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
LIONEL M. FLEMING,                  )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )    Civil Action No.  04-30213-MAP
                                    )
HOME DEPOT U.S.A., INC.,            )
                                    )
         Defendant.                 )
_____)

**JOINT MOTION TO CHANGE PRETRIAL CONFERENCE**
**TO STATUS CONFERENCE**

Defendant Home Depot U.S.A., Inc. ("Defendant") and Plaintiff Lionel Fleming ("Plaintiff") hereby move to change the nature of the conference set for October 9, 2007 from a Final Pretrial Conference to a Status Conference.  On May 8, 2007, this Court granted Plaintiff's Motion for Reconsideration of his Motion to Reopen Discovery.  On the same date, the Court set a Final Pretrial Conference for October 9, 2007 at 3:00 p.m. and issued a Procedural Order in connection therewith.  The parties seek to change the nature of the Pretrial Conference to a Status Conference.

As grounds for this Motion the parties state the extended period of discovery has closed and the parties are prepared to move to the summary judgment phase of this litigation.  Also, Plaintiff intends to provide Defendant with a new settlement demand in the near future, which may facilitate previously failed settlement discussions.  As a result, the parties feel a Status Conference, wherein settlement and a summary judgment schedule can be discussed, would be more productive and appropriate at this juncture than a Final Pretrial Conference.  Altering the nature of this conference also will limit the

cost the parties will bear in complying with the Procedural Order, costs which may be wholly avoidable if the case settles or is resolved at summary judgment.

WHEREFORE, for these reasons, the parties jointly request the Final Pretrial Conference set for October 9, 2007 at 3:00 p.m. be changed to a Status Conference, thereby eliminating the need for the parties to comply with the Procedural Order.

Respectfully submitted,

| LIONEL FLEMING, | HOME DEPOT U.S.A., INC., |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Timothy J. Ryan | /s/ Tracy Thomas Boland |
| Timothy J. Ryan (BBO# 551680) | Robert P. Joy, Esq.  (BBO# 254820) |
| Ryan & Downey, P.C. | Joseph McConnell, Esq. (BBO# 566412) |
| 1441 Main Street, Suite 1040 | Tracy Thomas Boland, Esq. (BBO# 638878) |
| Springfield, MA 01030 | Morgan, Brown & Joy, LLP |
| 413 214-6080 | 200 State Street |
| | Boston, MA 02109 |
| | 617 523-6666 |

Dated:  September 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the plaintiff, Timothy J. Ryan, by electronic notification, this 26th day of September, 2007.

/s/ Tracy Thomas Boland
Tracy Thomas Boland