UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LIONEL M. FLEMING,            )
        Plaintiff    )
                     )
    v.                       ) Civil Action No. 04-30213-MAP
                     )
HOME DEPOT U.S.A., INC.,      )
        Defendant    )

SCHEDULING ORDER

October 10, 2007

PONSOR, D.J.

    Counsel appeared a final pretrial conference on October 9, 2007. Based on counsel's representations, the court orders as follows:

    1. Defendant's Motion for Summary Judgment will be filed no later than October 31, 2007.

    2. Plaintiff's opposition may be filed by November 26, 2007.

    3. Defendant's reply, if any, may be filed no later than December 3, 2007.

    4. Counsel will appear again for argument on December 13, 2007 at 2:00 p.m.

    5. Trial in this matter will commence on January 28, 2008 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a conference prior to commencement of jury selection. The trial will proceed there- after from 9:00 a.m. to 1:00 p.m.

    6. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed no later than January 21, 2008.

    7. As noted, trial in this case is formally scheduled to commence on January 28, 2008. Counsel are hereby

notified, however, that due to the court's congested trial docket the case may actually be called to trial on January 28 or any day during the <u>four weeks</u> following. Counsel should stay in touch with the courtroom deputy, Elizabeth French, to confirm the actual date for trial.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge