UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
LIONEL M. FLEMING,              )
                                              )
             Plaintiff,                )
                                              )
v.                                          )        Civil Action No.  04-30213-MAP
                                              )
HOME DEPOT U.S.A., INC.,    )
                                              )
             Defendant.              )
_____)

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR**
**MOTIONS PURSUANT TO FED. R. CIV. P. 56**

Defendant Home Depot U.S.A., Inc. ("Defendant") hereby moves to extend the deadline for the filing of Rule 56 motions by nine (9) days.  On October 10, 2007, the Court ordered Rule 56 motions to be filed by October 31, 2007, oppositions thereto to be filed by November 26, 2007, and a reply brief, if any, to be filed by December 3, 2007.  Defendant respectfully requests the deadline for filing of Rule 56 motions be extended to November 9, 2007, the deadline for oppositions thereto be extended to November 30, 2007, and the deadline for a reply brief, if any, be extended to December 7, 2007.  Plaintiff assents to this Motion.

As grounds for this Motion, Defendant states that undersigned counsel has a pre-planned trip out of the country prior to the current Rule 56 motion deadline.  Despite counsel's efforts to balance this with other pre-existing professional obligations, a short extension is necessary to complete Defendant's Motion for Summary Judgment.

WHEREFORE, for these reasons, Defendant respectfully requests this short extension to the deadline for Rule 56 motions such that Rule 56 motions must be filed by

November 9, 2007, oppositions thereto by November 30, 2007, and reply brief, if any, by December 7, 2007.

        Respectfully submitted,

        HOME DEPOT U.S.A., INC.,

        By its attorneys,

        /s/ Tracy Thomas Boland
        Robert P. Joy, Esq.  (BBO# 254820)
        Joseph McConnell, Esq. (BBO# 566412)
        Tracy Thomas Boland, Esq. (BBO# 638878)
        Morgan, Brown & Joy, LLP
        200 State Street
        Boston, MA 02109
        617 523-6666

**Assented to:**

/s/ Timothy J. Ryan
Timothy J. Ryan (BBO# 551680)
Ryan & Downey, P.C.
1441 Main Street, Suite 1040
Springfield, MA 01030
413 214-6080

Dated:  October 16, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon counsel for the plaintiff, Timothy J. Ryan, by electronic notification, this 16th day of October, 2007.

        /s/ Tracy Thomas Boland
        Tracy Thomas Boland