UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LIONEL FLEMING,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>    **Defendant.** | Civil Action No. 04-30213 MAP |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Home Depot U.S.A., Inc. ("Defendant" or "Home Depot") hereby moves for Summary Judgment pursuant to Rule 56.1 of the Local Rules of Civil Procedure and Rule 56 of the Federal Rules of Civil Procedure on each count of Plaintiff's Complaint. As explained more fully in the Memorandum filed herewith, because Plaintiff's claims are insupportable from the record developed in this matter, the Court should grant Defendant's Motion.

Plaintiff started his career with Home Depot in Florida and transferred to the West Springfield, Massachusetts store in the summer of 1999, where he remains employed currently. The centerpiece of Plaintiff's claim is that Home Depot discriminated against him based on his race when he was not promoted in October 2001 from Associate to Department Supervisor. Plaintiff also claims this lack of promotion constituted retaliation for a previous lawsuit Plaintiff brought against Home Depot in Florida years ago. Plaintiff has developed insufficient evidence to permit his claims to survive this Court's review at summary judgment.

Judgment should be entered in Defendant's favor because the undisputed facts reveal that Plaintiff cannot prevail as a matter of law on any of his causes of action.

        Respectfully submitted,

        HOME DEPOT, U.S.A., INC.
        By its attorneys,


        /s/ Tracy Thomas Boland
        Robert P. Joy (BBO No. 254820)
        Joseph P. McConnell (BBO No. 566412)
        Tracy Thomas Boland (BBO No. 638878)
        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, Massachusetts 02109
        617 523-6666

Date: November 9, 2007


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the plaintiff, Timothy J. Ryan, Ryan & Downey, P.C., 1441 Main Street, Suite 1040, Springfield, Massachusetts 01103, by electronic notification, this 9th day of November, 2007.

        /s/ Tracy Thomas Boland
        Tracy Thomas Boland