# EXHIBIT 1

```
 1                              Volume:  I
 2                              Pages:   1-46
 3                              Exhibits: 1
 4            UNITED STATES DISTRICT COURT
 5              DISTRICT OF MASSACHUSETTS
 6                         C.A. No. 04-30213-MAP
 7
 8      ------------------------------------
 9      LIONEL M. FLEMING,
10                 Plaintiff,
11          v.
12      HOME DEPOT, INC.,
13                 Defendant.
14      ------------------------------------
15
16           DEPOSITION of LIONEL M. FLEMING
17      Thursday, August 9, 2007, 10:35 a.m.-11:40 p.m.
18              MORGAN, BROWN & JOY, LLP
19                 200 State Street
20               Boston, Massachusetts
21
22
23       Court Reporter:  Paulette Cook, RPR/RMR
24
```

Lionel M. Fleming

Page 6

1          Can you give me your current address,
2    please.
3        A. 76 Temple Street.
4        Q. Okay.  That's in Springfield?
5        A. Correct.
6        Q. Who do you live there with?
7        A. Myself.
8        Q. Just yourself?
9        A. Yep.
10        Q. How long have you lived at that address?
11        A. About one year.
12        Q. Where were you before that?
13        A. Chicopee.  43 Stebbins Street,
14    S-T-E-B-B-I-N-S.
15        Q. And are you married?
16        A. No.
17        Q. Engaged?
18        A. No.
19        Q. Do you still have family in Florida?
20        A. Correct.
21        Q. And what of your family is there?
22        A. Everybody.  Brother, sister, mom, uncle
23    grand-daddy.  Niece and nephews.
24        Q. You have two children; is that right?

Page 7

1        A. Correct.
2        Q. Where are they?
3        A. In Florida.
4        Q. Do you have plans to return there?
5        A. Yes.
6        Q. Imminent plans?  Or do you have any idea
7    when you intend to do so?
8        A. When all this is over, I guess.
9        Q. This being this lawsuit?
10        A. Yeah.
11        Q. Have you taken any actual steps to start the
12    process of moving there, or is it just an idea you
13    have?
14        A. Just an idea.
15        Q. Have you been deposed in any -- in any
16    context or any other case I should say since we last
17    met in October of '05?
18        A. No.
19        Q. Have you given testimony in any case whether
20    it's yours or someone else's since October of '05?
21        A. No.
22        Q. Been involved in any other lawsuits in any
23    way?
24        A. No.

Page 8

1        Q. Are you taking any medication today that
2    would affect your ability to testify?
3        A. No.
4        Q. As you can probably tell, the questions --
5    I'll be specific with regard to this as best I can
6    be, but most of my questions relate to things that
7    have happened since we last met in October of '05
8    for purposes of updating the testimony that you gave
9    at that time.
10          With regard to that, can you tell me
11    where else, if anywhere, that you've worked since --
12    other than Home Depot since October of '05?
13        A. Yeah.  Sullivan Trucking Company which is
14    called Sulco, S-U-L-C-O.
15        Q. For what period of time did you work there?
16        A. Been there three years.
17        Q. Are you currently employed by them, too?
18        A. Yep.
19        Q. What do you do for them?
20        A. Load and unload trucks.
21        Q. And how many hours a week do you work with
22    them?
23        A. It varies.  Thirty to forty-five, fifty.
24        Q. Thirty to fifty hours a week?

