# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIONEL FLEMING,<br><br>  Mr. Fleming,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>  Defendant. | Civil Action No. 04-30213 MAP |

### AFFIDAVIT OF CHRISTOPHER O. CATALINA
### IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Christopher O. Catalina, depose and state upon personal knowledge the following:

1. I am the Store Manager of the West Springfield, Massachusetts Home Depot, which is located at 179 Dagget Drive, West Springfield, Massachusetts 01089. I have held this position since 2001.

2. In October 2001, hundreds of employees at the West Springfield store registered in the Job Preference Process ("JPP") as "interested" in four (4) Department Supervisor positions that were available. However, only nineteen (19) employees were selected to be interviewed (including Mr. Fleming). Those of us involved in the promotion process considered Mr. Fleming for all four positions since he was eligible to be considered for all four positions.

3. After the interview phase of the promotion process, the candidates were evaluated based primarily on their performance to date. Mr. Fleming was not selected for promotion in October 2001 because four other qualified candidates who also

Case 3:04-cv-30213-MAP    Document 51-3    Filed 11/09/2007    Page 3 of 5

passed the interview had superior performance to date than Mr. Fleming, as reflected in their performance evaluations.

4. The four individuals who were promoted to Department Supervisor in October 2001 were: Matthew Bogle (who is of mixed race) for the Floor and Wall department, James Taylor (White) for the Paint department, Louis Courteau (White) for the Hardware department, and Robert Parent (White) for the Plumbing department.

5. In the West Springfield store, the following African American employees have been promoted in the period both prior and subsequent to October 2001, when Mr. Fleming was interviewed for the Department Supervisor position:

- May 2000: Michael Wolcott (African American) was promoted to Department Supervisor;

- June 2001: Michael Wolcott (African American) was promoted to Assistant Store Manager;

- August 2001: Gisele Proctor (African American) was promoted to Department Supervisor;

- October 2001: Matthew Bogle (mixed race, as explained above) was promoted to Department Supervisor;

- July 2002: Rupert McKenzie (African American) was promoted to Department Supervisor;

- October 2005: Desiree Thorpe (African American) was promoted to Department Supervisor;

- March 2006: Theresa Wells (African American) was hired as a Department Supervisor;

- May 2006: Lionel Fleming (African American) was promoted to Department Supervisor.

Mr. Fleming was employed at the time of each of these promotions/hires.

2

6. Shortly after the October 2001 promotion opportunity described above, Mr. Fleming interviewed for, and was offered, a Department Supervisor position in the Auburn, Massachusetts Home Depot store. Mr. Fleming rejected that promotion.

7. When an employee expressed interest in a position via JPP, the first step was for managers to ask the employees the managers wanted to interview if he or she remained interested in interviewing for that position when it became available. This step was taken because employees did not always keep their JPP registrations updated. As not every person registered for a position would be interviewed for that position, we needed to determine if an employee in JPP remained actively interested in interviewing for that position.

8. After Mr. Fleming rejected the Auburn store position, we consistently offered Mr. Fleming the opportunity to interview for department supervisor positions when those positions became available. Consistently, Mr. Fleming rejected these offers to even interview.

9. Mr. Fleming was obligated to interview for a Department Supervisor promotion before he could be awarded the promotion. Despite the fact that Mr. Fleming had worked as a Department Supervisor in Florida, he voluntarily stepped down from that position and transferred to West Springfield as an Associate and his prior assignment in Florida gave him no greater "right" to a Department Supervisor position. As a result, he had to earn a promotion to Department Supervisor in the same manner as any interested Associate.

10. Some of the many offers to interview for a Department Supervisor promotion given to Mr. Fleming, which Mr. Fleming rejected, include: an offer in June 2002; an offer in November 2004, an offer in early 2005; and offers in May, June, August, and October 2005.

11. In May 2006, Mr. Fleming finally accepted my offer to interview for yet another open Department Supervisor position. Mr. Fleming interviewed for, and was awarded, the promotion to Department Supervisor of the Freight Team.

12. I interviewed Mr. Fleming in October 2001 and I have no memory of knowing about the Florida lawsuit at that time. My best memory is that I first learned of that lawsuit when Mr. Fleming filed his MCAD charge preceding the instant lawsuit (which was in or around April 2002).

13. The terms "Department Supervisor" and "Department Head" are used interchangeably at the West Springfield Home Depot.

Signed under the pains and penalties of perjury this 9th day of November, 2007.

Christopher O. Catalina