# EXHIBIT 3

APR 0 4 2002 RECEIVED

DISCRIMINATION COMPLAINT
MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

MEPA NO.: 02-23-0135 8   FILING DATE: 4/4/02
EEOC NO.: 16CA201324   VIOLATION DATE: 10.10.01

NAME OF AGGRIEVED PERSON OR ORGANIZATION:

Lionel Fleming
43 Stebbins St. Apt. #3
Chicopee, MA 01020

Telephone Numbers:
Home: (413) 218-9599
Work:

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, OR STATE/LOCAL GOVERNMENT WHO DISCRIMINATED AGAINST ME:

Home Depot
179 Daggert Dr.
West Springfield, MA 01089

Telephone Number:
(413) 731-9700
Number of Employees: 25+

CAUSE OF DISCRIMINATION BASED ON: Race and Color (Black)

During October 10, 2001 Home Depot discriminated against me by denying me my rights and privileges of employment and retaliated against me by denying me a promotion based on my Race and Color (Black). Respondent's conduct is in violation of M.G.L. Chapter 151B, Section 4, Paragraph 1, and Title VII of the 1964 Civil Rights Act, as amended.

THE PARTICULARS ARE:

1. I was hired by Home Depot on October 13, 1983 at a Florida store location. I worked there for nineteen years and my performance was always satisfactory.

2. In October 1999 I applied for a job transfer to the West Springfield store location with the verbal condition or the written contract that I would be promoted.

3. I have worked in the West Springfield Home Depot location since October 1999 in the Power Tool, Receiving and Hardware Departments.

4. In October 2001 four Department manager positions became open in the Plumbing, Paint, Hardware, and Floor and Wall Departments. I applied for both the Paint and Hardware Department positions. I was given an interview for the Hardware Department.

5. I was well qualified for the position as I had worked as a Department Manager in five different departments in the Florida location, and I was also a supervisor for the Hardware Department.

6. I was interviewed for the position by Chris Catalina and I explained to him all of my qualifications.

7. I was denied the promotion and in November 2001 the following people were promoted to the positions, Matthew Bogle for the Department Head of Floor and Wall, he has only been with the company for two years. James Taylor (white) for the Paint Department. Luis Courteall (white) for the Hardware Department, a high school student with no experience in the department. And Robert Parent (white) for the Plumbing Department who also had no experience as a supervisor/department head.

8. I believe that Home Depot denied me this promotion based on my Race and Color (Black) and I charge Respondent with wrongfully discriminating against me.

I also want this charge filed with the EEOC: xx .

I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Lionel Fleming

SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ DAY OF ____, 2002.

_____
NOTARY PUBLIC

My Commission Expires: 11/26/04

**RECEIVED**

APR 0 4 2002

Commission Against Discrimination
Springfield Office