# EXHIBIT 4



LAW OFFICES

# COOLEY, SHRAIR P.C.

1380 MAIN STREET – FIFTH FLOOR
SPRINGFIELD, MASSACHUSETTS 01103-1616

TELEPHONE (413) 781-0750    TELECOPIER (413) 733-3042

WRITERS DIRECT DIAL
(413) 735-8004

EMAIL: rdambrov@cooleyshrair.com

ROBERT L. DAMBROV

FILE NO. 24424.1

November 6, 2003

Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, MA 01103

    RE:   Lionel M. Fleming
    VS.   Home Depot U.S.A., Inc.
    MCAD Docket No. 02 SEM 01338

**GRANTED:**

**DATE:**

Dear Sir/Madam:

    Enclosed please find Complainant's Motion To Amend Discrimination Complaint for filing.

Very truly yours,

ROBERT L. DAMBROV

RLD/bc
Enclosure
cc: Mr. Lionel M. Fleming (w/ enc.)
    Ms. Colleen Hayes–Hilton, EEO Specialist (w/ enc.)
    The Home Depot USA, Inc.
    New England Store Support Center
    15 Dan Road
    Canton, MA 02021

{Document=X:\DOCS\24424\1\lettmemo\00053776.DOC;1}

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION

| | |
|---|---|
| Lionel M. Fleming,<br><br>    Complainant<br>v.<br><br>Home Depot U.S.A., Inc.,<br><br>    Respondent | DOCKET NO. 02 SEM 01338 |

## COMPLAINANT'S MOTION TO AMEND
## DISCRIMINATION COMPLAINT

Now comes the Complainant in the above-entitled matter and moves to amend his Discrimination Complaint as follows:

   a. Correct the name of the Respondent to "Home Depot U.S.A., Inc."

   b. Substitute the introductory paragraph with the following:

      "During October 10, 2001, and thereafter, Home Depot U.S.A., Inc. ("Home Depot") discriminated against me by denying me my rights and privileges of employment and retaliated against me by denying me a promotion based on my Race and Color (Black). Respondent's conduct is in violation of M.G.L., Chapter 151B, Section 4, Paragraphs 1, 4, and 4A, and Title VII of the 1964 Civil Rights Act, as amended."

   c. Add the following particulars after 8:

      "9. On or about August 16, 1995, I filed a Charge of Discrimination with the Broward County Human Rights Division, Case No. EM-393-8-95, and the Equal Employment Opportunity Commission, Case No. 15A950430, against

Home Depot, alleging that Home Depot discriminated against me on the basis of my race when I was denied a promotion and also demoted, in violation of the Florida Human Rights Act, the Broward County Human Rights Act, and Title VII of the Civil Rights Act of 1964, as amended.

10. I subsequently commenced suit against Home Depot, on my discrimination claims referred to in Paragraph 9 hereinabove, in the United States District Court, Southern District of Florida, Miami Division, Case No. 96-6560-Civ-Middlebrooks, entitled *Lionel M. Fleming, et. al, v. Home Depot U.S.A., Inc.* On or about August 1998, I resolved said court case with Home Depot.

11. I believe that I continue to be discriminated against by the Respondent by being denied subsequent promotions based on my Race and Color (Black) and in retaliation for my filing my discrimination complaint in Florida referred to in Paragraphs 9 and 10 hereinabove and for my filing my discrimination complaint in the instant case."

   d. The Complainant also wants this motion, as allowed, filed with the EEOC.

THE COMPLAINANT, LIONEL M. FLEMING

By: 
ROBERT L. DAMBROV
BBO #113160
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103
phone: (413) 781-0750
fax: (413) 733-3042

Dated: November 6, 2003

## CERTIFICATE OF SERVICE

I, Robert L. Dambrov, Esquire, of Cooley, Shrair, P.C., Attorney for the Complainant, Lionel M. Fleming, in the above-entitled matter, hereby certify that on the sixth day of November, 2003, I served a copy of the above Complainant's Motion To Amend Discrimination Complaint by sending by first-class mail, postage prepaid, a copy to:

Ms. Colleen Hayes – Hilton
EEO Specialist
The Home Depot USA, Inc.
New England Store Support Center
15 Dan Road
Canton, MA 02021

_____
ROBERT L. DAMBROV