# EXHIBIT 5

Trial Court of Massachusetts
Superior Court Department
Hampden County

Lionel M. Fleming

v.

Home Depot USA, Inc.

1. Racial Discrimination -9.1 Controlling Authority

Home Depot has denied me promotion for Assistant Manager positions for the past 13 years, because of my race as an African-American. I first became an employee in 1983. I started my employment with Home Depot at the 3rd store in the company, and now there are 1,768 Home Depot Stores. Five times, I have completed the Direct Supervisor Training, to become an Assistant Manager. I am well qualified for an Assistant Manager position. However, since I have been with Home Depot, people who are less qualified, with less time at Home Depot, and with less experience, and people I have trained; have been promoted to higher positions. I have been denied the opportunity for advancement with Home Depot.

While as an employee of Home Depot, I was Department Head of 5 different departments. I was Department head of Inside Gardening, Outside Gardening, Night Crew, and Hard Ware-at 2 different Home Depot stores. Home Depot has denied me the opportunity of advancement, beyond this level. The current policy at Home Depot, is that an employee, must have the experience of being a Department Head at 1 Department, in order to advance to an Assistant Manager position.

In 1991, while I was Department Head of Gardening, my department was rated #1. However, I was asked to move to the Hardware Department. I moved to the Hardware Department and took that Department Head position. But, the new Department Head of Gardening could not handle the job, and I was asked to return to Department Head of Gardening. At this time, I told Home Depot, I wanted to move up with the company, instead of moving laterally. Home Depot then decreased my salary by 7%, and I was moved to a non-Department Head position, to a position that priced items.

There are numerous cases, in which, I have been passed over for promotion, by white employees of Home Dept, who are less qualified than me. For example, October 2001, four Department Supervisor positions became available in Plumbing, Paint, Hardware, and Floor/Wall. I applied for all four positions, but I was only interviewed for Hardware. And 3 out of the 4 men hired, had never before been Department Supervisors. Chris Catalina and Penny Allen, managers of Home Depot, informed me that Lou Corteau, was

promoted to the Department Head position in Hardware, because he interviewed better than me. However, I am the one with more experience and I was Department Head of Hardware in 2 separate store of Home Depot in Florida. The Hardware Department is one of my strongest department strengths. Lou Corteau, has since been promoted to an Assistant Manager position. And Seth Dihlmann, who was hired for a Department Head position at this same time, has also been promoted to an Assistant Manager position.

Without the opportunity to be promoted at West Springfield's Home Depot in a Department Head position, I am being held back the opportunity to advance in an Assistant Manager position.

Also, near the end of 2003, the Lumber and Hardware Departments, promoted 2 employees. Both of these employees were employed at Home Depot, for a much shorter time than me. In fact, Michele Minniear had been employed with Home Depot for less than a year. She was promoted to Department Head, and now in October 2004, she has been promoted to Assistant Manager. These positions of Department Heads were never posted as available positions. And I was not notified to interview for these openings.

And most recent, in August 2004, an employee of West Springfield's Home Depot, Rich Goncalves, has been promoted to two different Department Head positions- Lumber and Building Materials. In the Job Preference Process at Home Depot, I have filed for 11 different Department Head positions, including Lumber and Building Materials. Rich Goncalves, has only 2 years experience with Home Depot. I have 21 years experience with Home Depot, and I am more qualified as a Department Head, with Department Head experience. However, I was never notified or called for an interview for these positions.

There are no people of color, in management positions, at any of the Home Depot stores in Western Massachusetts.

## 2. Retaliation-

Home Depot has retaliated against me, because of previous charges of racial discrimination, that I put forth against Home Depot.

While as an employee of Home Depot store #215 in Florida in 1995, 9 African Americans, including myself filed charges thru the EEOC for Harassment/Discrimination. We were denied promotions; we were continually transferred monthly to different departments, which disabled us to advance in our positions. When a promotion position became available in our department, we were transferred to a different department. Coincidentally, the store manager at our store had been previously transferred to our store because of racist behavior, and during this time of our suit against Home Depot, our store closed down. The store manager was fired; half of the employees were transferred to Home Depot store # 249, and the other half to Home Depot store # 258. Us 9 African Americans, involved in the Discrimination/Discrimination charge were split up between these 2 stores.

