# EXHIBIT 6

# Fleming
## vs.
# Home Depot, USA, Inc.

# Lionel M. Fleming

### Volume 1

October 12, 2005
pp 1-180

**Jones Reporting**
COMPANY

Two Oliver Street, Suite 804
Boston, MA  02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

10-24-05A11:06 RCVD

Lionel M. Fleming

Page 38

1  A. I can't remember.
2  Q. What year did you transfer to Massachusetts?
3  A. October of '99.
4  Q. What store did you transfer to?
5  A. 2662, West Springfield.
6  Q. Have you worked in that store since you came
7  here in '99?
8  A. Correct.
9  Q. Why did you leave Florida?
10  A. To get promoted.
11  Q. To get promoted?
12  A. (Witness nods.)
13  Q. You had been promoted in Florida, had you
14  not?
15  A. Promoted to assistant manager.
16  Q. So you came to Massachusetts to get promoted
17  to assistant manager?
18  A. To try to get promoted to assistant manager.
19  Q. Did you try to get promoted to assistant
20  manager in Florida?
21  A. How could I?
22  Q. Well --
23  A. I don't have no control of that.
24  Q. Is that a no?

Page 39

1  A. Correct. Can we take a break?
2  MS. BOLAND: We sure can.
3  (Discussion off the record.)
4  THE WITNESS: Can I go back to Exhibit 1
5  and 2?
6  BY MS. BOLAND:
7  Q. Sure. Let's start with Exhibit 1.
8  A. Yes. On a question you asked, how could
9  they, you know, retaliate against me before I filed
10  the lawsuit?
11  Q. Yes, I recall that.
12  A. All right. That's what made me go through
13  -- file a lawsuit, because they was writing me up
14  that many times.
15  Q. And you filed the lawsuit because of racial
16  discrimination; correct?
17  A. Correct.
18  Q. We're talking about the Florida lawsuit;
19  correct?
20  A. Correct.
21  Q. And so you've just told me that you filed a
22  lawsuit based on write-ups that you were receiving;
23  is that correct?
24  A. Correct.

Page 40

1  Q. Presumably, then, you're telling me that you
2  were of the belief that those write-ups were --
3  strike that. I'll start again. We'll start over.
4  Are you telling me, then, that you filed
5  the lawsuit because you believed those write-ups you
6  were receiving were improper?
7  A. Not only were they improper, I was going --
8  you don't go straight to the law -- you know, to
9  file the lawsuit. You have to go, you know, through
10  the proper channels. This is when I was going
11  through the proper channels, when I was getting all
12  these write-ups, before the lawsuit kicked in.
13  Q. So what was the reason for you to file the
14  lawsuit?
15  A. I was getting discriminated against, and I
16  was getting write up. I was going to get fired
17  sooner or later.
18  Q. So you're saying you believed you were being
19  written up because of your race?
20  A. Correct.
21  Q. What evidence do you have that that was the
22  case?
23  A. What evidence do I have?
24  Q. Mm-hmm.

Page 41

1  A. Because at the time, when I was working at
2  store 215, it was -- I kept getting jumped over for
3  promotions.
4  Q. What positions -- strike that. What
5  promotions did you not receive because of your race,
6  do you believe?
7  A. No, okay. Department supervisor is just a
8  regular worker. He's not -- he's not on salary,
9  okay? That's as far as I made it, department
10  supervisor. You know, I was in that store 215 for
11  14 years; and out of the 14 years, I was department
12  head at least ten; and that's as far as I made it.
13  Q. Did you express interest in advancing to the
14  next level?
15  A. Of course. I went to all the classes.
16  Q. What do you mean, "all the classes"?
17  A. DST classes.
18  Q. Did you ever talk to any managers about the
19  fact that you wanted to be promoted?
20  A. They know that.
21  Q. Did you ever talk to any --
22  A. Yes.
23  Q. Who?
24  A. I talked to all of them.

11 (Pages 38 to 41)

Lionel M. Fleming

Page 62

1   A. Can't recall.
2   Q. What do you understand about how JPP works?
3   A. You want my understanding of it?
4   Q. Yes.
5   A. Well, you put your name in the computer for
6   what department you, you know, you interested in.
7   Q. What position you're interested in, is that
8   what you mean?
9   A. Yeah, mm-hmm.
10  Q. And then what happens?
11  A. Then whenever that department come
12  available, they let people know that, you know, it's
13  available.
14  Q. So whenever the position that you've put
15  your name in for becomes available -- when you say
16  "they," do you mean the managers?
17  A. Yes, but sometimes you don't know when they
18  come up and they've been open.
19  Q. And if the position becomes available that
20  you've put your name in for, the managers ask if you
21  want to interview for that position?
22  A. Yes, if they -- but the JPP, they can
23  only -- you know, they at least have to have three
24  people before they can start the interview process.

Page 63

1   They don't -- if it's 20 names on a list, they don't
2   have to interview all the 20.
3   Q. Then if you're one of the names they choose,
4   then you would be asked to interview; is that
5   correct?
6   A. Correct.
7   Q. So you understood that in order to get a new
8   position at Home Depot after JPP started, you had to
9   register on JPP?
10  A. Correct.
11  Q. Then after that position is filled, assuming
12  you did not get the position, what happens to your
13  registration on JPP?
14  A. It stays in, don't it?
15  Q. I'm asking you. What's your position?
16  A. That it stays in.
17  Q. Would you have the opportunity to deactivate
18  your registration if you wanted to take your name
19  out of JPP?
20  A. Yeah, I'm assuming you can.
21  Q. You've never done it.
22  A. I've never done it.
23  Q. What's the first time -- strike that. For
24  what position have you registered on JPP for?

Page 64

1   A. For 12 or 14, something like that, either 12
2   position or 14.
3   Q. So are you telling me you've registered 12
4   or 14 different times?
5   A. No.
6   Q. Explain to me what you mean.
7   A. What I mean is when you go on the JPP, they
8   have departments. You put -- you know, it would
9   tell you if you qualify for that department or
10  qualify for being a department supervisor; and then
11  you put the X by the department that you think you
12  qualified for.
13  Q. Okay. When you say -- you're saying
14  department. Do you mean department or position?
15  A. Position. Like a supervisor, department of
16  lumber, hardware, garden, electrical, like that.
17  Q. When you go in and you put the X by
18  department head, for example, do you put an X just
19  by department head or do you put an X by department
20  head hardware or department head lumber?
21  A. Well, you put -- it will tell you if you
22  qualify to be a department head to run that
23  position. It would be like a little circle that's
24  dotted saying you qualify to be a department head.

