# EXHIBIT 7

January 28, 1996

Chris Cook, Store Manager
Store # 258
Home Depot U.S.A., Inc.
2901 University Drive
Sunrise, Florida 33322

Dear Chris:

    This letter will confirm our discussions last November regarding my moving from Department Head of Hardware at Store #215 to regular employee in receiving at Store # 258.

    I would like to reiterate that my decision to step down from a supervisory position is based on personal factors, namely concerns over my family's welfare. I remain a dedicated employee of Home Depot, and look forward to the day when I am able to once again focus on my professional development with the company. At that time, I will be more than happy to take you up on your offer to return me to a supervisory position.

    Once again, thank you for your understanding and cooperation in this.

Sincerely,

Lionel Fleming

cc:    Walter W. Palmer, Esq.