# EXHIBIT 8

**Page 1**

```
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS

              C.A. No. 04-3-213-MAP

LIONEL M. FLEMING

VS.

HOME DEPOT U.S.A.




DEPOSITION OF: CHRISTOPHER D. CATALANA,
taken before Kathleen M. Houghton,
Shorthand Reporter, Notary Public pursuant
to the Federal Rules of Civil Procedure,
at the offices of Ryan & Downey, P.C.
1441 Main Street, Springfield,
Massachusetts on September 14, 2007.




APPEARANCES:

(Please see Page 2.)








                Kathleen M. Houghton
                Shorthand Reporter
```

**Page 2**

```
1  APPEARANCES:

2  RYAN & DOWNEY, P.C.
        1441 Main Street
3       Springfield, Massachusetts 01103,
        representing the Plaintiff.
4  BY: TIMOTHY RYAN, ESQUIRE

5

6  MORGAN BROWN & JOY, LLP
        200 State Street
7       Boston, Massachusetts 02109-2605,
        representing the Defendant.
8  BY: TRACY THOMAS BOLAND, ESQUIRE

9

10 In Attendance:
        LIONEL M. FLEMING
```

**Page 3**

```
                  I N D E X

WITNESSES:              DIRECT    CROSS

CHRISTOPHER D. CATALANA    5







EXHIBITS:    DESCRIPTION         PAGE
```

**Page 4**

```
              S T I P U L A T I O N S


    It is agreed by and between the parties
that all objections, except objections as
to the form of the question, are reserved
to be raised at the time of trial for the
first time.


    It is further agreed by and between the
parties that all motions to strike
unresponsive answers are also reserved to
be raised at the time of trial for the
first time.


    It is further agreed that the deponent
will read and sign the deposition.


    It is further agreed by and between the
parties that notification to all parties
of the receipt of the original deposition
transcript is also hereby waived.


                    * * * * *
```

Page 13

1  Q. So that's full- and part-time?
2  A. Correct.
3  Q. All right. And what's the
4  approximate number of West Springfield
5  store employees at this time?
6  A. About 200 full- and part-time.
7  Q. Now, in your role at West
8  Springfield have you ever been in a direct
9  supervisory role with respect to Lionel
10 Fleming?
11 A. I have not.
12 Q. You've always been an assistant or
13 more recently the co- or store manager?
14 A. Correct.
15 Q. Now, I don't want to be morbid or
16 anything but Penny Allen's deceased?
17 A. Correct.
18 Q. And was she still alive when you
19 came back to West Springfield or?
20 A. When I came back to West
21 Springfield as a store manager, is that
22 what you're talking about, from
23 Wilbraham?

Page 14

1  Q. Yes.
2  A. Yes, she was, she was still alive.
3  Q. And had she left the company or
4  just taken a different position?
5  A. No. She's originally from
6  California. She lived in La Rancho
7  Cucamonga and her family's all out there
8  and was lucky enough -- and a store opened
9  out there and she was lucky enough to get
10 it.
11 Q. Now, at any time did you ever have
12 any discussions with Russ Founds regarding
13 Mr. Fleming?
14 A. Not that I recall.
15 Q. Okay. Did you ever have any
16 discussions with Ms. Allen regarding
17 Mr. Fleming?
18 A. Specifically? Just overall
19 discussions.
20 Q. Yeah.
21 A. Nothing specifically I remember.
22 Q. Okay. At some point did you learn
23 that he had a prior claim against Home

Page 15

1  Depot?
2  A. I had no knowledge of it until
3  recently to be honest with you. I did not
4  know so.
5  Q. Okay. And did you learn of the
6  prior suit from anyone other than counsel
7  to the company?
8      MS. BOLAND: Let's be clear
9  about which suit you're talking about,
10 just so the record's clear.
11     MR. RYAN: The Florida suit.
12     THE WITNESS: Actually, no, I
13 heard it from -- I believe it was from a
14 regional HR, which I don't remember if it
15 was -- I don't remember who it was. I do
16 not believe it was from our attorneys
17 though.
18 Q. (By Mr. Ryan) And do you recall
19 in what context you learned of the prior
20 suit, the Florida litigation?
21 A. I do not, I don't know.
22 Q. The Massachusetts litigation was
23 started in part due to four promotions

