# EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIONEL FLEMING,

       Plaintiff,

v.

                              Civil Action No.  04-30213 MAP

HOME DEPOT U.S.A., INC.,

       Defendant.

AFFIDAVIT OF MATTHEW T. BOGLE
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

       I, Matthew T. Bogle, depose and state upon personal knowledge the following:

1.     In October 2001, I was employed as a Sales Associate at the West Springfield, Massachusetts Home Depot store.  At that time, I interviewed for a Department Supervisor position at the West Springfield store.  I was awarded that promotion and began as a Department Supervisor on November 18, 2001.

2.     I remained a Department Supervisor until 2005, when I voluntarily left Home Depot for an opportunity in a different geographic location.

3.     I am one-half black and the remainder of my national origin consists of French, and Native American.

       Signed under the pains and penalties of perjury this 3rd day of November, 2007.