# EXHIBIT 10



# RECEIVING/RECEIVING ADMIN/RTV/NIGHT CREW PERFORMANCE REVIEW

**THE PURPOSE OF THIS REVIEW IS TO:**
1. **Inform:** Conduct an open two-way discussion with the associate. 2. **Evaluate:** Be clear. Is the associate meeting goals and expectations.
3. **Develop:** Set a gameplan for future development. 4. **Set Goals:** Discuss associate's specific goals.

**INSTRUCTIONS:** Consider the associate's performance for each behavior <u>independently</u>. Using the following scale, rate the associate according to the extent to which performance meets The Home Depot's expectations and the performance requirements of the position.

1 = **Unacceptable performance.** Not meeting job expectations.
2 = **Improvement needed.** Meets some, but does not consistently meet all job expectations.
3 = **Solid performance.** Meets most job expectations (exceeds some, does not meet some).
4 = **Highly effective performance.** Meets all and exceeds some job expectations.
5 = **Exceptional performance.** Meets all and exceeds most job expectations.

[X] **MID-YEAR** (complete overall category rating, strengths, areas for improvement and gameplan)
[ ] **ANNUAL**

## CUSTOMER SERVICE

| Behavior | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Greets customer with a smile. | | | X | | |
| Stops performing operational tasks on the salesfloor to assist customers when approached. | | | X | | |
| Introduces the customer to a Sales Associate for assistance. | | | X | | |
| When placing merchandise pallets on the salesfloor, keeps aisles clear and shoppable. | | | X | | |
| Works with Dept. Supervisors to schedule incoming merchandise shipments to maintain customer service levels and avoid aisle congestion. | | | X | | |
| Maintains a professional and courteous relationship with freight companies, truck drivers, and vendors. | | | | X | |

COMMENTS: Ensure all customers are being greeted and taken to needed product.

**OVERALL CATEGORY:** X (3)

## PROCEDURAL KNOWLEDGE

| Behavior | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Understands initial receiving and Key-Receiving process. Completes all paperwork accurately. | | | X | | |
| Understands detail receiving process. Completes all paperwork and performs detail receiving quickly and accurately. | | | | X | |
| Performs required paperwork entry on store computer system. | | X | | | |
| Schedules incoming shipments and sets appointments to maximize productivity of receiving staff, while not allowing trucks to wait for unloading. | | X | | | |
| Understands the RTV process. Works RTV cage and sends defective merchandise on a daily basis. | | X | | | |
| Understands how to receive lumber and garden merchandise. Completes paperwork accurately. | | X | | | |
| Packs out merchandise quickly and accurately. Labels and places back stock merchandise in appropriate overhead locations. Notifies department Sales Associates of new items received to be merchandise. | | | | | |
| Seals D.C. and transfer trucks following procedures. | | | | X | |
| Packs down merchandise quickly and accurately. Uses lift equipment to work safely and efficiently. | | | | X | |
| Removes all boxes and packing material from Receiving are and salesfloor prior to end of shift. | | | X | | |
| Keeps areas clean and safe. | | | X | | |
| Works with vendors and merchandisers to resolve defective merchandise problems and receiving discrepancy problems. | | | | X | |
| Maintains forklift and lift equipment on a daily basis. | | | X | | |
| Completes RTV and out-for-repair Key-Rec's accurately. | | | | | |
| Works with department sales associates to transfer merchandise to and from the store. Accurately completes required paperwork and system functions. | | | X | | |
| Maintains the Open Purchase Order file. Prints Purchase Orders for incoming shipment. Purges files weekly. | | | | | |

COMMENTS: Ensure all PO's are fully completed when handed in.

**OVERALL CATEGORY:** X (3)

## STORE SECURITY/SHRINK CONTROL

| Behavior | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Restricts access of truck drivers to Store and Receiving area. Maintains the Driver Sign-in Log daily. | | | X | | |
| Follows procedures for handling and disposing of hazardous materials. | | X | | | |
| Understands how improper receiving and RTV practices cause shrink and actively works to prevent it. | | | X | | |
| Investigates receiving discrepancies and resolves them to ensure that inventory records are accurate. | | | X | | |
| Breaks down all packing materials and separates bailer material from other trash. | | | X | | |
| Organizes and accounts for incoming and outgoing pallets. | | | | X | |
| Operates lift equipment safely and sets example for all associates. Reacts to and stops unsafe lift equipment operations and merchandise storage. | | | | X | |

COMMENTS: Ensure all drivers sign in daily. Call vendors when receiving discrepancies occur.

