# EXHIBIT 11



# SALES ASSOCIATE PERFORMANCE APPRAISAL

THE PURPOSE OF THIS APPRAISAL IS TO:
1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| Associate Name: MATTHEW T. BOGLE | Supervisor: MICHAEL LATOURELLE | Store # 2662 |
|---|---|---|
| Type of Review: ☐ Regular Review  ☐ Monetary  ☒ Non-monetary  ☐ Merit Review |||
| Soc. Sec. # | Date of Hire: | Date Written: 9-22-01 | Date Given: |

## I) AISLE RESPONSIBILITY EVALUATION

**Instructions:** Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| | | | |

## II) DEVELOPMENT GAMEPLAN

If this is **not** the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle |
|---|---|
| This Associate has worked on their Development Plan. | **Yes**   No |
| This Associate showed improvement on the topics included in their Development Plan. | **Yes**   No |

| | Please Circle One |||||
|---|---|---|---|---|---|
| | None of the Plan completed. | About 25% of the Plan completed. | About 50% of the Plan completed. | About 75% of the Plan completed. | 100% of the Plan completed. |
| Overall, rate the Associate's performance in the completion of their Development Plan | 1 | 2 | 3 | 4 | **5** |

### III) COMPETENCIES

**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

- **5 = Exceptional Performance.** Meets all and exceeds most job expectations.
- **4 = Effective Performance.** Meets all and exceeds some job expectations.
- **3 = Solid Performance.** Meets job expectations.
- **2 = Improvement Needed.** Meets some, but does not consistently meet all job expectations.
- **1 = Unacceptable Performance.** Not meeting job expectations.

**1. Satisfying the Customer**   1   2   3   4   **(5)**

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satisfy a customer request. Serves multiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

**Comments:** MATT IS ONE OF THE STRONGEST AND MOST WELL ROUNDED ASSOCIATE IN THE FLOORING DEPARTMENT. MATT ALWAYS GREETS CUSTOMERS WITH A SMILE, AND MAINTAINS A POSITIVE ATTITUDE WHILE SERVICING THEM. MATT IS ALWAYS WORKING WITH EVERY PART OF HIMSELF AND THE ENTIRE STORE TO ENSURE HIS CUSTOMERS HAVE A POSITIVE SHOPPING EXPERIENCE.

**2. Safety, Store Security and Shrink Control**   1   2   3   **(4)**   5

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

**Comments:** MATT NOT ONLY FOLLOWS HOME DEPOT SAFETY POLICIES AND PROCEDURES, BUT SERVES AS THE MAIN ROLE MODEL IN FLOORING ON SAFETY. MATT DOES LOOK FOR, FIND, AND CORRECT FLOORINGS SAFETY ISSUES. MATT DOES ALSO TAKE PART IN THE IMPACT PROGRAM.

**3. Product, Department, and Store Knowledge**   1   2   3   4   **(5)**

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

**Comments:** MATT IS ALWAYS LEARNING CONTINUOUSLY ABOUT THE PRODUCTS IN HIS DEPARTMENT. HE HAS RUN FOR SEVERAL MONTHS A HOW TO CLASS THAT IS HANDS ON FOR CUSTOMERS AND ASSOCIATES. MATT HAS ABSOLUTELY NO PROBLEM PERFORMING HOME DEPOT SALES ASSOCIATE PROCEDURES AND MATT WILL WORK WHEREVER HE IS NEEDED THROUGHOUT THE STORE.

### 4. Striving to be the Best                       1   2   3   (4)

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: MATT DOES MAINTAIN AN EXCELLENT TRACK RECORD FOR COMPLETING TASKS ASSIGNED TO HIM. MATT HAS BECOME ONE OF THE MAIN GO TO GUYS IN THE STORE FOR THIS REASON. MATT ALWAYS WORKS PRODUCTIVELY AND PAYS ATTENTION TO DETAIL AS TO NOT MAKE MISTAKES.

### 5. Being a Team Player                       1   2   3   4   (5)

Cooperates and works productively with the Department Head and other Associates. Assists Cashiers with item checks, etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: MATT IS PROBABLY THE STRONGEST ROLE MODEL IN THE DEPARTMENT. MATT CAN WORK PRODUCTIVELY WITH ANY ASSOCIATE EVEN MORE SO WITH DEPARTMENT SUPERVISOR. MATT SHARES ALL TASKS EVENLY, WORKS HARD WITH NEW ASSOCIATES.

