# EXHIBIT 12



# SALES ASSOCIATE PERFORMANCE APPRAISAL

**THE PURPOSE OF THIS APPRAISAL IS TO:**

1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| Associate Name: Louis Courteau | Supervisor: Brad Nelson | | Store # 2662 |
|---|---|---|---|
| Type of Review: Regular Review ❑ Monetary ☒ Non-monetary ❑ Merit Review | | | |
| Soc. Sec. # 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 | Date of Hire: 3/4/00 | Date Written: 9/27/01 | Date Given: |

## I) AISLE RESPONSIBILITY EVALUATION

Instructions: Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| | | | |
| | | | |

## II) DEVELOPMENT GAMEPLAN

First

If this is not the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle |
|---|---|
| This Associate has worked on their Development Plan. | Yes No |
| | Please Circle |
| This Associate showed improvement on the topics included in their Development Plan. | Yes No |

| | Please Circle One | | | | |
|---|---|---|---|---|---|
| Overall, rate the Associate's performance in the completion of their Development Plan | None of the Plan completed. 1 | About 25% of the Plan completed. 2 | About 50% of the Plan completed. 3 | About 75% of the Plan completed. 4 | 100% of the Plan completed. 5 |

## III) COMPETENCIES

**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

5 = **Exceptional Performance.** Meets all and exceeds most job expectations.
4 = **Effective Performance.** Meets all and exceeds some job expectations.
3 = **Solid Performance.** Meets job expectations.
2 = **Improvement Needed.** Meets some, but does not consistently meet all job expectations.
1 = **Unacceptable Performance.** Not meeting job expectations.

**1. Satisfying the Customer** 1 2 3 (4) 5

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satify a customer request. Serves mutiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

Comments: LOU IS PLEASANT, EASY TO TALK WITH + QUICKLY HELPS CUSTOMERS WITH THEIR NEEDS.

**2. Safety, Store Security and Shrink Control** 1 2 3 (4) 5

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

Comments: LOU WORKS SAFELY, MANAGES SHRINK + DOES WHATEVER HE CAN TO ELEMINATE LOSS OF MERCHANDISE

**3. Product, Department, and Store Knowledge** 1 2 (3) 4 5

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

Comments: LOU WORKS VERY WELL WITH GARDEN HARD LINES, NEEDS TO SPENT MORE TIME WITH PLANT GOODS + INSIDE GARDEN

**4. Striving to be the Best** 1 2 3 (4) 5

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: LOU GETS EVERY TASK FINISHED I ASK OF HIM + WORKS WELL WITHOUT SUPERVISION.

**5. Being a Team Player** 1 2 3 (4) 5

Cooperates and works productively with the Department Head and other Associates. Assists Cashiers with item checks, etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: LOU WORKS EASILY WITH EVERYONE + IS WILLING TO HELP WHOM-EVER NEEDS IT.
WHEN LOU NEEDS HELP HE WILL ASK FOR IT.

**6. Sharing Information** 1 2 (3) 4 5

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: LOU GET HIS CUSTOMERS THE CORRECT ANSWERS TO THEIR QUESTIONS HE SHARES HIS INFORMATION WITH OTHERS

**7. Stress Tolerance** 1 2 3 (4) 5

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: LOU WORKS WELL IN OUR BUSY SEASON + TAKE CHANGES IN STRIDE

**8. Active Listening**

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.

Comments: LOU LISTENS TO CUSTOMERS AND SELLS THEM WHAT THEY NEED

**9. Judgement** 1 2 (3) 4 5

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.

Comments: LOU LISTENS AND LEARNS THEN MAKES HIS DECISION ON HOW TO SOLVE PROBLEMS

**OVERALL RATING** 1 2 3 (4) 5

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.

Comments: LOU IS AN EMPLOYEE THAT OTHERS SHOULD USE AS AN EXAMPLE

Associate Name (Please Print): Louis Courteau

**SALES ASSOCIATE**

## IV) DEVELOPMENT PLAN

### DEVELOPMENT PLAN

Use the following section to develop a plan. Keep the gameplan in a tickler file so that you can follow up.

| [illegible] | [illegible] PERFORMANCE | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| What does the Associate need to work on? Try to pick 1 or 2 areas. | What on-the-job activities should the Associate do in order to improve this area? | Start date and end date | Who will follow up and when? | Place a "Yes" or "No" next to each activity. |
| [illegible] | 1. [illegible] customers more questions to determine [illegible] and expectations have been [illegible] | Now - 8/30/0[illegible] | HO FFES [illegible] | |
| | 2. Greet customers with direct eye contact and a polite greeting | Now - 8/30/0[illegible] | HO FFES [illegible] | |
| | | | | |
| | LOOK AT THE BIG PICTURE DON'T FOCUS ON ONE ITEM. WHAT CAN YOU DO TO MAKE HOME DEPOT SHOPING BETTER, EASIER AND QUICKER FOR OUR CUSTOMERS | | | |
| TRAIN W/ BRUCE | 1) SPEND TIME W/ BRUCE TO LEARN THE SEASONALITY OF INSIDE GARDEN, 4 HOURS PER MONTH | NOW - MARCH '02 | BRUCE & ASM | |
| COMPUTER SYSTEMS | 2) CROSS-TRAIN W/ JIM TO LEARN RECEIVING PAPERWORK & REPORTS, 2 HOURS PER MONTH | NOW - MARCH '02 | JIM & IAN | |

I am signing this appraisal to indicate I have been informed of its content.

| | |
|---|---|
| Associate Signature [signature] | Date 9.20.01 |
| Supervisor Signature [signature] | Date 9.10.01 |
| Store Manager Signature [signature] | Date 20 SEPT 2001 |

