# EXHIBIT 13



# SALES ASSOCIATE PERFORMANCE APPRAISAL

**THE PURPOSE OF THIS APPRAISAL IS TO:**
1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| Associate Name: BOB PARENT | Supervisor: SCOTT SOROKA | Store # 2662 |
|---|---|---|
| Type of Review: Regular Review ☐ Monetary ☐ Non-monetary ☒ Merit Review ☐ | | |
| Soc. Sec. # 013 58 9509 | Date of Hire: July 7 99  Date Written: 12/1/00 | Date Given: 12/6/00 |

## I) AISLE RESPONSIBILITY EVALUATION

*Instructions: Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.*

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| 22/6 | 65354 | 66902 | -10 |
| 23/11 | 341694 | 324834 | +10 |

## II) DEVELOPMENT GAMEPLAN

If this is **not** the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle |
|---|---|
| This Associate has worked on their Development Plan. | **Yes** / No |
| This Associate showed improvement on the topics included in their Development Plan. | Yes / **No** |

| | | Please Circle One | | | |
|---|---|---|---|---|---|
| Overall, rate the Associate's performance in the completion of their Development Plan | None of the Plan completed. | About 25% of the Plan completed. | About 50% of the Plan completed. | About 75% of the Plan completed. | 100% of the Plan completed. |
| | 1 | 2 | 3 | 4 | **5** |

HDS-161 (1/99)                    Page 1 of 5

**III) COMPETENCIES**
**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

- 5 = **Exceptional Performance.** Meets all and exceeds most job expectations.
- 4 = **Effective Performance.** Meets all and exceeds some job expectations.
- 3 = **Solid Performance.** Meets job expectations.
- 2 = **Improvement Needed.** Meets some, but does not consistently meet all job expectations.
- 1 = **Unacceptable Performance.** Not meeting job expectations.

**1. Satisfying the Customer**   1   2   3   (4)   5

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satify a customer request. Serves mutiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

Comments: Now that we have new employees you should take them by the hand and show them how much Home Depot prides itself on customer service. "LEAD BY EXAMPLE".

**2. Safety, Store Security and Shrink Control**   1   (2)   3   4   5

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

Comments: Since you are on the Impact Team I expect you to make sure our overheads are safe. On the latest walk 11/10/00 we got hammered because they determined that the store is unsafe.

**3. Product, Department, and Store Knowledge**   1   2   3   (4)   5

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

Comments: You understand the importance of pack down. But I do not see the people in your aisle understand the importance like you and I. If you feel like your doing it all it's because your fellow workers need to be trained. pack down = 110% customer service.

### 4. Striving to be the Best          1  2  3  4  5

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: IN THE LAST COUPLE OF WEEKS I'VE NOTICED THAT YOU HAVE BEEN MAKING DISPLAYS AND CROSS MERCHANDISING BINS IN YOUR AISLE. KEEP UP THE GOOD WORK. BY BUILDING MORE DISPLAYS YOUR CO-WORKERS MIGHT GET THE IDEA TO DO THE SAME.

### 5. Being a Team Player          1  2  3  (4)  5

Cooperates and works productively with the Department Head and other Associates. (Assists Cashiers with item checks), etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: LET'S TRY to get EVERYBODY ON THE SAME PAGE WITH PHONE CALLS. HALF OF OUR PEOPLE DO NOT WANT THE PHONE. IF I HAVE TO I WILL MAKE THESE PEOPLE UNDERSTAND THE IMPORTANCE OF PHONE CALLS.

### 6. Sharing Information          1  2  (3)  4  5

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: YOU ARE MY GUY FOR PK'S, DISTRICT PK'S, AND INSTALL PK'S. IF WE SPEND A LITTLE MORE TIME TRAINING THE DEPT. WILL RUN SMOOTHER.

### 7. Stress Tolerance          1  2  3  4  (5)

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: YOU DO AN EXCELLENT JOB IN MAINTAINING YOUR FOCUS WHEN THE DEMAND IS HIGH.