Page 9

1        A. Yes.  Work there Monday through Saturday.
2        Q. Through Saturday?
3        A. Monday through Saturday.
4        Q. And what's your shift like?  Do you have a
5    shift that you tend to have there?
6        A. Yeah.  Morning.  Go in in the morning.
7        Q. What are the hours of that shift?
8        A. Like 7 to 5.
9        Q. Anywhere else that you've been employed
10    since '05?
11        A. No.
12        Q. And what's your rate of pay there?
13        A. Ten fifty an hour.
14        Q. What's your position now at Home Depot?
15        A. Department head of night -- night pack down.
16        Q. Pack down?
17        A. Hm Hm.
18        Q. You were -- so you were promoted from the
19    cross merchandising position you had when we last
20    met?
21        A. Correct.
22        Q. When did that promotion take place?
23        A. A little over a year ago.
24        Q. You were -- strike that.  Did you have to

3 (Pages 6 to 9)

Lionel M. Fleming

Page 10

1  interview for that department head position?
2  **A. Yes.**
3  Q. Who did you interview with?
4  **A. I don't know what Alice -- I don't know. In**
5  **human resource, Alice. I don't know her last name.**
6  Q. Okay. Zuvers sound familiar?
7  **A. Something like that. I cannot pronounce it.**
8  Q. Z-U-V-E-R-S. Is that the one person you met
9  with for the interview?
10  **A. Yes.**
11  Q. No managers?
12  **A. Not to my knowledge.**
13  Q. Do you know who else interviewed for the
14  position at the time?
15  **A. No.**
16  Q. You don't know who else interviewed?
17  **A. No.**
18  Q. Do you know of anybody else that was
19  promoted around the same time to department head?
20  **A. I can't recall.**
21  Q. How many employees do you supervise in your
22  current position?
23  **A. One on nights and four in the morning.**
24  Q. Explain to me what your shift is.

Page 11

1  **A. Ten to 7.**
2  Q. Ten p.m. to 7 a.m. So what person do you
3  supervise when you say one on nights?
4  **A. Maybe from 10 at night to 5 in the morning,**
5  **6 in the morning.**
6  Q. Then when you say you supervise four in the
7  morning, is that four -- you supervise four people
8  from 5 or 6 to 7 a.m.?
9  **A. Right. I give them instructions, pass 'em**
10  **out reports that they have to do, pack down lists.**
11  Q. Pack down lists?
12  **A. Hm Hm.**
13  Q. And tell me about your responsibilities as a
14  department head.
15  What are your responsibilities in your
16  position as you understand them to be?
17  **A. Get the shelf filled, you know, fill holes.**
18  Q. Anything else?
19  **A. And supervising my people.**
20  Q. Who's the one employee you supervise at
21  night?
22  **A. Dan Gilbert.**
23  Q. Do you know how to spell the last name?
24  **A. G-I-L-B-E-R-T.**

Page 12

1  Q. Oh, Gilbert. What are the -- you said that
2  you give the people who come in in the morning --
3  that you give them instructions for what they have
4  to do. What are the instructions about?
5  **A. They have to work the pack down list, but**
6  **sometimes they get taken away from there and they**
7  **have to do, you know, job tasks, something emergency**
8  **like safety issues.**
9  Q. You identify those safety issues for them to
10  deal with?
11  **A. Somebody had made a note, and I just pass it**
12  **onto them.**
13  Q. Who's the somebody? Somebody -- your
14  superior?
15  **A. Yeah. A supervisor.**
16  Q. Would it be a supervisor or a manager?
17  **A. A manager.**
18  Q. Okay. So who's your direct supervisor now
19  that you're a department head?
20  **A. Juan Santiago.**
21  Q. Has he been your direct superior since you
22  became a department head the whole time?
23  **A. Well, since he became on nights, yes.**
24  Q. Was he there when you were promoted to

Page 13

1  department head? Was he already an ASM?
2  **A. No.**
3  Q. Who was the ASM before him?
4  **A. Mike Latourelle.**
5  THE REPORTER: Latourelle?
6  THE WITNESS: Don't ask me to spell it.
7  MS. BOLAND: We'll get it for you at the
8  end.
9  Q. Has Mr. Santiago had any discussions with
10  you about performance-related issues since you've
11  been department head?
12  **A. No.**
13  Q. No?
14  **A. No.**
15  Q. Has Mr. Santiago had any discussions with
16  you about your failure to complete your pack down
17  responsibilities?
18  **A. Nope. No, he haven't.**
19  Q. Do you remember Mr. Santiago in November of
20  last year talking to you about criticizing him, your
21  superior, in front of other associates?
22  **A. Nope.**
23  Q. You don't remember that?
24  **A. Nope.**