I was moved to store #258, where it was known throughout the store that myself and the other 8 African American Home Depot employees had filed a Harassment/Discrimination charge against Home Depot. And at this store, in 1997, John Rex, a white employee, hung a hangman's noose on my forklift, and on a tree above the employee's picnic area (where the majority of African American's would take their breaks).

Home Depot did not provide a sufficient punishment for that employee. I was told by the store manager; Chris Cook, that the individual who committed the 2 racist acts would be fired. Likewise, Home Depot's Home Office Human Resource Representatives from Atlanta, Georgia, told the African American Workers that this problem would be taken care of, and the people responsible would be fired. However, there were no people fired over these 2 racist acts. The only action taken was by the Human Resources of our local store. The punishment was for the offending person to watch "Rose Wood", the movie. This movie depicts burning, raping, and hanging of African Americans. This was a slap in the face to all the African American Employees at Home Depot.

Meanwhile, the lawyer involved in our previous charge of Harrassment/Discriminiation, involving us 9 African Americans, took all 9 complaints as individual cases, when we wanted to pursue our case as a class action. After my lawyer and I met with Home Depot Lawyers, in 1998, a small amount of money was compensated to me, and Judge Turner spoke with all parties involved. Referring to me, Judge Turner said," Home Depot must do right by this young man".

After these racist hate crimes were committed, Home Depot's lawyers; John Wymer, Jocelyn Hunter and Sam Machete, said they would help me transfer to another store, in which I could progress further into management positions. I decided to contact Russ Founds, who was now a store manager at West Springfield's Home Depot. In Florida, I worked under Russ Founds, and I contacted Russ to see if I could be transferred to West Springfield's Home Depot for a fresh start and move up in the company. When in Florida, Russ was my Assistant Manager, in the Gardening Department. In the Home Depot Gardening Department, I was rated number 1 on the East Coast in sales, and number 3 Company Wide in sales. My reviews stated, I was "promote able now". So after speaking with Russ Founds, I flew to West Springfield twice. The first time, I met with Russ at the Home Depot store in West Springfield, and toured the store. Russ said, he saw no problem in me being promoted at Home Depot. The second visit, I met with a Century 21 realtor, and looked for an apartment.

I transferred to West Springfield's Home Depot in 1999; to make a fresh start from the racist discrimination I faced at Home Depot in Florida. My move to West Springfield Home Depot, was motivated by the treatment I received by Florida's Home Depot, and their Management Staff. I felt there was still a future for me with Home Depot. And after visiting with Russ Founds, I felt a promotion would have occurred within 6 months to a year. Now, it is 5years later, and I have not been promoted, regardless of my excellent work record with Home Depot.

Home Depot continues to deny me any chance of promotion with Home Depot. Home Depot continues to discriminate against me, and continues to retaliate against me, because of my history with Home Depot.

Since my move to West Springfield's Home Depot, in October 1999, I should have been promoted to Store Manager by now, and I should have been receiving the salary of a Store Manager.

As an employee of Home Depot, I feel stressed, frustrated, discriminated against, under valued, and under appreciated. Even after these past 5 years, I still give 110%.

Other damages, since my move to West Springfield's Home Depot, have been the loss of family contact with my 2 children.

My daughter has been without a father figure since I moved, and at age 14, she became pregnant. And now, at age 17, she is pregnant again, and not married.

My son feels abandoned, and has cut his ties with me.

Since 1999, I have been in West Springfield, and I have been actively pursuing my promotion with Home Depot; however, Home Depot is denying me promotion. I have brought my case to the Massachusetts Commission Against Discrimination in 2001. In 2003, Home Depot wanted to settle my case, did not want to lose me as an employee, and offered me a small amount of money. Recently, Home Depot offered another settlement, of a small amount of money, and on the terms that I leave the company. This settlement has been dragged out and I am not satisfied with their settlement. I also feel that Home Depot is purposefully dragging my complaint, in hopes that I will quit. Therefore, I feel I can only find justice through the court.

**Damages I am requesting the court to order Home Depot to compensate me are the following;**

20 million dollars in a jury court

**Made under the penalties of perjury.**
October 4, 2004

_Lionel M. Fleming_    10/4/04

Lionel M. Fleming
43 Stebbins Street
Chicopee, MA 01040
(413) 747-7550