Page 65

1   If you don't qualify, it's going to let you know.
2   Q. So it just addresses the position, though,
3   for instance, department head? It doesn't address
4   the specific department that you would work in, like
5   lumber?
6   A. Well, you just go down the line. If it
7   tells you that you ain't qualified, you're not going
8   to go in there and put your name, if it tells you
9   you're not qualified to be a department manager. Of
10  course you have to go through some kind of training.
11  But if you qualified for department head, then you
12  just go in and cross off the departments that you
13  think you are capable of running or you interested
14  in.
15  Q. Do you remember the first position that you
16  registered for?
17  A. I think hardware.
18  Q. Department head of hardware?
19  A. Hardware. There was a couple.
20  Q. Do you have any idea when that was?
21  A. No.
22  Q. The year?
23  A. No.
24  Q. What was the next position that you

17 (Pages 62 to 65)

Lionel M. Fleming

Page 70

1    A. Two, three years back. I don't know exactly
2  when.
3    Q. 2002 sound familiar?
4    A. Could be.
5    Q. Your lawsuit stems primarily from the fact
6  that you didn't get promoted in October of 2001;
7  correct?
8    A. Correct.
9    Q. What promotion did you want at that time?
10    A. Hardware.
11    Q. Hardware department head?
12    A. Mm-hmm, yes.
13    Q. Do you know how many department head
14  positions were available in October of 2001?
15    A. No.
16    Q. Was it more than one?
17    A. To my knowledge, just that one.
18    Q. Were you registered on JPP for this position
19  at the time?
20    A. I think I was.
21    Q. You realize that if you weren't, you could
22  not have been considered eligible for it; correct?
23    A. Correct.
24    Q. Were you selected for an interview?

Page 71

1    A. What now?
2    Q. Were you selected for an interview for this
3  position?
4    A. Yes, I was.
5    Q. You were interviewed for more than one
6  department; correct?
7    A. No.
8    Q. What department were you interviewed for?
9    A. Just that one.
10    Q. Hardware?
11    A. Yes.
12    Q. Who did you interview with?
13    A. Chris Catalina.
14    Q. Let me go back a minute. Who told you you
15  had been selected for an interview? Who first told
16  you that you had been selected for an interview?
17    A. Chris Catalina.
18    Q. Then Chris Catalina interviewed you for the
19  position?
20    A. (Witness nods.)
21    Q. You have to say "yes."
22    A. Yes, yes.
23    Q. How do you -- strike that. Did Mr. Catalina
24  tell you that you were just being considered for

Page 72

1  hardware?
2    A. Rephrase that.
3    Q. You mentioned that you believed it was only
4  the hardware department head position that was
5  available; correct?
6    A. No, it was four positions available. I only
7  got selected for one.
8    Q. I asked you a few questions ago did you know
9  how many department head positions were available in
10  October of 2001, and I believe your answer was just
11  the one, hardware, that you knew about. Do you want
12  to change that answer?
13    A. Yes, those --
14    Q. So there are four, you're telling me now?
15    A. I told you before, there was hardware, floor
16  and wall, plumbing, and paint.
17    Q. Okay. So department head positions in those
18  four departments were available in October of 2001?
19    A. All of them at the same time, not at a
20  separate time, one time.
21    Q. Did you register on JPP for the department
22  head position in all of those or for just hardware?
23    A. All of them.
24    Q. How did you find out you were only being

Page 73

1  interviewed for hardware?
2    A. Rephrase that.
3    Q. You told me previously, I believe, that you
4  were only interviewed for the hardware department
5  head position; correct?
6    A. Correct.
7    Q. How did you find that out, that that was the
8  case?
9    A. How did I find out I was getting
10  interviewed --
11    Q. Just for hardware as opposed to any of the
12  others.
13    A. No, they called me in and said we're going
14  to interview you for the hardware department.
15    Q. Chris Catalina?
16    A. But I didn't get called in for the others,
17  just that one.
18    Q. That's all I'm asking you. That was Chris
19  Catalina who told you that?
20    A. Correct.
21    Q. Was there anybody else in the interview
22  other than Chris Catalina?
23    A. At the time when he gave me the interview,
24  it was just me and him.

19 (Pages 70 to 73)

Lionel M. Fleming

Page 74

1    Q.  Do you remember any questions that he asked
2  you in the interview?
3    A.  No.  It was like ten questions, but I can't
4  put a finger on them.
5    Q.  Do you remember someone who you worked with
6  at that time named Ken Thompson?
7    A.  I didn't work with him, but I know -- he was
8  in the store.
9    Q.  Yes, that's what I mean.
10    A.  Yes.
11    Q.  What was his position?
12    A.  I think he was department head of hardware
13  and garden, I think.
14    Q.  But you're not sure?
15    A.  No.
16    Q.  You had a conversation with him about the
17  promotion to hardware department head right around
18  the time you interviewed, didn't you?
19    A.  I didn't have a conversation with him.
20    Q.  You never had a conversation with him about
21  that interview?
22    A.  Never.
23    Q.  So if he testified that you did have a
24  conversation, he'd be lying, you're telling me?

Page 75

1    A.  Yes.
2    Q.  You realize you're under oath, Mr. Fleming?
3    A.  I understand that.
4    Q.  Did you get a promotion to department head
5  at that time?
6    A.  Rephrase that.
7    Q.  Did you get a promotion to department head
8  at that time, after that interview?
9    A.  No.
10    Q.  Did you ever state to anyone that you would
11  take that hardware department head position because
12  you, quote-unquote, had nothing better to do?
13    A.  No.
14    Q.  Did you ever state to anyone that you would
15  take that department head position because you,
16  quote-unquote, would do them the favor of taking
17  that position?
18    A.  No.
19    Q.  Who told you you didn't get the position?
20    A.  Chris Catalina and Penny Allen.
21    Q.  Penny Allen was the store manager at the
22  time?
23    A.  Correct.
24    Q.  What did they tell you -- strike that.  What

Page 76

1  reason did they give you?
2    A.  That the person that got the job interviewed
3  better than me.
4    Q.  Who is that?
5    A.  Lou Corteau.
6    Q.  Do you have any reason to believe that
7  Mr. Corteau did not interview better than you?
8    A.  Yes.
9    Q.  Why?
10    Q.  Why?
11    Q.  Were you at the interview with Mr. Corteau?
12    A.  No.
13    Q.  Did you speak to Mr. Corteau about his
14  interview?
15    A.  That was an opinion.
16    Q.  Did you speak to Mr. Corteau about his
17  interview?
18    A.  No.
19    Q.  Did you speak to anybody about Mr. Corteau's
20  interview?
21    A.  No.
22    Q.  So what basis do you have to say it wasn't
23  better?
24    A.  When you're picking a department head, you

Page 77

1  want somebody with experience, not because somebody
2  got a gift to gab.
3    MS. BOLAND:  Would you restate the last
4  question, please.
5    (The reporter read back the portion requested.)
6    A.  It wasn't better?
7    Q.  I'll restate the question.
8    A.  Yes, okay.
9    Q.  What basis do you have to say that
10  Mr. Corteau's interview was not better than yours?
11  In other words, how do you know it wasn't any better
12  than yours?
13    A.  That's my own personal feeling.
14    Q.  Okay.  Why do you think you didn't get the
15  position?
16    A.  I don't have a clue.
17    Q.  Do you have any evidence to suggest that you
18  didn't get the position because you're black?
19    A.  No, I don't have no evidence.
20    Q.  You brought this lawsuit because you didn't
21  get this promotion, and you based the lawsuit on
22  your allegation that you didn't get this promotion
23  because you're black; correct?
24    A.  Black and racism, yes.