Page 16

1  that occurred in October 2001?
2  A. October, November time frame,
3  2001, mm-hmm.
4  Q. Were you at the West Springfield
5  store at that time?
6  A. Yes.
7  Q. And your role there was?
8  A. Assistant store manager.
9  Q. Assistant store manager. And what
10 role did, if any, did you play in the
11 promotions? There were four open
12 departments?
13 A. I -- as best as I can recall I did
14 a couple of interviews for that.
15 Q. Okay. And the decision-maker in
16 connection with those promotions was who?
17 A. Penny Allen.
18 Q. And to the extent that you did
19 interviews, what -- you then reported back
20 to Penny Allen?
21 A. Correct.
22 Q. And what criteria or what
23 recommendation were you bringing back to

Page 17

1 her with respect to the interviews you
2 did?
3   A. Just that he had -- anybody I had
4 interviewed, whether they had passed or
5 failed. It's that -- it's a pass or fail
6 interview.
7   Q. And what's the structure of the
8 interview?
9   A. Basically it's approximately, if I
10 remember right, about 10 questions and the
11 questions are kind of scenarios how you
12 would react in a situation, whether it be
13 management conflict situation with an
14 employee, it could be a customer issue,
15 and the reactions from the person getting
16 the interview, how they would react.
17   Q. So these are essentially scripts?
18   A. Correct, correct.
19   Q. And would they be, if you will,
20 departmental focused, there might be a
21 different script for electric light as
22 opposed to lumber?
23   A. No. The actual scripts for --

Page 18

1 would be different. Merchandizing would
2 all be the same. Operations would be a
3 little bit different so.
4   Q. Okay. And do you recall
5 interviewing Mr. Fleming in connection
6 with that?
7   A. I remember that I interviewed
8 him. I don't remember any questions.
9   Q. And do you recall his performance?
10   A. He passed.
11   Q. Okay.
12   A. He did pass.
13   Q. All right. And do you recall who
14 else you interviewed for?
15   A. I do not recall. I do remember
16 interviewing Lionel and that he passed. I
17 do not -- I couldn't say for sure I
18 remember anyone I interviewed.
19   Q. Now, in the interview would you
20 have essentially a script in front of you
21 when you're interviewing the candidate?
22   A. Correct.
23   Q. And are there any notes of that

Page 19

1 interview that are then handed in and kept
2 within the company?
3   A. I believe there -- we do make some
4 notes. I don't know where they go after
5 they're interviewed.
6   Q. And in making the promotions that
7 were made in 2001 --
8   A. Mm-hmm.
9   Q. -- the decision was made by?
10   A. Penny Allen.
11   Q. And did you make a recommendation
12 to the best of your recollection?
13   A. I do not recall.
14   Q. And did she ever explain to you
15 her reasoning as to why she made the four
16 promotions she made?
17   A. I don't recall that.
18   Q. Home Depot has had, and it's in
19 the Answers To Interrogatories as well,
20 since approximately 1999 --
21   A. Mm-hmm.
22   Q. -- the JPP?
23   A. Correct.