**OVERALL CATEGORY:** X (3)

| | | | |
|---|---|---|---|
| Associate Name: Lionel Fleming | | Date of Hire: | Due Date: 7/2/01 |
| Store #: 2442 | Dept. #: 93 | Supervisor: Jim Lessard | |
| Type of Review: Non-Monetary | | Date Written: 13 May 01 | Date Given: 5/19/01 |

## PROFESSIONAL DEVELOPMENT

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Has total store concern. Willing to assist other departments with staging and packout of merchandise. | | | X | | |
| Attends product knowledge and paperwork classes. Actively pursues knowledge of new products and store operations outside receiving. | | | X | | |
| Communicates with other departments and the computer room to resolve receiving and merchandising problems. Works with vendors and merchandisers as needed. | | | X | | |
| Punctual, reliable, and dependable. Sets a good example of a team player. | | | | X | |
| Takes the initiative to learn more about their job and the jobs of those around them. Cross-trains in other areas and on lift equipment. | | | X | | |

COMMENTS: Cross train in other areas of receiving S/O cage and RTV's also outside receiving.

OVERALL CATEGORY: X (3)

## OVERALL RATING

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| To make your overall rating, consider all the above factors. In general, to what extent does the associate's performance meet Home Depot's expectations and the performance requirements of the position. A merit increase is not effective until you are. | | | X | | |

STRENGTHS: Team player will do any task asked of him has taken on a leadership role in the department. Also will come in for additional tasks such as pallets, trash clean up when ever needed.

AREAS FOR IMPROVEMENT: Work on PK's get 1 PK at least every week. Ensure all paperwork is filled out completely at all times. Scedule at trucks smartly. Expand knowledge on receiving paperwork.

HOW CAN I HELP AS YOUR SUPERVISOR? To be filled out with Associate during review.

GAMEPLAN: State specific actions and measurable goal(s) to provide a basis for the next review. Is performance still on track from last review?
1. Forklift and battery maintance
2. Receiving Reports
3. Cross  RTV CAGE

ASSOCIATE COMMENTS:

I am signing this review to indicate I have been informed of its content.

| Date: | Associate Signature: X |
|---|---|
| Date: 6/19/01 | Department Supervisor Signature: |
| Date: | Assistant Manager Signature: 6/19/01 |
| Date: | Store Manager Signature: |

HDS-361 (5/95)

# ASSOCIATE ACTION NOTICE

☐ SALARIED   ☑ HOURLY

**COMPLETE SECTION 'A' FOR ALL CHANGES**

Last Name: Fleming   First: Lionel   Middle Initial: ___   Store: 8662   Dept: 93   Social Security #: 026337572?

## PERSONAL CHANGE / CHANGE IN ASSOCIATE STATUS

| Last Name | First | Middle Initial | Home Phone | Effective Date of Change |
|---|---|---|---|---|
| | | | | |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| | | | |

☐ Single (S)   ☐ Married (M)   ☐ Divorced (D)   ☐ Legally Separated (L)   ☐ Other (O)   ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

## REVIEW/RATE CHANGE

☐ Introductory Review (IR)   ☐ Merit Review (MR)*
☑ Regular Review (RR)        ☐ Promotion/Demotion*
☐ Non-Monetary Regular       ☐ Follow-up Review (FR)
    Review with Merit (RM)*  ☐ Base Rate Adjustment (AJ)*

*District Manager Approval Required in These Categories.

Review Rating: 3
Current Rate: ☐ SAL ☑ HR  17.80
% of Increase: 0
New Rate: ☐ SAL ☑ HR  17.80
Date Review Given: 6/19/01
Effective Date of Rate Change: 7/2/01

*Must be same as Associate Signature Date, Section "K"
**Effective Date must be the quarterly review date for RR and RM review categories.