### 6. Sharing Information                       1   2   3   (4)   5

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: MATT GOES OUT OF HIS WAY TO USE HIS KNOWLEDGE TO BREAK DOWN THE TECHNICAL USES TO THE DO IT YOURSELFERS. MATT DOES NOT HAVE A PROBLEM SPEAKING AT DEPARTMENT MEETINGS, AND CAN ALWAYS ADJUST HIS WAY OF SPEAKING TO FIT THE LISTENER.

### 7. Stress Tolerance                       1   2   3   (4)   5

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: AGAIN MATT IS ALWAYS ONE OF THE DEPARTMENTS GO TO GUYS. MATT ALWAYS GO ABOVE AND BEYOND WITH STAYING LATE WORKING ON DAYS OFF, AND WORKING OVER NIGHTS. AND ON TOP OF ALL THIS CONTINUES TO MAINTAIN A POSITIVE ATTITUDE NO MATTER HOW MANY CUSTOMERS HE IS SURROUNDED BY.

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.

Comments: MATT HAS NO PROBLEM LISTENING TO CUSTOMER AND DIAGNOSE WHAT PRODUCT OR PRODUCTS THAT THEY NEED AND DEMONSTRATE HOW TO USE THEM. MATT ALWAYS LISTENS TO HIS COWORKERS AND MANAGEMENT STAFF.

### Judgement

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.

Comments: MATT IS ONE OF THE MAIN PEOPLE IN THE FLOORING WHO CAN ASSES A WORK LOAD AND PRIORITIZE WORK AND GET IT DONE. MATT DOES KNOW HOW TO RESEARCH A PROBLEM THROUGH OTHER ASSOCIATES, VENDORS, AND OTHER AVENUES TO GET ANSWER TO QUESTIONS AND PROBLEMS WITH CUSTOMER.

### OVERALL RATING    1  2  3  ④  5

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.

Comments: MATT IS THE MOST VERSITILE AND WELL ROUNDED ASSOCIATE IN THE FLOORING DEPARTMENT. HE HAS THE RESPECT OF HIS COWORKERS AND DEMONSTRATES WHAT A HONEST HARD WORKING HOME DEPOT ASSOCIATE LOOK LIKE. IT IS ALWAYS A PLEASURE TO WORK ALONG SIDE MATT. MATT HAS GREAT LEADERSHIP ABILITIES AND I HOPE IN THE NEAR FUTURE HE GETS TO USE THEM RUNNING A FLOORING DEPARTMENT. MATT THANKS FOR ALL OF THE HARD WORK YOU HAVE DONE FOR ME AND THE HOME DEPOT, THANKS

MIKE.



# SALES ASSOCIATE PERFORMANCE APPRAISAL

**THE PURPOSE OF THIS APPRAISAL IS TO:**
1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| Associate Name: Matt Rode | Supervisor: Michael Walcott | Store # 2662 |
|---|---|---|
| Type of Review: Regular Review ☐ Monetary ☐ Non-monetary ☐ Merit Review | | |
| Soc. Sec. # | Date of Hire: | Date Written: | Date Given: |

## I) AISLE RESPONSIBILITY EVALUATION

**Instructions:** Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| | | | |
| | | | |

## II) DEVELOPMENT GAMEPLAN

If this is not the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle |
|---|---|
| This Associate has worked on their Development Plan. | Yes   No |
| This Associate showed improvement on the topics included in their Development Plan. | Yes   No |

| | Please Circle One | | | | |
|---|---|---|---|---|---|
| Overall, rate the Associate's performance in the completion of their Development Plan | None of the Plan completed. **1** | About 25% of the Plan completed. **2** | About 50% of the Plan completed. **3** | About 75% of the Plan completed. **4** | 100% of the Plan completed. **5** |

## III) COMPETENCIES

**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

- 5 = **Exceptional Performance.** Meets all and exceeds most job expectations.
- 4 = **Effective Performance.** Meets all and exceeds some job expectations.
- 3 = **Solid Performance.** Meets job expectations.
- 2 = **Improvement Needed.** Meets some, but does not consistently meet all job expectations.
- 1 = **Unacceptable Performance.** Not meeting job expectations.