HRS-161 (1/99) DISTRIBUTION: White—Personnel File Yellow—Associate Copy Pink—Supervisor Copy



REMOVE TISSUES BEFORE COMPLETING



# SALES ASSOCIATE PERFORMANCE APPRAISAL

**THE PURPOSE OF THIS APPRAISAL IS TO:**

1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| Associate Name: Louis Courteau | Supervisor: Bruce A Drewniany | Store # 2662 |
|---|---|---|
| Type of Review: Regular Review ☒ Monetary ☐ Non-monetary ☐ Merit Review | | |

| Soc. Sec. # 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 | Date of Hire: 03/04/00 | Date Written: 2/20/01 | Date Given: 3/14 MARCH 01 |
|---|---|---|---|

## I) AISLE RESPONSIBILITY EVALUATION

**Instructions: Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.**

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| | | | |
| | | | |

## II) DEVELOPMENT GAMEPLAN

If this is not the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle | |
|---|---|---|
| This Associate has worked on their Development Plan. | (Yes) circled | No |
| | Please Circle | |
| This Associate showed improvement on the topics included in their Development Plan. | (Yes) circled | No |

| | Please Circle One | | | | |
|---|---|---|---|---|---|
| Overall, rate the Associate's performance in the completion of their Development Plan | None of the Plan completed. 1 | About 25% of the Plan completed. 2 | About 50% of the Plan completed. 3 | About 75% of the Plan completed. (4) circled | 100% of the Plan completed. 5 |

HDS-161 (1/99)

## III) COMPETENCIES

**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

- 5 = **Exceptional Performance.** Meets all and exceeds most job expectations.
- 4 = **Effective Performance.** Meets all and exceeds some job expectations.
- 3 = **Solid Performance.** Meets job expectations.
- 2 = **Improvement Needed.** Meets some, but does not consistently meet all job expectations.
- 1 = **Unacceptable Performance.** Not meeting job expectations.

| 1. Satisfying the Customer | 1 | 2 | 3 | (4) | 5 |
|---|---|---|---|---|---|

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satify a customer request. Serves mutiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

Comments: Lou is focus in customer service where ever he is in store. when he is in need of info. he will involve who ever is nessary to meet our customer needs

| 2. Safety, Store Security and Shrink Control | 1 | 2 | 3 | (4) | 5 |
|---|---|---|---|---|---|

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

Comments: Safe working conditions are all ways the rule with Lou. Lou will always participates in the impact program and is learning about shrink controls.

| 3. Product, Department, and Store Knowledge | 1 | 2 | 3 | (4) | 5 |
|---|---|---|---|---|---|

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

Comments: Upon his hiring Lou started to learn Home Depot and its products never letting up on his training throughout the store

**4. Striving to be the Best** 1 2 3 (4) 5

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: Lou from the time he punches in to punch out is on the move doing whatever is asked of him and looking for what needs to be done at all times.

**5. Being a Team Player** 1 2 3 (4) 5

Cooperates and works productively with the Department Head and other Associates. Assists Cashiers with item checks, etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: Lou works very well with all in store and will do any task be it easy or hard clean or dirty. He will also jump in to help when the dept. is very busy

**6. Sharing Information** 1 2 3 (4) 5

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: Lou is very good at the dispensing of information to customers as well as other associates. He is able to help the novice as well as a pro.

**7. Stress Tolerance** 1 2 3 (4) 5

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: Lous stress tolerance is growing along with his career at Home Depot. He is always sporting a positive attitude towards our customers

**8. Active Listening**

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.

Comments: Lou is able to work with customer asking questions and taking that information to full fill their needs. He is also good at listing to managment and doing what ever they need done.

**9. Judgement** 1 2 3 (4) 5

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.

Comments: Lou is getting very good at the tasks and what needs to be done at that given time. He is also getting to know Home Depot policies and is acting upon them when needed.

**OVERALL RATING** 1 2 3 (4) 5

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.

Comments: punctual, reliable, learning every day, easy to work with

Work on
the process of ordering

Associate Name (Please Print): Lou Courteau

**SALES ASSOCIATE**

## IV) DEVELOPMENT PLAN

### DEVELOPMENT PLAN

Use the following section to develop a plan. Keep the gameplan in a tickler file so that you can follow up.

| DEVELOPMENT AREA | ACTIVITIES TO IMPROVE PERFORMANCE | TIME FRAME | REVIEW/FEEDBACK AND DATE | |
|---|---|---|---|---|
| What does the Associate need to work on? Try to pick 1 or 2 areas. | What on-the-job activities should the Associate do in order to improve this area? | Start date and end date | Who will follow up and when? | Place a "Yes" or "No" next to each activity. |
| Ex. Providing Customer Service | 1. Ask customers more questions to determine if all their needs and expectations have been met. | Now - 6/30/01 | HC, FES - 4/30/01 | |
| | 2. Great customers with direct eye contact and a polite greeting | Now - 6/30/01 | HC, FES - 4/30/01 | |
| | | | | |
| | Ensure Fertlizer log | Now | | |
| | is being checked and | till | Bruce | |
| | signed | Fall | | |
| | | | | |
| ordering | working SOQ and order | Now | Bruce | |
| | cart | till | Brad | |
| | | Aug 1 | | |
| | | | | |
| | in comming person | Now | | |
| training | team up with them and | till | | |
| | provide 2hrs per | July 15 | | |
| | month | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

REMOVE TISSUES BEFORE COMPLETING

I am signing this appraisal to indicate I have been informed of its content.

| | |
|---|---|
| Associate Signature [signature] | Date 3·14·01 |
| Supervisor Signature [signature] | Date 3/14/01 |
| Store Manager Signature | Date |

HDS-161 (1/99) DISTRIBUTION: White—Personnel File Yellow—Associate Copy Pink—Supervisor Copy