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.

Comments: Try to slow yourself down, listen and look at your project or customer demands to get a better idea of what to do.

### 9. Judgement    1  2  3  (4)  5

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.

Comments: Lets try to get everyone on the same page as far as priority's go. Get stuff off of the floor etc.

### OVERALL RATING    1  2  3  (4)  5

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.

Comments: If it seems like this review is geared toward our employee's it is because you now know what has to be done on a daily basis. You know the product which is why I want you to train our new or even veteren associates. The key is to get everyone on the same page so that it makes life easier for us all.

Keep up Good work!

Associate Name (Please Print): ___Robert Parent___                    **SALES ASSOCIATE**

## IV) DEVELOPMENT PLAN

### DEVELOPMENT PLAN
Use the following section to develop a plan. Keep the gameplan in a tickler file so that you can follow up.

| What does the Associate need to work on? Try to pick 1 or 2 areas. | What on-the-job activities should the Associate do in order to improve this area? | Start date and end date | Who will follow up and when? | Place a "Yes" or "No" next to each activity |
|---|---|---|---|---|
| SAFETY / Organization | Work Daily - Hand in Hand with Scott - To walk every Bay And maintain proper stacking and shrinkwrapping in our Dept. As you do this keep your Aisle (China/Toilets Etc) in order and organized. | 1/1/00 6/1/00 | Scott | |
| P.K's | Complete Books for Dept 28, 29, 27, & 24 | 1/1/00 6/1/00 | Scott | |
| Stonewalk | Work with Scott & Steve to get class 22 & 23 in Dept 29 Monthly. Look at successes, look for opportunities - Make A Difference! | 1/1/00 6/1/00 | Steve | |

I am signing this appraisal to indicate I have been informed of its content.

| Associate Signature | Date |
|---|---|
| *[signature]* | |
| **Supervisor Signature** | Date |
| *[signature]* | |
| **Store Manager Signature** | Date |
| *[signature]* | 12/6/00 |

HDS 161 (1/99)    DISTRIBUTION: White—Personnel File   Yellow—Associate Copy   Pink—Supervisor Copy

Page 5 of 5



# SALES ASSOCIATE PERFORMANCE APPRAISAL

**THE PURPOSE OF THIS APPRAISAL IS TO:**
1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| | |
|---|---|
| Associate Name: *Parent, Robert* | Supervisor: *Steve Carlson ASM*  Store #: *2662* |
| Type of Review: Regular Review ☑ Monetary ☐ Non-monetary ☐ Merit Review | |
| Soc. Sec. # *013589509* | Date of Hire: *7/7/99*  Date Written: *6/10/01*  Date Given: *6/21/01* |

## I) AISLE RESPONSIBILITY EVALUATION

*Instructions: Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.*

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| | | | |
| | | | |

## II) DEVELOPMENT GAMEPLAN

If this is **not** the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle |
|---|---|
| This Associate has worked on their Development Plan. | **Yes**  No |
| This Associate showed improvement on the topics included in their Development Plan. | **Yes**  No |

| | \multicolumn{5}{c}{Please Circle One} |
|---|---|---|---|---|---|
| Overall, rate the Associate's performance in the completion of their Development Plan | None of the Plan completed. **1** | About 25% of the Plan completed. **2** | About 50% of the Plan completed. **3** | About 75% of the Plan completed. **4** | 100% of the Plan completed. **(5)** |

HDS-161 (1/99)                Page 1 of 5

### III) COMPETENCIES

**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

- **5 = Exceptional Performance.** Meets all and exceeds most job expectations.
- **4 = Effective Performance.** Meets all and exceeds some job expectations.
- **3 = Solid Performance.** Meets job expectations.
- **2 = Improvement Needed.** Meets some, but does not consistently meet all job expectations.
- **1 = Unacceptable Performance.** Not meeting job expectations.