4 (Pages 10 to 13)

Lionel M. Fleming

Page 34

1    A. That I don't know.
2    Q. Have you looked into that at all?
3    A. Like I said, I talked to Juan. He said
4    that, you know, they'll get in touch with you, you
5    know, when they get ready to send people. So I
6    don't know, you know.
7    Q. But your understanding -- just so I have it
8    clear, your understanding is that you need to go to
9    that training before you can even be considered for
10   an ASM position; is that right?
11   A. I think so, yeah.
12   Q. Have you had any training in anything since
13   October of '05 that you remember at Home Depot?
14   A. I can't remember right now.
15   Q. Let's go back to when we -- you were last
16   deposed in October of '05. You were -- it was
17   October of '05 that you had your deposition, and
18   then you were promoted in May of '06. Is that
19   right?
20   A. I think so.
21   Q. Do you remember if there were any offers to
22   interview for a department head position in between
23   those dates that you turned down like you previously
24   had?

Page 35

1    A. I can't remember.
2    Q. You can't remember. Do you have any
3    information to support a claim that you weren't
4    promoted to department head until May of '06 because
5    of your race?
6    A. When now?
7    Q. Do you have any information to support your
8    claim that you weren't promoted to department head
9    between the time of your last deposition and May of
10   '06 because of your race?
11   A. I don't understand the question.
12   Q. Okay. Well, when we deposed you last in
13   October of '05, we talked about what evidence you
14   had that your failure to be promoted to department
15   head was due to your race. Do you remember those
16   questions generally?
17   A. Not really but --
18   Q. Okay. Well, we can provide you with a copy
19   of your transcript if you like or you can accept my
20   representation that we did discuss whether you had
21   evidence up until that point to support your claim
22   that you were not yet promoted to department head
23   because of your race.
24       So my question now is do you have any

Page 36

1    evidence to support your claim that you were not
2    promoted to department head that has arisen since
3    you were deposed last in October of '05?
4    A. This is before I became department head or
5    after?
6    Q. For the period of October '05 to May '06
7    when you were promoted, do you have any evidence
8    that arose during that time period that supports
9    your claim that you weren't yet promoted because of
10   your race?
11   A. No.
12   Q. Same question for your claim that you
13   weren't yet promoted because you were being
14   retaliated against.
15       Do you have any evidence that arose
16   during that period of time as to that?
17   A. I can't recall. No, I don't remember.
18   Q. Who have you told -- strike that.
19       Have you told anyone at Home Depot about
20   your Florida lawsuit against Home Depot since
21   October of '05?
22   A. Don't remember.
23   Q. How about have you told anyone at Home Depot
24   since October of '05 about your Massachusetts

Page 37

1    lawsuit against Home Depot?
2    A. I can't remember.
3    Q. Has anyone at Home Depot talked to you about
4    your -- either of your lawsuits against Home Depot?
5    A. No.
6    Q. Do you know if anyone at Home Depot knows
7    about your lawsuits other than Mr. Catalina?
8    A. I'm pretty sure that somebody know, you
9    know, 'cause they don't -- everybody talk about
10   everything around there. Ain't nothing secret
11   around there.
12   Q. Do you know of anybody specifically that you
13   for sure?
14   A. No.
15   Q. Since your deposition in October of 2005,
16   have you made any complaints at Home Depot of race
17   discrimination?
18   A. No.
19   Q. How about any complaints since that time of
20   retaliation?
21   A. No.
22   Q. Are you familiar with Home Depot's aware
23   line or alert line as it's sometimes called?
24   A. Yeah, but that's a joke.

10 (Pages 34 to 37)