20 (Pages 74 to 77)

Lionel M. Fleming

Page 78

1    Q.  But you just -- but now you're telling me
2  that you have no evidence that that's the case?
3    A.  I have opinion, you know, my own opinion,
4  you know.
5    Q.  What do you base those opinions on?
6    A.  Well, you know, like during this time I've
7  been with Home Depot, you know, I've been through
8  this company, I see people that's qualified for the
9  position and they get passed over, you know.
10    Q.  Who?
11    A.  Huh?
12    Q.  Who?
13    A.  People in the past, you know, that I work
14  with that was more qualified for the position and
15  they got passed over because of their skin color.
16    Q.  Give me a name.
17    A.  There's a lot of guys.  Leroy Thompson, you
18  know, Ruel Barrett.
19    Q.  What was that name?
20    A.  Ruel Barrett, Charles Johnson, just a lot of
21  guys I worked with at one point or another.  We was
22  all department heads.
23    Q.  Did you work with Mr. Thompson, Mr. Barrett,
24  and Mr. Johnson in Florida?

Page 79

1    A.  Yes, I did.
2    Q.  Since you've been in Massachusetts, have you
3  seen anybody get passed over that you think was
4  passed over for a promotion because of their skin
5  color, as you put it?
6    A.  There wasn't really nobody in a position to
7  get passed over.
8    Q.  You also added a claim to your charge when
9  you filed at the MCAD that you did not receive the
10  October 2001 position in retaliation for your
11  Florida lawsuit; correct?
12    A.  Correct.
13    Q.  What evidence do you have that that was the
14  case?
15    A.  Like I said, that was my opinion, you know.
16    Q.  What was that opinion based on?
17    A.  Based on since I've been at that store, like
18  I said, I haven't seen nobody -- you know, minority
19  figure in any position getting promoted.
20    Q.  Okay, but now we're talking about your claim
21  that you were being -- strike that.  Start over.
22  Now we're talking about the fact that you claim that
23  you did not get the October 2001 promotion in
24  retaliation for having filed the Florida lawsuit;

Page 80

1  correct?
2    A.  I think that has something to do with it.
3    Q.  I'm asking you what evidence you have of
4  that?
5    A.  What evidence I have of that?
6    Q.  Mm-hmm.
7    A.  Like I said, that's my personal, you know,
8  personal opinion.
9        MR. CATALINA:  Can I take a break for a
10  second?
11        MS. BOLAND:  Sure.  Off the record.
12        (A recess was taken.)
13  BY MS. BOLAND:
14    Q.  Okay.  Back on the record, please.
15  Mr. Fleming, a few minutes ago you testified when I
16  asked you -- strike that.  I asked you previously if
17  there were any people in Massachusetts that you
18  thought had -- any African-American people in
19  Massachusetts that you thought had been passed over
20  for promotion.  Your answer was that there were none
21  in a position to get passed over or something to
22  that effect; is that correct?
23    A.  Well, there's one.
24    Q.  Who?

Page 81

1    A.  Rupert McKenzie.
2    Q.  What about Rupert McKenzie --
3    A.  He's the only one as far as a minority
4  that's in a position to get promoted to the next
5  level.
6    Q.  And he has in fact been promoted to a
7  department head position, has he not?
8    A.  No, I'm talking about further than the
9  department head position.
10    Q.  But he is a department head?
11    A.  He is a department head.
12    Q.  Yes.  Do you know Michael Wilcott?
13    A.  Yes, I know him.
14    Q.  And what position is he in?
15    A.  He was assistant manager.  I think he's
16  department head of receiving.
17    Q.  Would it surprise you if I told you he is an
18  assistant manager?
19    A.  It would surprise me.
20    Q.  Mr. Wilcott is African-American; correct?
21    A.  Correct.
22    Q.  And so he was promoted from an associate to
23  department head to an assistant manager; correct?
24    A.  Correct.

21 (Pages 78 to 81)

Lionel M. Fleming

Page 82

1    Q.  In the West Springfield store?
2    A.  Correct.
3    Q.  After you did not get the position of
4  hardware department head, later that month you were
5  offered a position in the Auburn store, were you
6  not?
7    A.  Offered an interview.
8    Q.  You did interview for that position;
9  correct?
10   A.  Yes, I did.
11   Q.  For the department head position?
12   A.  Correct.
13   Q.  Who did you interview with, if you recall?
14   A.  Tammy Dupree.
15   Q.  How did you come to find out there was a
16  position available there?
17   A.  They just told me we had a position for you
18  to go interview for, Marcia Nives or something.
19   Q.  Marcia Nives?
20   A.  Yes.
21   Q.  She's in HR?
22   A.  Yes.
23   Q.  She told you that there was -- strike that.
24  Marcia Nives at the time was in the West Springfield

Page 83

1  store; correct?
2    A.  She and another -- there was two of them at
3  the time.  There was a black girl; I don't know her
4  name; but they told me that there was a department
5  head -- a receiving position open in Auburn.
6    Q.  Okay.  So there were two women in human
7  resources --
8    A.  At the time.
9    Q.  -- in the West Springfield store that told
10  you about the position in the Auburn store; correct?
11   A.  Yes.
12   Q.  So you interviewed for the position at the
13  Auburn store?
14   A.  Correct.
15   Q.  And you were offered the position?
16   A.  No.
17   Q.  You were not offered the position?
18   A.  No.
19   Q.  What were you told after your interview?
20   A.  I was told to give me time, I get back with
21  her next week.
22   Q.  Tammy Dupree gave you a time at which to get
23  back to her?
24   A.  No.  See, I came back the following weekend.

Page 84

1    Q.  I'm confused.
2    A.  She interviewed me for the position, and
3  then she, you know, said she's got other people to
4  interview and she'd get back with me the
5  following --
6    Q.  The next week?
7    A.  Yeah.
8    Q.  And did she get back to you the next week?
9    A.  Yes.
10   Q.  And did she tell you --
11   A.  Yes, and I drove back down.
12   Q.  She asked you to come back down to the
13  Auburn store?
14   A.  Mm-hmm.
15   Q.  And did you have a meeting with her then?
16   A.  Yes, we talked in the office.
17   Q.  And what did you talk about?
18   A.  We talked about different things.  She told
19  me, you know, the position is mine if I want it.
20   Q.  So she offered you the position?
21   A.  Yeah.
22   Q.  I just asked you that and you said no.  So
23  she did offer you the job?
24   A.  She offered me the position, but we also had

Page 85

1  a discussion.
2    Q.  What did you say when she offered you the
3  position?  What was your answer?
4    A.  Well, my answer -- well, we went a little
5  further than just -- this is before, we talked about
6  the money situation and how far I have to drive, you
7  know; and that was also included in my decision on
8  the job.
9    Q.  Okay.  What did you talk about concerning
10  money?
11   A.  Money, a dollar more an hour raise.
12   Q.  You wanted a dollar more?
13   A.  No, that's all they were going to give me.
14   Q.  And what else did you discuss?
15   A.  We discussed why isn't any minority working
16  in that store.
17   Q.  You asked her that question?
18   A.  Yes.
19   Q.  There were no minorities in the store at the
20  time?
21   A.  None.
22   Q.  What did she say?
23   A.  She says she working on that.
24   Q.  How many minorities were at West Springfield

22 (Pages 82 to 85)

Lionel M. Fleming

Page 86

1  at the time?
2     A.  What do you mean, workers or just --
3     Q.  Any employees that you can recall.
4     A.  10, 12, 15.  I don't know.
5     Q.  Anything else you talked about with
6  Ms. Dupree at the time?
7     A.  No.
8     Q.  You mentioned how far you'd have to drive;
9  is that correct?
10    A.  Yeah, I already said that, you know, the
11 money and the traveling situation, how far I've got
12 to drive.
13    Q.  How far is Auburn from West Springfield?
14    A.  Well, I live in Chicopee.
15    Q.  How far is Auburn from West Springfield?
16    A.  It's about six or seven miles.
17    Q.  So it would have been another six or seven
18 miles for you to drive?
19    A.  Probably another ten miles, yes.  So
20 round-trip, it would have been --
21    Q.  So what did you tell her at that meeting?
22 How did you leave it?
23    A.  Well, we also talked about what my schedule
24 would be.