Page 20

1   Q. Could you just identify what the
2 initials stand for?
3   A. Sure. JPP is Job Processing
4 Performance. They are Job Performance
5 Processing which came out in approximately
6 '99 when we rolled it out into the stores
7 we had back then. We had what was called
8 training coordinators. Now we have the HR
9 but the training coordinators, we were all
10 given stacks and stacks of pamphlets to
11 have -- because we couldn't pull each of
12 the employees off the floors at once, we
13 had a meeting of approximately, to the
14 best of my knowledge, 10 to 15 employees
15 at one time in our training room
16 explaining what the JPP process was.
17   Q. And it's a computer-based process
18 system?
19   A. Correct.
20   Q. And as it's been explained to me,
21 you log into the system and identify
22 interests or jobs you'd like to have?
23   A. Correct. You log into the system

Page 21

1 and identify areas you would like to get
2 promoted to.
3   Q. Okay. And how long to your
4 knowledge is a posting by an employee good
5 for?
6   A. The posting has just recently
7 within the last year changed so.
8   Q. Well, let's go back to the '01-'03
9 time frame?
10   A. It would be indefinite until an
11 employee went in and pulled it out.
12   Q. Okay. And so you put it in and
13 you say I'm interested in a position or
14 can it be positions, plural?
15   A. It can be a positions, plural.
16   Q. All right. And is management
17 supposed to access that system to the
18 extent it's making promotions?
19   A. Correct. Every time that we would
20 -- if a position opened up we would have
21 to access JPP. It prints us a list of who
22 is interested and we would look at that
23 list and then ask the individuals if --

Page 22

1 are they still interested in interviewing,
2 are they still thinking about, say they
3 want to get promoted, what's your
4 interest.
5   Q. And if they're interested in
6 interviews, you set up an interview and go
7 forward on that basis?
8   A. Correct. I should explain our
9 ratings for our employees is they have to
10 have at least a P rating. There's O is
11 the top and then V and then P. And then I
12 is Improvement Needed and they could not
13 interview; they could still be in JPP.
14   Q. But they're just not eligible?
15   A. That is correct, for a promotion.
16   Q. So you have to have a minimum
17 score of P to get into the interview
18 round?
19   A. Correct.
20   Q. And those results remain on
21 indefinitely?
22   A. Until an employee pulls it right
23 out.

Page 23

1   Q. Now, is there -- is there a
2 minimum number of interviews that have to
3 be conducted?
4   A. Yes.
5   Q. And that is how many?
6   A. It's the interview plus two more
7 so you have to do three.
8   Q. So if there's one position, you
9 have to review at least three candidates?
10   A. Correct.
11   Q. And if there's 12 people who have
12 applied --
13   A. Mm-hmm.
14   Q. -- over the course of however long
15 for, you know, the position of electric
16 light department supervisor?
17   A. Mm-hmm.
18   Q. How do you -- how does management
19 take it from 12 down to three?
20   A. Okay. The -- we would look at
21 their past reviews --
22   Q. Mm-hmm.
23   A. -- of how they are performing. So

Page 24

1 if out of 12 people I had three that were
2 Os, three that were Ps, three that were Vs
3 and three that were Is, I would be -- we
4 would be interviewing -- we would be
5 asking the three Os first because they're
6 at an outstanding level.
7   Q. All right. Within the
8 organization is there any Home Depot -- is
9 there any training courses or other
10 instruction to get employees from, you
11 know, associate level and begin to move
12 them through the ranks?
13   A. I'm not sure I understand the
14 question. Other than -- we do have what's
15 called a store leadership training
16 program.
17   Q. Okay.
18   A. So people that are outside of the
19 company trying to get in -- Are you
20 talking about --
21   Q. Within the company.
22   A. -- within the company?
23   Q. You start as an associate and

Page 29

1  Q. He is not. And in response to the
2  earlier interrogatories at the MCAD, and
3  again I'm just asking if you have any
4  knowledge. Let me focus it. In response
5  to Interrogatory Number 5, the question
6  asks: Please describe in full and
7  complete detail why the complainant was
8  not promoted to either the open department
9  positions -- and this refers to the
10 October '01.
11       And it refers in the second or
12 third paragraph, it states: In or about
13 late October or early November, shortly
14 before the final decision regarding --
15 before the decision was made, Mr. Fleming
16 had a discussion with Ken Thompson
17 regarding his interest in potential
18 promotions to the hardware department
19 supervisor and then goes on to indicate
20 that Mr. Thompson reports that Mr. Fleming
21 showed a lack of enthusiasm.
22       Do you have any knowledge about
23 that happening back in that time frame?