## EMPLOYMENT STATUS CHANGE (EC)

Change To:
☐ Full Time (FT) Hourly   ☐ Full Time (FS) Salaried   ☐ Part Time (PT)   ☐ Temporary (TP)   ☐ Re-Instatement (RI) (Write explanation in space provided below)

Effective Date of Change: ___

Explanation of Re-Instatement:

## JOB CHANGE

☐ Promotion (must pass drug test) (PM)
☐ Demotion (DM)
☐ Department/Title Change (DC)
☐ ASM Dept. Assignment (AR)

| Drug Test Requisition # | FROM: Dept. | Job Title Code | TO: Dept. | Job Title Code | Effective Date of Change |
|---|---|---|---|---|---|
| | Job Title | | Job Title | | |

## STORE TRANSFER (ST)

REQUESTED BY:
☐ Company (C)
☐ Associate (E)

| FROM: Store | Dept | Departure Date | TO: Store | Dept. | Report Date | Effective Date of Change |
|---|---|---|---|---|---|---|
| Job Title | | | Job Title | | | |

## TERMINATION (TE)

| Last Day Worked | Vacation Hours Due | Hire Date | Eligible for Rehire ☐ Yes ☐ No | Effective Date of Termination |
|---|---|---|---|---|
| Termination Code (see back) | Reason for Termination | | Date Insurance Benefits End | Date Other Benefits End |

## ASSOCIATE REQUEST

**VACATION** (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)

| Beginning Date | Ending Date | Number of Working Hours | Pay Check in Advance (2 weeks notice needed) ☐ Yes ☐ No | Requested Pay Date* *Must be a regular pay date |
|---|---|---|---|---|

## SPECIAL PAYMENT

| TRAVEL PAY | Travel Date(s) | Number of Hours/Days | From Location | To Location |
|---|---|---|---|---|
| JURY DUTY | Beginning Date | Ending Date | Number of Hours/Days | |

| OTHER (reason): | Amount |
|---|---|

## ADDITIONAL INFORMATION/EXPLANATION

| Manager's Signature: [signature] | Date: 5/29/01 | Supervisor's Signature | Date |
|---|---|---|---|
| Associate's Signature: Lionel Fleming | Date: 6/19/01 | Payroll Dept. | Date |
| Human Resources Dept. | Date | District Mgr.'s Signature* | Date |

*District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate Adjustment.

Input By: ___   Date: ___

C-075 (8/96)

DISTRIBUTION:  White—Payroll   Yellow—Associate File   Pink—Associate



# RECEIVING/RECEIVING ADMIN/RTV/NIGHT CREW PERFORMANCE REVIEW

**THE PURPOSE OF THIS REVIEW IS TO:**
1. *Inform:* Conduct an open two-way discussion with the associate. 2. *Evaluate:* Be clear. Is the associate meeting goals and expectations.
3. *Develop:* Set a gameplan for future development. 4. *Set Goals:* Discuss associate's specific goals.

**INSTRUCTIONS:** Consider the associate's performance for each behavior independently. Using the following scale, rate the associate according to the extent to which performance meets The Home Depot's expectations and the performance requirements of the position.

1 = **Unacceptable performance.** Not meeting job expectations.
2 = **Improvement needed.** Meets some, but does not consistently meet all job expectations.
3 = **Solid performance.** Meets most job expectations (exceeds some, does not meet some).
4 = **Highly effective performance.** Meets all and exceeds some job expectations.
5 = **Exceptional performance.** Meets all and exceeds most job expectations.

☐ **MID-YEAR** (complete overall category rating, strengths, areas for improvement and gameplan)
☒ **ANNUAL**

## CUSTOMER SERVICE

| Behavior | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Greets customer with a smile. | | | | X | |
| Stops performing operational tasks on the salesfloor to assist customers when approached. | | | | X | |
| Introduces the customer to a Sales Associate for assistance. | | | | X | |
| When placing merchandise pallets on the salesfloor, keeps aisles clear and shoppable. | | | | | X |
| Works with Dept. Supervisors to schedule incoming merchandise shipments to maintain customer service levels and avoid aisle congestion. | | | X | | |
| Maintains a professional and courteous relationship with freight companies, truck drivers, and vendors. | | | | | X |

COMMENTS: Ensure all customers are being greeted. Push carts to floor in receiving.