### 1. Satisfying the Customer     1   2   3   [4]   (5)

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satify a customer request. Serves mutiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

Comments: Matt greets every customer with a smile or a hello. He uses his expertise in Floor & wall to assist every customer, with the knowledge & the materials "product" required to do the job.

### 2. Safety, Store Security and Shrink Control     1   2   3   4   [5]

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

Comments: Matt follows all H.D safety procedures. He is actively helping in the inventory process teaching & helping other tag.

### 3. Product, Department, and Store Knowledge     1   2   3   [4]   5

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

Comments: Matt performs Home Depot sales Associate procedures such as packout, pack down, item checks. He also tracks his out & pull reports to work his aisle such as, Daily Recipt Open tkts. Matt knows & understands the Department and the way it functions. He also has in depth product knowledge.

| 4. Striving to be the Best | 1 | 2 | 3 | 4 | **5** |

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: Matt is always striving to improve himself. That includes working without work list "independently". Also Matt works smart & efficient.

| 5. Being a Team Player | 1 | 2 | 3 | 4 | **5** |

Cooperates and works productively with the Department Head and other Associates. Assists Cashiers with item checks, etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: Matt is always willing to do what it takes to help the team. He works in all areas of D23 & 23C and the entire store when necessary. He is currently developing his leadership skills.

| 6. Sharing Information | 1 | 2 | 3 | **4** | 5 |

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: Matt is one of our customer clinic teachers he does an excellent job, talking to customers on their level.

| 7. Stress Tolerance | 1 | 2 | 3 | **4** | 5 |

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: I noticed that every store walk see DM, VP, they are a few people that always helps - Matt is such. He is they when unexpected event arises. He is always in a great mood, with a smile on his face.

**[blacked out header]**

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.
Comments: Matt is an Active listener. He asks the right Questions + listens to get the correct Answers

**9. Judgement**                                                       1    2    3    [4]    5

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.
Comments: Matt understands HD policy. He practice checklist + Makes adjustments when an unexpected event Arises

**OVERALL RATING**                                                     1    2    3    [4]    5

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.
Comments: Matt is on the track to the next level his Attitude & commitment to H.D is Outstanding He is a teamplayer and continues to learn & improve.

Associate Name (Please Print): __MATT BOYLE__     **SALES ASSOCIATE**

## IV) DEVELOPMENT PLAN

### DEVELOPMENT PLAN
Use the following section to develop a plan. Keep the gameplan in a tickler file so that you can follow up.

| DEVELOPMENT AREA / What does the Associate need to work on? Try to pick 1 or 2 areas. | ACTIVITIES TO IMPROVE PERFORMANCE / What on-the-job activities should the Associate do in order to improve this area? | TIME FRAME / Start date and end date | REVIEW / Who will follow up and when? | Place a "Yes" or "No" next to each activity. |
|---|---|---|---|---|
| EX) Providing Customer Service | 1. Ask customers more questions to determine if all their needs and expectations have been met. | Now - 6/30/01 | HCS FES 4/30/01 | |
| | 2. Greet customers with direct eye contact and a polite greeting. | Now - 6/30/01 | HCS FES 4/30/01 | |
| TEACH | DO 2 CUSTOMER CLINICS OVER THE NEXT 6 MONTHS | | | |
| PK | TEACH A PK AT A DEPARTMENT MEETING | | | |
| AISLE | FUNDAMENTALS, CLEAN SIGNED, IN STOCK ON YOUR AISLE ASSIGNMENT | | | |
| DST | DISTRICT DST IF THE OCCASSION ARISES | | | |

REMOVE TISSUES BEFORE COMPLETING

I am signing this appraisal to indicate I have been informed of its content.

| Associate Signature | | Date | |
| Supervisor Signature | | Date | 3/23/01 |
| Store Manager Signature | | Date | 3/23/01 |

HDS-161 (1/99)    DISTRIBUTION: White—Personnel File    Yellow—Associate Copy    Pink—Supervisor Copy

Page 5 of 5