**1. Satisfying the Customer**   1   2   3   4   **(5)**

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satify a customer request. Serves mutiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

Comments: _Bob sets a great example for our other employees. He is a "Task Master" yet can also be a Top Notch Salesman and DRIVE'S sales and priorities in our Dept. Thanks and Keep pushing!_

**2. Safety, Store Security and Shrink Control**   1   2   3   **(4)**   5

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

Comments: _Bob is very committed here to both be Clean and Safe. He does not allow anyone to be in non-compliance and is strong in his awareness of Shrink and its causes._

**3. Product, Department, and Store Knowledge**   1   2   3   4   **(5)**

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

Comments: _Both Bob's background and his strong desire to succeed make him a major player. He will help anyone, any time, anywhere and never leave his job undone._

### [Section heading obscured]

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: Bob can only be accused of trying to do too much when it comes to his job. He refuses to say no or think he can't do what is asked of him. Bob needs to be a bit more realistic when he accepts tasks or challenges so as not to overload.

### 5. Being a Team Player      1   2   3   4   (5)

Cooperates and works productively with the Department Head and other Associates. Assists Cashiers with item checks, etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: Bob once again sets the example. He will help anyone in their aisle and stop any task he is on to help another customer or associate. Bob always goes at 110%. A bad day for Bob would be a 98 percenter.

### 6. Sharing Information      1   2   3   (4)   5

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: Bob is very strong here. He asks all the right questions and pushes to get all the right answers from the novice to the professional. Bob never loses touch.

### 7. Stress Tolerance      1   2   (3)   4   5

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: You care so much and try so hard that you can get overloaded and frazzled. Thanks for your drive and commitment but stay in the real world and remember you are but (1) man.

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.

Comments: Bob has the ability to get to the heart of the subject and develop a plan of attack easily and quickly. He furthermore, can help other associates and show them how to do the same very comfortably.

### 9. Judgement                          1   2   3   4   (5)

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.

Comments: Bob is very capeable at figuring out what the challenges are and how to best adress them. He knows when to ask for help and when to involve a manager and is always prepared with the best course of action.

### OVERALL RATING                          1   2   3   (4)   5

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.

Comments: Strengths: Excellent work habits & Ethic. Strong commitment to Excellence. Strong desire to Be the best. Never Afraid of Hard work. Very Dependable & Reliable. Always Accepts Responsibility. Willing to go the extra mile. Continual Learning & growing commitment.

Areas for improvement:
Be willing to step back and take a breath to help stay focused. Don't "Bite off more than you can chew" when it comes to tasks. Be more inclusive of everyone in the dept when it comes to delagation as well as Training.

Associate Name (Please Print): _Robert Parent_    **SALES ASSOCIATE**

IV) DEVELOPMENT PLAN

| | **DEVELOPMENT PLAN** Use the following section to develop a plan. Keep the gameplan in a tickler file so that you can follow up. | | | |
|---|---|---|---|---|
| What does the Associate need to work on? Try to pick 1 or 2 areas. | What on-the-job activities should the Associate do in order to improve this area? | Start date and end date | Who will follow up and when? | Place a "Yes" or "No" next to each activity. |
| Training | Work at least one shift per week on training a new associate on the use of a low stock for downstocking and how to get a sign to place orders for outs - use a sign-in sheet. Use Mikey M., Henry B., and Jon G. as often as possible to bring them into the fold. | 7/01 12/01 | Steve C ASM | |
| Merchandising | Use Store Work Monthly to track Toilet sales, Drain (Chicago Spec.) sales and Chemical - Plunger - Auger sales. The latter of which must be reset by August 1, 2001 | 7/01 12/01 | Steve C | |

I am signing this appraisal to indicate I have been informed of its content.

Associate Signature: _[signature]_    Date:

Supervisor Signature:    Date:

Store Manager Signature: _[signature]_    Date: 6/24/01

HDS-181 (1/99)    DISTRIBUTION: White—Personnel File    Yellow—Associate Copy    Pink—Supervisor Copy

REMOVE TISSUES BEFORE COMPLETING