Page 87

1     Q.  Okay.
2     A.  And she said 3:00 to 12:00.
3     Q.  Mm-hmm.
4     A.  And that was also one of the finishing
5  touches why I didn't take the department.  Because
6  if I'm going to travel that far, I'm going to get
7  home real late.
8     Q.  Is there anything else that you talked about
9  that you want to tell me?
10    A.  No, we talked about, you know, my mom and
11 stuff like that.
12    Q.  Okay.  So how did you leave it with her when
13 you left that meeting?
14    A.  How did I leave her?
15    Q.  (Nods.)
16    A.  I just left.
17    Q.  Did you tell her that day whether you were
18 taking the position?
19    A.  The second time I told her that I wasn't
20 going to take the position because of all the
21 factors.
22    Q.  What did she say?
23    A.  She said give it some thought.
24    Q.  And that was the end of it?

Page 88

1     A.  Yes.
2     Q.  Did you ever talk to her again?
3     A.  No.
4     Q.  Did you remain registered in JPP after that?
5     A.  Can't recall.
6     Q.  That was in late October of 2001; correct?
7     A.  I guess.  I don't know the dates.
8     Q.  Going back to the October of 2001 interview
9  you had with hardware in West Springfield, Matthew
10 Boggle was one of the employees promoted to
11 department head at that time; correct?
12    A.  Correct.
13    Q.  Do you know what his race is?
14    A.  No.
15    Q.  Have you seen him before?
16    A.  Yes.
17    Q.  What's your opinion about what his race is?
18    A.  Mixed?  I don't know, you know.
19    Q.  Is he Caucasian?  Is he white?
20    A.  No, he's not white, not all white anyway.
21    Q.  And he was promoted to department head at
22 that time; correct?
23    A.  Yes.
24    Q.  I'm sorry?

Page 89

1     A.  I assume so, yes.
2     Q.  You assume so or you know so?
3     A.  Yes, at the time, yes, they promoted him.
4        MS. BOLAND:  That will be 5, please.
5  (Fleming Exhibits Nos. 5A - MCAD Discrimination
6  Complaint; and 5B - Complainant's Motion to
7  Amend Discrimination Complaint - were marked for
8  identification.)
9  BY MS. BOLAND:
10    Q.  I'm giving you documents that have been
11 marked as Exhibits 5A and 5B.  Take a minute to
12 review them, please.
13       Do you recognize Exhibit 5A?
14    A.  Yes, I do.
15    Q.  What do you recognize it to be?
16    A.  A complaint.
17    Q.  The charge you filed at the MCAD; correct?
18    A.  Mm-hmm.
19    Q.  And what about 5B, what's that?
20    A.  When I pursued a lawyer.
21    Q.  And 5B is your addition of the retaliation
22 claim to your MCAD charge; correct?
23    A.  Yes.
24    Q.  In 5A, you reference the October 2001

23 (Pages 86 to 89)

Lionel M. Fleming

Page 90

1  position that we just discussed, correct, in
2  paragraph 4, do you see that?
3      A. Mm-hmm.
4      Q. In paragraph 8, you allege that "Home Depot
5  denied me this promotion based on my race and color
6  (black) and I charge respondent with wrongfully
7  discriminating against me." Do you see that?
8      A. Mm-hmm.
9      Q. Can you give me any information that
10 supports that allegation that you weren't given the
11 October 2001 promotion to hardware because you were
12 black?
13     A. I was given? What do you mean?
14     Q. That you were not given. Can you give me
15 any information that supports this allegation here
16 that you were not given that position because you
17 were black?
18     A. At the time, there wasn't no black
19 supervisor at the time.
20     Q. That's what made you think you didn't get
21 the job because you were black?
22     A. No.
23     Q. Well, that's what I'm asking you. What made
24 you think --

Page 91

1      A. What made me think --
2      Q. -- you didn't get the job because you were
3  black? What evidence did you have?
4      A. What evidence did I have? At the time,
5  there was no black supervisor at the time. I
6  figured this was going to be the same thing, back
7  like Florida.
8      Q. When you say "supervisor," you were seeking
9  a department head position? Is that what you were
10 referring to?
11     A. It was department supervisor.
12     Q. I just wanted to make sure we were talking
13 about the same thing. In paragraph 7 of Exhibit 5A,
14 you identify each of the individuals who were given
15 department head positions in October of 2001. You
16 reference November, but I think we're talking about
17 the same thing. That was the -- those were -- that
18 was the job -- I'm sorry. That was the time you
19 interviewed for the hardware department head
20 position; correct?
21     A. Correct.
22     Q. And you listed Matthew Boggle as someone who
23 was given a department head position at the time;
24 correct?

Page 92

1      A. Correct.
2      Q. And we've established for the record that
3  Mr. Boggle is a minority; correct?
4      A. At the time, I didn't know what his race
5  was. That's why you don't see nothing by his name
6  for his race.
7      Q. But you just told me a moment ago that the
8  evidence that you have that you were not given the
9  department head position because of your race is
10 that there were no department heads --
11     A. At the time --
12     Q. Let me just finish the question, if you
13 don't mind.
14     A. Okay.
15     Q. I'm going to restate it. A moment ago, you
16 told me that the evidence you have that you were not
17 given the job because of your race is that there
18 were no department heads that were black; correct?
19     A. Correct.
20     Q. And, in fact, Matthew Boggle was given a
21 department head position at that time, and he is a
22 minority; correct?
23     A. That was after, after.
24     Q. If you would just answer my question and

Page 93

1  we'll move on to your next point. Is that correct?
2      A. No, it's not correct.
3      Q. It's not correct that Matthew -- strike
4  that. I'm going to restate it once again. Matthew
5  Boggle is a minority; correct?
6      A. Correct.
7      Q. And he was given a department head position
8  at the same time when you interviewed for a
9  department head position in October of 2001;
10 correct?
11     A. Not correct.
12     Q. What's not correct about that statement?
13     A. He wasn't given at the same time.
14     Q. Well, you interviewed in October of 2001;
15 correct?
16     A. Correct.
17     Q. And Mr. Boggle interviewed in October of
18 2001; correct?
19     A. I don't know when he interviewed.
20     Q. Well, you say right here in paragraph 7 of
21 Exhibit 5A that he was promoted in November of 2001;
22 correct?
23     A. Correct.
24     Q. So it was at the same time?