Page 30

1  A. I didn't -- I did not hear --
2  Q. Mm-hmm.
3  A. -- Lionel and Ken Thompson talking
4  about it so.
5  Q. Was there a report that you were
6  aware of made to you back in that time
7  frame?
8  A. About the conversation?
9  Q. Yes.
10 A. In a staff meeting it was
11 mentioned to Penny Allen so.
12 Q. Okay. And was this the staff
13 meeting to discuss the promotions?
14 A. It was actually one of our general
15 weekly staff meetings so.
16 Q. And your recollection of the
17 comment made my Mr. Thompson was what?
18 A. That pretty much exactly what you
19 said, that he really wasn't interested in
20 moving forward position.
21 Q. And your recollection of
22 Ms. Allen's response, if any, was what?
23 A. I don't recall. I don't really

Page 31

1  remember what she said.
2  Q. Okay. And to your understanding
3  the promotions had not yet been made?
4  A. Correct.
5  Q. Was there any discussion about
6  going back and checking with Lionel as to
7  whether --
8  A. I do not recall.
9  Q. All right. But in your discussion
10 with him you thought he had passed or your
11 interview with him you thought he had
12 passed the interview?
13 A. Correct, correct.
14 Q. And did you detect any lack of
15 enthusiasm for that position?
16 A. I did not that I recall.
17 Q. And you do not recall making a
18 report to Ms. Allen that he had a lack of
19 enthusiasm?
20 A. I do not recall.
21 Q. Now, just off the record for a
22 second.
23       (Discussion off the record.)

Page 32

1  Q. (By Mr. Ryan) Did you have any
2  discussions with Mr. Fleming after the '01
3  promotions were made and he was not
4  promoted?
5       MS. BOLAND: Objection.
6       THE WITNESS: About his
7  promotion?
8  Q. (By Mr. Ryan) Well, lack of
9  promotion?
10 A. No. I had many discussions with
11 him about store business.
12 Q. All right. And at any time did he
13 address to you concerns that he hadn't
14 been promoted?
15 A. Not that I recall. We talked a
16 lot because he was one of my employees but
17 I don't recall any conversations with him
18 so.
19 Q. And in your -- you've now been the
20 store manager in West Springfield about
21 five years?
22 A. Mm-hmm, approximately.
23 Q. And would you agree that

Page 33

1  Mr. Fleming's hard-working?
2     A. Yes.
3     Q. Reliable?
4     A. Yes.
5     Q. Conscientious?
6     A. Yes.
7     Q. Knowledgeable about his duties?
8     A. Yes.
9     Q. Okay. A year or so ago his
10 supervisor was Mike Latourelle?
11    A. Correct.
12    Q. And Mr. Latourelle's view of
13 Mr. Fleming's performance, positive,
14 negative?
15    A. Overall I would say positive.
16    Q. And in connection with
17 Mr. Latourelle, did he discuss with you
18 recommending Mr. Fleming for a promotion?
19    A. I don't recall if he discussed it
20 with me. I know he wanted to see him get
21 promoted.
22         MS. BOLAND: Can we take a
23 break when it's good for you?

Page 34

1         (A brief recess was taken.)
2         THE WITNESS: Right after, I
3  was taking the question like right after
4  he didn't get promoted. But I've had
5  many, many discussions with him on wanting
6  to get promoted. I don't know if that
7  clears --
8         MS. BOLAND: Was your
9  question aimed at discussions with Lionel
10 right after?
11        MR. RYAN: It was, yes. And
12 I'll get into those other ones.
13        MS. BOLAND: And also time
14 frame with regard to the question about
15 performance, he was also -- he was
16 assuming you were talking about Lionel's
17 performance back in the '01 time frame and
18 not his performance in total. Maybe you
19 could parse that out for him.
20        THE WITNESS: Clarification,
21 I apologize. Is it currently are you
22 talking?
23    Q. (By Mr. Ryan) Mm-hmm.