OVERALL CATEGORY: X (4)

## PROCEDURAL KNOWLEDGE

| Behavior | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Understands initial receiving and Key-Receiving process. Completes all paperwork accurately. | | | X | | |
| Understands detail receiving process. Completes all paperwork and performs detail receiving quickly and accurately. | | | X | | |
| Performs required paperwork entry on store computer system. | | | X | | |
| Schedules incoming shipments and sets appointments to maximize productivity of receiving staff, while not allowing trucks to wait for unloading. | | | X | | |
| Understands the RTV process. Works RTV cage and sends defective merchandise on a daily basis. | | | | | |
| Understands how to receive lumber and garden merchandise. Completes paperwork accurately. | | | | X | |
| Packs out merchandise quickly and accurately. Labels and places back stock merchandise in appropriate overhead locations. Notifies department Sales Associates of new items received to be merchandise. | | | | | |
| Seals D.C. and transfer trucks following procedures. | | | | X | |
| Packs down merchandise quickly and accurately. Uses lift equipment to work safely and efficiently. | | | | X | |
| Removes all boxes and packing material from Receiving are and salesfloor prior to end of shift. | | | | X | |
| Keeps areas clean and safe. | | | X | | |
| Works with vendors and merchandisers to resolve defective merchandise problems and receiving discrepancy problems. | | X | | | |
| Maintains forklift and lift equipment on a daily basis. | | | | X | |
| Completes RTV and out-for-repair Key-Rec's accurately. | | | | X | |
| Works with department sales associates to transfer merchandise to and from the store. Accurately completes required paperwork and system functions. | | | | X | |
| Maintains the Open Purchase Order file. Prints Purchase Orders for incoming shipment. Purges files weekly. | | | | | |

COMMENTS: Ensure comments appear on all PO's as needed. Get more involved.

OVERALL CATEGORY: X (4)

## STORE SECURITY/SHRINK CONTROL

| Behavior | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Restricts access of truck drivers to Store and Receiving area. Maintains the Driver Sign-in Log daily. | | | X | | |
| Follows procedures for handling and disposing of hazardous materials. | | | X | | |
| Understands how improper receiving and RTV practices cause shrink and actively works to prevent it. | | | X | | |
| Investigates receiving discrepancies and resolves them to ensure that inventory records are accurate. | | | X | | |
| Breaks down all packing materials and separates bailer material from other trash. | | | | X | |
| Organizes and accounts for incoming and outgoing pallets. | | | | X | |
| Operates lift equipment safely and sets example for all associates. Reacts to and stops unsafe lift equipment operations and merchandise storage. | | | | X | |

COMMENTS: Ensure all drivers sign in and out. Make sure all discrepancies shorts/and overs are highlighted.

OVERALL CATEGORY: X (4)

| Associate Name: Michael Fleming | Date of Hire: | Due Date: 1/1/01 |
|---|---|---|
| Store #: 2662 | Dept. #: 93 | Supervisor: Jim Lessard |
| Type of Review: Full Year Monetary | Date Written: 10 Nov 00 | Date Given: |

HDS-361 (5/95)

## PROFESSIONAL DEVELOPMENT

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Has total store concern. Willing to assist other departments with staging and packout of merchandise. | | | | X | |
| Attends product knowledge and paperwork classes. Actively pursues knowledge of new products and store operations outside receiving. | | | X | | |
| Communicates with other departments and the computer room to resolve receiving and merchandising problems. Works with vendors and merchandisers as needed. | | | X | | |
| Punctual, reliable, and dependable. Sets a good example of a team player. | | | | X | |
| Takes the initiative to learn more about their job and the jobs of those around them. Cross-trains in other areas and on lift equipment. | | | X | | |

COMMENTS: When discrepancies arise call vendors and adjust. Continue to get to PK classes.

OVERALL CATEGORY: 3

## OVERALL RATING

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| To make your overall rating, consider all the above factors. In general, to what extent does the associate's performance meet Home Depot's expectations and the performance requirements of the position. A merit increase is not effective until you are. | | | X | | |

STRENGTHS: Good employee will do whatever is asked of him. Solid receiver has a good knowledge of all details of receiving merchandise.

AREAS FOR IMPROVEMENT: Get involved with scheduling and RTV procedures. Try to quicken speed with your detail receiving. Make sure comments are on all PO's that are needed. Break down pallets when needed.

HOW CAN I HELP AS YOUR SUPERVISOR? To be filled out with Associate during review.