24 (Pages 90 to 93)

Lionel M. Fleming

Page 102

1  question. My question was: If Mr. Catalina is
2  racist, as you've stated, why would he promote an
3  African-American to an assistant manager position?
4      A. Because at the time when an African-American
5  was in that department, there was two department
6  heads. So if he were -- and they both were running
7  the same department. So if he would have promoted
8  the white guy and didn't promote the black guy, then
9  that would have looked kind of iffy.
10     Q. According to your testimony, that's what
11 happens all the time at Home Depot?
12     A. What's that?
13     Q. That white people are promoted over black
14 people all the time.
15     A. It is.
16     Q. So why would Mr. Catalina care if he did it
17 again? He promoted Mr. Wall because he was
18 qualified and he was ready for the position;
19 correct?
20     A. No.
21     Q. You don't know why he promoted him; right?
22     A. Like I said, that's my opinion.
23     Q. You don't know why he promoted him; right?
24     A. No.

Page 103

1      Q. You've been with Home Depot since 1983;
2  correct?
3      A. Correct.
4      Q. You're familiar with their extensive
5  antidiscrimination policies; correct?
6      A. You can throw it out the window.
7      Q. Are you familiar with the policies?
8      A. Yes, I'm familiar with it.
9      Q. We've talked about how you've been trained
10 in them and how managers have told you about the
11 open-door policy; correct?
12     A. Correct.
13     Q. You knew you had ways to report
14 discrimination if you felt you were suffering from
15 discrimination; right?
16     A. Correct.
17     Q. In fact, you did do it?
18     A. Yes.
19     Q. You complained about that incident you just
20 told me about; right?
21     A. Yes.
22     Q. But yet you never complained to anybody that
23 you thought you were not getting promoted because
24 you were black; right?

Page 104

1      A. Who to complain to?
2      Q. I'm just asking you, did you ever?
3      A. No.
4      Q. Did you ever complain to anybody that you
5  thought you were being retaliated against because of
6  your Florida lawsuit?
7      A. No.
8      Q. Did you ever complain to anybody that you
9  thought you were being retaliated against because of
10 this lawsuit?
11     A. Rephrase that question.
12     Q. Did you ever complain to anyone that you
13 thought you were retaliated against because of
14 this lawsuit in Massachusetts?
15     A. No.
16     Q. When managers asked you about whether you
17 were interested in certain positions over the years
18 that you've been with Home Depot, did you ever
19 mention discrimination as a concern?
20     A. No.
21     Q. We talked about how you amended your
22 complaint, your charge at the MCAD to add a claim
23 for retaliation; correct?
24     A. Correct.

Page 105

1      Q. Why didn't you include that claim when you
2  first filed the charge?
3      A. Which claim is this?
4      Q. The retaliation claim, which the Exhibit 5B
5  represents the amendment of your charge to add the
6  claim of retaliation. I'm asking you why you didn't
7  include the claim of retaliation when you first
8  filed the charge with the MCAD in April of 2002.
9      A. They filed it.
10     Q. Who is they?
11     A. The MCAD, they filed it. They sent a
12 retaliation letter.
13     Q. You went to the MCAD and initiated the claim
14 there; correct?
15     A. Mm-hmm.
16     Q. And that is Exhibit 5A; correct?
17     A. Correct.
18     Q. And in 5A, you allege discrimination on the
19 basis of race; right?
20     A. (Witness nods.)
21     Q. You don't say anything about retaliation in
22 that part; right?
23     A. No.
24     Q. Why not?

27 (Pages 102 to 105)

Lionel M. Fleming

Page 106

1    A. Don't know.
2    Q. Tell me every person at Home Depot that you
3 told about your Florida lawsuit, every person in
4 Massachusetts.
5    A. Don't remember.
6    Q. Did you tell anybody about your Florida
7 lawsuit once you came to Massachusetts?
8    A. Don't remember.
9    Q. Did you tell anybody once you came to
10 Massachusetts that you had settled with Home Depot
11 in 1998?
12    A. Don't remember.
13    Q. You don't know who you told or you don't
14 know if you told anybody?
15    A. I don't know if I told anybody.
16    Q. Did anybody in West Springfield ever mention
17 your Florida lawsuit to you?
18    A. Don't remember.
19    Q. After you filed the MCAD charge, Exhibit 5A,
20 who did you tell about it? Anybody?
21    A. Don't remember.
22    Q. As we've discussed, part of your claim is
23 that you weren't promoted in 2001 because of your
24 Florida lawsuit; right?

Page 107

1    A. Correct.
2    Q. What evidence do you have that that's the
3 case?
4    A. That I wasn't promoted? Just because Home
5 Depot has a history, is racist.
6    Q. I'm talking about your retaliation claim
7 now.
8    A. My retaliation?
9    Q. You're saying, as I understand it -- you've
10 claimed, as I understand it, that part of the reason
11 why you weren't promoted in 2001 is because they
12 knew about your Florida lawsuit and they didn't like
13 it, essentially; is that correct?
14    A. Correct.
15    Q. And what evidence do you have of that?
16    A. Well, that's just my feelings, you know.
17    Q. And is it just your feeling that they also
18 didn't -- haven't promoted you in retaliation of
19 your -- strike that. You also have a
20 claim. That you've been retaliated against for your
21 Massachusetts lawsuit; correct?
22    A. Correct.
23    Q. In other words, you haven't been promoted
24 since your Massachusetts lawsuit was filed because

Page 108

1 people know about your Massachusetts lawsuit;
2 correct?
3    A. Correct.
4    Q. What evidence do you have of that?
5    A. Like I said, that's my feeling.
6    Q. Did anything specific happen between when
7 you first filed the charge at the MCAD and when you
8 added the retaliation claim several months later
9 that led you to do that?
10    A. I don't understand the question.
11    Q. Okay. You filed the charge originally,
12 Exhibit 5A, in April of 2002 alleging race
13 discrimination; correct?
14    A. Correct.
15    Q. Then several months later in November of
16 2003, you filed Exhibit 5B, which adds the
17 retaliation claim; correct?
18    A. Correct.
19    Q. I'm just asking you if anything specific
20 happened between those two events that led you to
21 file 5B, the retaliation claim?
22    A. I can't remember.
23    Q. Is it just you got a lawyer in the interim?
24 Is it just that you got a lawyer in between?

Page 109

1    A. Correct.
2    MS. BOLAND: Okay. Let's take a lunch
3 break.
4    (A lunch recess was taken from 12:38 to 1:20 p.m.)
5 BY MS. BOLAND:
6    Q. We're back on the record after our lunch
7 break. I'll just remind you, Mr. Fleming, that
8 you're still under oath. Do you understand that?
9    A. (Witness nods.)
10    Q. You have to say "yes."
11    A. Yes.
12    Q. Thank you. Can you tell me the first time
13 since you came to West Springfield that you believed
14 you were being discriminated against based on your
15 race?
16    A. The first time, huh? I can't think of
17 nothing right now.
18    Q. You've brought this lawsuit alleging that
19 you've -- that you've been discriminated against
20 based on your race; correct?
21    A. Correct.
22    Q. And you can't tell me the first time that
23 you thought you were experiencing that
24 discrimination?