Page 35

1     A. Currently right now he's a very
2  hard worker.
3     Q. Yeah.
4     A. Struggling right now to be a
5  department head in his current role.
6     Q. Okay. And what's the source of
7  the struggle as you say?
8     A. Well, part of being department
9  head is being a leader and being a manager
10 and basically his -- the bottom line in
11 his position is to control the out of
12 stocks in our store, be a big part of it.
13 Obviously he can't do it by himself but
14 he's in charge of other IMAs, our
15 Inventory Management Associates, that do
16 all the ordering of our whole store. So,
17 you know, daily meetings with them because
18 he works overnight and they come in at 4
19 a.m. and they are in and out. The
20 connection between the two is not -- he is
21 not strong so.
22    Q. And when he's working nights his
23 supervisor is Mr. Santiago?

Page 36

1     A. Correct.
2     Q. And his job duties as an -- what's
3  his specific title?
4     A. Pack down department head.
5     Q. And because in the Answers To
6  Interrogatories in this that came in
7  yesterday, his positions as of May 8, '06
8  are freight team supervisor?
9     A. Correct. We have -- we have two
10 freight team supervisors.
11    Q. Okay.
12    A. One is in charge of pack down, the
13 other one is in charge of pack out. The
14 freight that comes in from receiving from
15 the trucks is a pack out supervisor's
16 position and the other one -- Lionel is
17 the pack down, which is a lot of the
18 freight that's already in the building
19 that can pack down from our -- when we do
20 pack down reports in the morning from the
21 IMAs so.
22    Q. Those are those large bins above
23 the store -- above the shelves that the

## Page 53

1   A. It will come to the store manager
2 first.
3   Q. Then in the process of you
4 discussing the transfer of the employee to
5 the other store, you would discuss
6 candidly the strengths and weaknesses of
7 any potential candidate?
8       MS. BOLAND: Objection.
9       Go ahead.
10      THE WITNESS: Actually it's
11 -- we -- most stores that are -- might be
12 accepting a transfer will ask for the
13 associate's reviews.
14  Q. (By Mr. Ryan) Okay.
15  A. So we would fax their reviews.
16 And that way they really want to see in
17 detail how the employee's summary was,
18 their strengths, their needs, their game
19 plan, and they probably would ask for two
20 reviews in a row to make sure that they
21 had succeeded in their game plans that
22 they had to work on.
23  Q. What discussions have you had with

## Page 54

1 Mr. Fleming about promotions?
2   A. I've had several discussions with
3 him, probably once a month on him -- are
4 you still interested in getting promoted,
5 you know.
6   Q. And promotions to what level,
7 department supervisor or above department
8 supervisor?
9   A. No, I would just ask him are you
10 still interested in getting promoted and
11 what are you looking to -- what are your
12 long-term goals. And we've had many
13 discussions on that. And he wants to --
14 he wants to get to assistant manager level
15 and then he often told me that he wants to
16 transfer back down to Florida, Florida
17 where his family -- he has a lot of family
18 in Florida.
19  Q. And what do you need to do to get
20 to the assistant level?
21  A. Pretty much the same you need to
22 do to get to the department head level
23 with performance. You'd have to show that

## Page 55

1 you are performing very well. And to get
2 from a department head to an assistant
3 manager is your performance, if you do
4 well then you can get recognized to get to
5 the next level. And they have --
6 depending on your interview again, revisit
7 the Os, the Vs, the Ps, the Os would get
8 looked at first and they go to a process
9 that's called the RMA process.
10  Q. The RMA process, and what does
11 that stand for?
12  A. It eludes me right now. I
13 apologize.
14  Q. All right.
15  A. I'm drawing a blank on that.
16  Q. All right.
17  A. Basically what that process is,
18 they're looking for a pool of high
19 potential department heads that are
20 looking to become assistant managers.
21  Q. And who is "they"?
22  A. Okay. They would be our region.
23 Our region is -- consists of 100 stores.