GAMEPLAN: State specific actions and measurable goal(s) to provide a basis for the next review. Is performance still on track from last review?
1. Scheduling of Trucks
2. Transfers
3. RTV's

ASSOCIATE COMMENTS:

I am signing this review to indicate I have been informed of its content.
Date: 12/13/00   Associate Signature: X   Lionel M. Fleming
Date: 12-13-00   Department Supervisor Signature:
Date: 12/13/00   Assistant Manager Signature:
Date:              Store Manager Signature:

HDS-361 (5/95)

# ASSOCIATE ACTION NOTICE

**THE HOME DEPOT**

☐ SALARIED   ☑ HOURLY

COMPLETE SECTION 'A' FOR ALL CHANGES

Last Name: Fleming   First: Lionel   Middle Initial:   Store: Ind 93   Dept:   Social Security #: ___-__-____

## PERSONAL CHANGE / CHANGE IN ASSOCIATE STATUS

| Last Name | First | Middle Initial | Home Phone | | Effective Date of Change |
|---|---|---|---|---|---|
| Mailing Address | | City | State | Zip | |

☐ Single (S)  ☐ Married (M)  ☐ Divorced (D)  ☐ Legally Separated (L)  ☐ Other (O)  ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

## REVIEW/RATE CHANGE

☐ Introductory Review (IR)   ☐ Merit Review (MR)♦
☑ Regular Review (RR)        ☐ Promotion/Demotion♦
☐ Non-Monetary Regular Review with Merit (RM)   ☐ Follow-up Review (FR)
                             ☐ Base Rate Adjustment (AJ)♦
♦District Manager Approval Required in These Categories.

Review Rating: 3
Current Rate: ☐ SAL ☑ HR  17.50
% of Increase: 2.8%
New Rate: ☐ SAL ☑ HR 17.80
Date Review Given: 12/15/00
Effective Date of Rate Change: 1/1/01

*Must be same as Associate Signature Date, Section 'K'*
**Effective Date must be the quarterly review date for RR and RM review categories.

## EMPLOYMENT STATUS CHANGE (EC)

Change To:
☐ Full Time (FT) Hourly   ☐ Full Time (FS) Salaried   ☐ Part Time (PT)   ☐ Temporary (TP)   ☐ Re-Instatement (RI) (Write explanation in space provided below)

Effective Date of Change:
Explanation of Re-Instatement:

## JOB CHANGE

☐ Promotion (must pass drug test) (PM)
☐ Demotion (DM)
☐ Department/Title Change (DC)
☐ ASM Dept. Assignment (AR)

| Drug Test Requisition # | FROM: Dept. | Job Title Code | TO: Dept | Job Title Code | Effective Date of Change |
|---|---|---|---|---|---|
| | Job Title | | Job Title | | |

## STORE TRANSFER (ST)

REQUESTED BY:
☐ Company (C)
☐ Associate (E)

| FROM: Store | Dept | Departure Date | TO: Store | Dept. | Report Date | Effective Date of Change |
|---|---|---|---|---|---|---|
| Job Title | | | Job Title | | | |

## TERMINATION (TE)

| Last Day Worked | Vacation Hours Due | Hire Date | Eligible for Rehire ☐ Yes ☐ No | Effective Date of Termination |
|---|---|---|---|---|
| Termination Code (see back) | Reason for Termination | | Date Insurance Benefits End | Date Other Benefits End |

## ASSOCIATE REQUEST

VACATION (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)

| Beginning Date | Ending Date | Number of Working Hours | Pay Check in Advance (2 weeks notice needed) ☐ Yes ☐ No | Requested Pay Date* *Must be a regular pay date |
|---|---|---|---|---|

## SPECIAL PAYMENT

| TRAVEL PAY | Travel Date(s) | Number of Hours/Days | From Location | To Location |
|---|---|---|---|---|
| JURY DUTY | Beginning Date | Ending Date | Number of Hours/Days | |
| OTHER (reason): | | | | Amount |

## ADDITIONAL INFORMATION/EXPLANATION

| Manager's Signature | Date | Supervisor's Signature | Date 12/15/00 |
|---|---|---|---|
| Associate's Signature: *Lionel M Fleming* | Date | Payroll Dept. | Date |
| Human Resources Dept. | Date | District Mgr.'s Signature | Date |
| | | Input By | Date 12/16/00 |

*District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate Adjustment.

DC-075 (8/96)

DISTRIBUTION:  White—Payroll   Yellow—Associate File   Pink—Associate