28 (Pages 106 to 109)

Lionel M. Fleming

Page 110

1    A.  Not at this time.
2    Q.  Well, we've talked about October of 2001
3  when you interviewed for the hardware position;
4  correct?
5    A.  Correct.
6    Q.  That you felt that was -- you did not get
7  that position because of discrimination on your
8  race; right?
9    A.  Correct.
10    Q.  Were there any other times -- strike that.
11  Were there any occasions prior to October of 2001
12  that you thought you were being discriminated
13  against based on your race?
14    A.  No.
15    Q.  So, then, October of 2001, when you
16  interviewed -- or I should say when you did not get
17  the hardware department head position, would be the
18  first time?
19    A.  Correct.
20    Q.  At that time, did you think that the
21  situation was going to improve?
22    A.  Yes.
23    Q.  What made you think that?
24    A.  I didn't have no gut feeling, but I figured

Page 111

1  over time, it would improve, you know, somewhat, in
2  some shape or form; maybe a different store manager
3  or maybe a different regional manager, you know, I
4  don't know.
5    Q.  Did your feeling that it might improve --
6  that the situation might improve, was that based on
7  any conversations with people that you had?
8    A.  No.
9    Q.  Any promises anyone made to you?
10    A.  No.
11    Q.  When was the first time that you really
12  thought this isn't going to get any better?
13    A.  Probably when I got turned down for the
14  department supervisor position.
15    Q.  In October of 2001?
16    A.  Yes.
17    Q.  So, then, when you were turned down for the
18  hardware department head position, at that time, you
19  didn't really think that it was going to get any
20  better for you; correct?
21    A.  Correct.
22    Q.  Up until that time, you still had some hope
23  that it would improve?
24    A.  Correct.

Page 112

1    Q.  But after that, you had no hope?
2    A.  Correct.
3    Q.  Do you remember being offered an interview
4  for a department head position in June of 2002?
5    A.  I can't recall.
6    Q.  Do you know if you were registered in JPP at
7  that time?
8    A.  I think I was, but I can't recall.
9    Q.  If I told you that the position was in tool
10  rental, would that refresh your memory at all?
11    A.  No.
12    Q.  Do you remember anyone asking if you wanted
13  to interview for a tool rental department head
14  position at any time?
15    A.  I can't recall it, no.
16    Q.  Do you recall registering in JPP for a tool
17  rental department head position?
18    A.  Don't remember.  This is 2002?
19    Q.  Mm-hmm.
20    A.  Don't remember.
21    Q.  Do you remember registering for a department
22  head position in tool rental at any time?
23    A.  No.
24    Q.  Okay.  So far we've talked about the October

Page 113

1  2001 position in West Springfield in hardware that
2  you interviewed for and didn't get; correct?
3    A.  Correct.
4    Q.  And then later that month, a position that
5  you were offered in Auburn that you turned down;
6  correct?
7    A.  Correct.
8    Q.  And then you just testified that you don't
9  recall this June of 2002 tool rental position;
10  correct?
11    A.  Correct.
12    Q.  All right.  Were there any other times when
13  anybody in management asked you if you were
14  interested in interviewing for department head
15  positions?
16    A.  Yes.
17    Q.  Okay.  Tell me about the first one of those
18  that you recall.  Who approached you?
19    A.  Chris Catalina.
20    Q.  Do you remember when this was?
21    A.  A couple months ago, the other day.
22    Q.  Those are two different times?
23    A.  (Witness nods.)
24    Q.  Let's talk about the one two months ago.

29 (Pages 110 to 113)

Lionel M. Fleming

Page 114

1  What did he say?
2      A. He said he has a position coming open.
3      Q. A department head position?
4      A. Correct. Would I want to interview for it.
5      Q. What did you say?
6      A. Not at that time.
7      Q. Why not?
8      A. I had a lot on my plate.
9      Q. What did you have on your plate?
10     A. Stressed out.
11     Q. Why are you stressed out -- or were you
12  stressed out at the time?
13     A. Just different stuff, you know, working,
14  homesick.
15     Q. Anything else?
16     A. That's it.
17     Q. Okay. Then you mentioned that Mr. Catalina
18  approached you a few days ago; is that correct?
19     A. A couple days ago.
20     Q. And what did he tell you then?
21     A. That he had -- he might have a position
22  coming available.
23     Q. A department head position?
24     A. Correct.

Page 115

1      Q. What did you say?
2      A. I told him not at this time.
3      Q. Why did you say not at this time?
4      A. Because, you know, going through some legal
5  stuff.
6      Q. You're going through some legal stuff?
7      A. Yeah.
8      Q. What's that?
9      A. What's going on now.
10     Q. So you decided not to take -- not to take an
11  opportunity to interview for a department head
12  position because of your lawsuit against Home Depot?
13     A. See, you're not in my shoes. This, you
14  know, this has been going on a long time. This has
15  been dragging out and dragging out. I'll be 70
16  years old, still fit enough for a department
17  position.
18     MS. BOLAND: Could you read back the
19  last question, please?
20     (The reporter read back the portion requested.)
21     A. Correct.
22     Q. You're suing Home Depot because you haven't
23  had an opportunity to become a department head;
24  correct?

Page 116

1      A. Correct.
2      Q. And now you're given an opportunity --
3      A. Not a department head.
4      Q. Well, you have to be a department head
5  before you're an assistant manager; correct?
6      A. Yes, I've been there, done that. That's as
7  far as I'm going to go.
8      Q. You haven't been a department head in
9  Massachusetts; correct?
10     A. Correct.
11     Q. And you're suing Home Depot because you have
12  not been a department head; and as a result, you
13  have not been an assistant manager in Massachusetts;
14  correct?
15     A. Past department head. That's as far as I've
16  been. I haven't been no farther, and that's the
17  reason why. I haven't made it past the department
18  head position.
19     Q. And you haven't even yet been a department
20  head in Massachusetts; correct?
21     A. Correct.
22     Q. And now you just told me you've been given
23  two opportunities recently to be a department head,
24  and you've turned those down because of your current

Page 117

1  lawsuit; correct?
2      A. Even --
3      Q. If you could just answer my question, and
4  then I'll give you an opportunity to say whatever
5  you want.
6      A. All right. Repeat that.
7      Q. Sure. You've been -- you've recently been
8  given an opportunity to become a department head;
9  correct?
10     A. Correct.
11     Q. And you've turned that opportunity down
12  because you say you have -- strike that. Because --
13  strike the whole question. Start again. You've
14  turned down the opportunity to become a department
15  head recently, and your stated reason is because of
16  your ongoing lawsuit with Home Depot; right?
17     A. That was the last one, not the one before
18  it.
19     Q. Okay. Let's talk about the last one, then,
20  the most recent one.
21     A. Correct.
22     Q. If you're suing because you haven't had a
23  chance to become a department head, why would you
24  refuse the opportunity to interview for a department

30 (Pages 114 to 117)

Lionel M. Fleming

Page 118

1  head position, quote, because of your lawsuit?
2      A.  He just asked me, that department's coming
3  available, but that still doesn't mean I'm going to
4  get a department.
5      Q.  Correct, but that's the first step to
6  becoming a department head; right?
7      A.  Yes, that was the first step.  Like 16 years
8  ago, too.
9      Q.  I'm talking about now.  As of now, you were
10  given the opportunity, and you turned it down;
11  right?
12      A.  I ain't turned it down.  I said not right
13  now, you know.
14      Q.  You said not right now twice in the past
15  couple of months; right?
16      A.  Right.
17      Q.  Any other times that you can tell me that a
18  manager asked you if you were interested in
19  interviewing for an upcoming position?
20      A.  There was another manager asked me, you
21  know, would I like to sit down and talk to him about
22  some position coming open.
23      Q.  Who is that?
24      A.  I don't know his name right now.