## Page 56

1 We are called the New England region and
2 we are part of the northern division of
3 Home Depot which there are five divisions
4 so.
5   Q. So to get to an assistant
6 manager's position?
7   A. Mm-hmm.
8   Q. You're stating that it's a full,
9 regional review process essentially?
10  A. Correct. It's actually, if you go
11 -- if you had your review and you were an
12 O, top rated employee, and you were
13 interested in getting promoted, they would
14 then -- the district manager or even the
15 regional human resource manager would ask,
16 do you have this -- They have every copy
17 of everyone's rating.
18  Q. Mm-hmm.
19  A. So they would ask, well, you have
20 this person here who just got an O rating
21 as a department head, are they at all
22 interested in getting promoted. And they
23 would ask, usually ask the store HRs

Page 57

1 because they are in charge really of all
2 the paperwork. And the store HRs and
3 store managers should be on the same page
4 on who wants to get promoted.
5  Q. So to the extent that candidate A
6 is interested in being promoted, is there
7 then some extra process or scrutiny given
8 to that candidate by the regional --
9  A. No. What happens is four times a
10 year they do this RMA process. And they
11 go to say -- say our nine stores had three
12 people a store, so those 27 people would
13 go to Canton, Mass. where our regional
14 office is and they would first take a
15 written test and then they would take --
16 they would have interviews with other
17 district managers, store managers and
18 store HRMs that would ask them kind of
19 what we talked about earlier, a script of
20 different scenarios, how you would react
21 as an assistant manager.
22  Q. So these are the high performing
23 department supervisors and that's the

Page 58

1 process they would go through to get to
2 the next level?
3  A. Correct.
4  Q. And it happens as often as four
5 times a year or?
6  A. Actually it's -- it is supposed to
7 happen four times a year. What happens
8 sometimes is for whatever reason, whether
9 it's a scheduling conflict with Canton
10 that it only happens three times a year,
11 it's possible it happens only two times a
12 year. It has to do with getting everybody
13 there at the same time. Depending on the
14 season, they try not to do it -- if we're
15 having a very, very strong spring and
16 spring is from April, May and June up to
17 the 4th of the July, they may not run one
18 there so. And we may skip one and only
19 have three in that year so.
20   The number one thing is if the
21 stores are really -- if they're so busy
22 that they can't schedule it and then
23 Atlanta -- I mean Canton can't schedule

Page 59

1 it, they may have two or three a year so
2 it depends.
3  Q. For the candidate is it a one day?
4  A. Correct, it's a one day, all day.
5   MS. BOLAND: I have to take
6 another quick break. Sorry to interrupt
7 you. One second.
8   (A brief recess was taken.)
9   MS. BOLAND: We can go back
10 on and Mr. Catalana has a clarification
11 point.
12   THE WITNESS: I do. The
13 discussions that I've had with Lionel
14 about getting promoted, again we've had
15 many discussions. Most of -- I -- when we
16 talk about getting promoted to department
17 head, many, many discussions about just
18 getting to the next level, of being a
19 department head.
20   I didn't -- it wasn't every
21 conversation that we had that, you know,
22 getting to the assistant manager level but
23 the thing is when I asked him once, maybe

Page 60

1 twice a month, maybe more, do you want to
2 still be a department head and interview
3 -- to have the interview process done and
4 are you interested, so we talked about
5 that maybe more than assistant manager.
6 That's what I wanted to clarify.
7  Q. (By Mr. Ryan) And he was promoted
8 to his current position in May of '06
9 approximately?
10  A. I believe so.
11  Q. It's here?
12  A. Yes.
13  Q. And there it's freight team
14 supervisor but generically you called it
15 the pack down?
16  A. Apologize for the slang.
17  Q. But generically it's pack down
18 supervisor?
19  A. Correct.
20  Q. And that's a department supervisor
21 position?
22  A. Correct, that falls under freight
23 team supervisor so.