Page 119

1      Q.  Does he work there now?
2      A.  No.
3      Q.  What year was it?
4      A.  This was beginning of this year.
5      Q.  Beginning of 2005?
6      A.  Yes.
7      Q.  Was he an ASM?
8      A.  Assistant store manager.
9      Q.  What did he tell you specifically that you
10  can recall?
11      A.  That he have a couple positions coming open,
12  and he'd like to sit down and talk to me about it.
13      Q.  And what did you say?
14      A.  I said not at this time.
15      Q.  And those were department head positions?
16      A.  Correct.
17      Q.  Why did you say not at this time then?
18      A.  Like I said, I was under a lot of stress,
19  you know.
20      Q.  Stress because of work and you were
21  homesick?
22      A.  Work, just work and stuff that I, you know,
23  been through, stuff that I've experienced, you know.
24      Q.  Any other times --

Page 120

1      A.  The average person would have quit, you
2  know, a long time ago, you know.  I'm still trying
3  to, you know, reach that level, and I haven't been
4  able to reach that level.
5      Q.  Well, you've turned down the opportunity to
6  reach that level three times so far you've told me?
7      A.  That doesn't mean I was going to get it.
8  Even though they were going to interview me, you
9  know, I've been interviewed before and didn't get
10  the job.  What makes this going to be any different?
11      Q.  But you're certainly not going to get there
12  unless you interview; right?
13      A.  50/50 chance.
14      Q.  I'm sorry?
15      A.  50/50 chance.
16      Q.  There's a 50/50 chance that if you
17  interview, you say you might or might not get the
18  job?
19      A.  Right.
20      Q.  But there's zero chance you're going to get
21  the job if you don't interview; right?
22      A.  Not at this time, though.
23      Q.  Just answer my question.
24      A.  Yes.

Page 121

1      Q.  Any other times that you can recall a
2  manager asking you if you wanted or were interested
3  in a department head position?
4      A.  No.
5      Q.  Do you recall a conversation with Chris
6  Catalina in November of 2004 about a department head
7  position that was available?
8      A.  Not at this time.
9      Q.  Do you recall telling Chris that you, quote,
10  couldn't interview for a department head position
11  because it's too late to be a department head or
12  something to that effect?
13      A.  I don't know word for word, but it could
14  have been that.
15      Q.  Just approximately what you said?
16      A.  Yes.
17      Q.  What did you mean by that?
18      A.  Don't know at the time.
19      Q.  You don't recall what you meant by it?
20      A.  No.
21      Q.  Do you remember when that was?
22      A.  Not the date or nothing like that, no.
23      Q.  The year?
24      A.  Don't know.

31 (Pages 118 to 121)

Lionel M. Fleming

Page 122

1    Q.  Do you recall also telling him at that time
2  that you were going to pull yourself out of JPP?
3    A.  No.
4    Q.  Have you?
5    A.  No.
6    Q.  Do you know Michael Laterelle?
7    A.  Yes.
8    Q.  Who is he?
9    A.  Night supervisor.
10    Q.  Do you remember any times that he asked you
11  if you were interested in becoming a department
12  head?
13    A.  No.
14    Q.  You don't remember two different occasions
15  between March and June of this year that he asked
16  you specifically about becoming a department head?
17    A.  No.
18    Q.  And you said not at this time with
19  everything going on with Home Depot?
20    A.  No.
21    Q.  You've never had any conversations with
22  Mr. Laterelle about becoming a supervisor?
23    A.  No.
24    Q.  Do you recall a time in May of this year

Page 123

1  that Mr. Catalina asked if you were interested in
2  interviewing for a department head position that was
3  opening up in the store?
4    A.  Can't recall.
5    Q.  You said you weren't interested at the time.
6  Do you recall that?
7    A.  Can't recall.
8    Q.  How about in June of this year, this past
9  summer when he told you -- Mr. Catalina told you
10  there were several positions becoming available for
11  department heads in the West Springfield store, and
12  he asked you if you were interested in them, do you
13  remember that?
14    A.  Can't recall.
15    Q.  You told him you weren't interested at the
16  time.  Do you remember that?
17    A.  Don't recall.
18    Q.  How about in August of this past year, of
19  this past year, this past August when Mr. Catalina
20  asked you if you were interested in some upcoming
21  department head interviews, and your response was
22  that, quote, on the advice of your attorney, you
23  cannot and will not interview for any department
24  head positions?

Page 124

1    A.  Don't recall.
2    Q.  You don't recall saying that?
3    A.  No, can't recall.
4    Q.  It's true that Mr. Catalina regularly asks
5  you if you're interested in interviewing for
6  department head positions, isn't it?
7    A.  Not regularly.
8    Q.  On a number of occasions?
9    A.  A couple.
10    Q.  More than two?
11    A.  A couple.
12    Q.  So does that mean two?
13    A.  Two, I'd say two.
14    Q.  He's only asked you twice if you were
15  interested in interviewing for a department head
16  position?  You're sure of that?
17    A.  Can't remember.
18    Q.  You've worked with him a long time; right?
19    A.  Not really.
20    Q.  No?
21    A.  No.
22    Q.  Several years?
23    A.  Several years.
24    Q.  That's a long time; right?

Page 125

1    A.  Not really.  It ain't like we see each other
2  every day.
3    Q.  How about a couple of days ago when
4  Mr. Catalina asked you if you were interested in the
5  department head position, you said no, that you
6  probably wouldn't be working for the company much
7  longer.  Do you remember that?
8    A.  Yes, I remember that.
9    Q.  What did you mean by that?
10    A.  Like I say, burnt out, fed up, you know.
11    Q.  I'm handing you what's been previously
12  marked as Exhibit Number 4.  This is the complaint
13  you filed in court; correct?
14    A.  Correct.
15    Q.  Let me just note for the record that the
16  little handwritten numbers next to the sentences are
17  my notations, just because I was doing this quickly,
18  I couldn't find the original, so I just made copies
19  of the one I was working on.  So those little
20  handwritten numbers are from my work.  So I'd ask
21  you just to ignore those.  They were not in the
22  original complaint.
23        If you'd turn to -- the pages aren't
24  numbered, but if you'd turn to -- it's actually the

32 (Pages 122 to 125)

Lionel M. Fleming

Page 126

1  last page.
2        MS. SHARIF:  The last page of the
3  booklet?
4        MS. BOLAND:  I'm sorry, you have the
5  exhibit, the last page of the complaint where his
6  signature appears.
7  BY MS. BOLAND:
8     Q.  There's a paragraph in the last -- I'm
9  sorry -- a sentence in the last full paragraph that
10  starts "Since 1999."  Do you see that?
11     A.  Since 1999?
12     Q.  Yes.
13     A.  Mm-hmm.
14     Q.  It says -- part of that sentence reads, "I
15  have been actively pursuing my promotion with Home
16  Depot."  Do you see that?
17     A.  Correct.
18     Q.  Tell me how you can say that you've been
19  actively pursuing a promotion when you've turned
20  down a number of offers to interview for department
21  head positions.
22     A.  This here was before these came about, you
23  know, asking me do I want -- this was written before
24  all this stuff came up.

Page 127

1     Q.  So would you agree that more recently you
2  have not been actively pursuing a promotion?
3     A.  I wouldn't say that.  I can't promote
4  myself.
5     Q.  But you've been given opportunities that you
6  just testified to to interview for department head
7  positions and you've turned them down.  So how is
8  that actively pursuing a promotion?
9     A.  Like I said, not at this time, when I told
10  him that.  That don't mean I can't go that next time
11  around or whenever, you know, one come about.  I
12  don't have to jump on every one that, you know, come
13  about.
14     Q.  Well, you're suing Home Depot because you
15  haven't been given the opportunity.  You've brought
16  a federal court lawsuit against a major company
17  based on the fact that you have not been given an
18  opportunity to be promoted.  You were given that
19  opportunity, you turned it down, and you think
20  that's actively pursuing a promotion?
21     A.  Like I said, all this happened after.  This
22  was written, and then all these asking me to go run
23  a department came about.
24     Q.  That doesn't explain why you turned them

Page 128

1  down, though, does it?
2     A.  I haven't turned them down.  I said not at
3  this time.  That don't mean I'm turning them down.
4  I said not at this time.
5     Q.  It certainly seems like you're turning them
6  down when you say "not at this time" or "no" or "I'm
7  not interested now" or "I'm going to be leaving the
8  company soon."  Do you expect Home Depot to continue
9  to offer you positions so that you can turn them
10  down?
11     A.  They're going to offer me the position.
12     Q.  I'm sorry?
13     A.  I said they're going to keep offering me the
14  position.
15     Q.  You have performance evaluations regularly;
16  right?
17     A.  I have what?
18     Q.  Performance evaluations.
19     A.  Correct.
20     Q.  How often do you have those?
21     A.  Every six months.
22     Q.  Part of that evaluation process when you sit
23  down with your manager to go over the evaluation is
24  to discuss your future with the company; right?

Page 129

1     A.  I'm assuming.  I assume.
2     Q.  Well, you've seen the forms; right?
3     A.  Yes.
4     Q.  And the forms have a section for future
5  goals or something to that effect; right?
6     A.  Mm-hmm.
7     Q.  Have you ever raised the issue of the fact
8  -- strike that.  Have you ever raised the fact that
9  you haven't been promoted yet in one of those
10  performance evaluation meetings?
11     A.  No.
12     Q.  Did you ever raise the fact that you weren't
13  getting promoted with anybody at West Springfield?
14     A.  No.
15     Q.  You just went ahead and sued; right?
16     A.  No.
17     Q.  You didn't sue?
18     A.  No, I sued, but I'm just saying that ain't
19  the reason, you know.  Plus my last review was given
20  by different people, and some of them weren't even
21  my direct supervisor, you know.
22     Q.  I'm just asking you, outside of the
23  evaluations even, we've already talked about the
24  evaluations, but outside of the evaluation meetings,

33 (Pages 126 to 129)

Lionel M. Fleming

Page 130

1  have you raised the fact that you weren't getting
2  promoted with anybody at Home Depot before you sued?
3      A. No.
4      Q. Your current position is cross-merchandising
5  associate; is that right?
6      A. Correct.
7      Q. When did you start in that position?
8      A. Two, three years ago. I don't know exactly
9  when.
10     Q. Did you register on JPP for it?
11     A. Yes, I did.
12     Q. Did someone invite you to interview for it?
13     A. I can't recall.
14     Q. Did you interview for it?
15     A. I can't recall.
16     Q. Since you accepted this position, did you
17  re-register on JPP for a department head position?
18     A. Yes.
19     Q. When was that?
20     A. I can't recall, but I'm in the JPP. I don't
21  know the date, the time.
22     Q. You understand, though, that once you get a
23  new position through JPP, like the position you have
24  now, you automatically get deactivated out of JPP;

Page 131

1  right?
2      A. My position I've got now isn't a department
3  supervisor, it's just a regular worker position.
4      Q. So you believe that that did not deactivate
5  you?
6      A. It's not -- it's a lateral, it's not, you
7  know -- it's just regular. I went from one position
8  to another. It's not, you know, a supervisor
9  position.
10     Q. I understand that, but it was a position
11  that you got through JPP, through the JPP process;
12  right?
13     A. I'm assuming I did, because at the time when
14  I put in for it, I was the only one who put in for
15  it.
16     Q. Okay. I'm just trying to understand what
17  your understanding is about what happens on JPP once
18  you get a job, a new position through the JPP
19  process. So my question is: Once you got the
20  cross-merchandising position, did you believe that
21  you were still in JPP for a department head or did
22  you believe that you had to re-register for it?
23     A. No, I believed I was still in it.
24     Q. Did anyone ever tell you you've got to

Page 132

1  re-register on JPP once you got this cross-
2  merchandising position?
3      A. No, but I re-registered.
4      Q. You allege in your complaint that there were
5  some promotions, two promotions actually, made in
6  the lumber and hardware departments in November of
7  2003. Do you remember that?
8      A. Yes.
9      Q. Who was promoted then?
10     A. In what year this was?
11     Q. November of 2003, lumber and hardware.
12     A. I don't know.
13     Q. You don't know who was promoted?
14     A. (Shakes head.)
15     Q. What were the positions they were promoted
16  to?
17     A. I don't know who was even promoted.
18     Q. Would you look at Exhibit Number 4 again,
19  the second page, the second full paragraph. It
20  starts with "Also, near the end of 2003." Do you
21  see that?
22     A. Mm-hmm.
23     Q. I'm just going to read for the record. It
24  says, "Also, near the end of 2003, the lumber and

Page 133

1  hardware departments promoted two employees." Then
2  the last sentence of the paragraph is "These
3  positions of department heads were never posted as
4  available positions, and I was not notified to
5  interview for these positions." Do you see that?
6      A. Yes.
7      Q. That's what I'm referring to. Let me just
8  restate my question. So you allege here that two
9  positions were filled at the end of 2003 in lumber
10  and hardware; correct?
11     A. Correct.
12     Q. I'm just asking if you recall what the
13  promotions were that were made then?
14     A. Not all positions get posted. You know, you
15  don't know until somebody become a department head,
16  you know. You say, oh, when this guy got promoted?
17     Q. The lumber and hardware positions that
18  you're referring to in Exhibit Number 4 were
19  department head positions?
20     A. Correct.
21     Q. And in Exhibit Number 4, you refer to a
22  woman by the name of Michele Minniear. Was she one
23  of the two that were promoted at that time?
24     A. Correct.

34 (Pages 130 to 133)