# EXHIBIT 14



# SALES ASSOCIATE PERFORMANCE APPRAISAL

**THE PURPOSE OF THIS APPRAISAL IS TO:**
1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| Associate Name: JAMES TAYLOR | Supervisor: MICHAEL LATOURELLE | Store # 2662 |
|---|---|---|
| Type of Review: Regular Review  ☒ Monetary  ☐ Non-monetary  ☐ Merit Review | | |
| Soc. Sec. # | Date of Hire: | Date Written: 5-17-01  Date Given: |

## I) AISLE RESPONSIBILITY EVALUATION

*Instructions: Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.*

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| | | | |
| | | | |

## II) DEVELOPMENT GAMEPLAN

If this is **not** the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle |
|---|---|
| This Associate has worked on their Development Plan. | **Yes**  No |
| This Associate showed improvement on the topics included in their Development Plan. | **Yes**  No |

| | Please Circle One | | | | |
|---|---|---|---|---|---|
| Overall, rate the Associate's performance in the completion of their Development Plan | None of the Plan completed. **1** | About 25% of the Plan completed. **2** | About 50% of the Plan completed. **3** | About 75% of the Plan completed. **(4)** | 100% of the Plan completed. **5** |

### III) COMPETENCIES

**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

- **5 = Exceptional Performance.** Meets all and exceeds most job expectations.
- **4 = Effective Performance.** Meets all and exceeds some job expectations.
- **3 = Solid Performance.** Meets job expectations.
- **2 = Improvement Needed.** Meets some, but does not consistently meet all job expectations.
- **1 = Unacceptable Performance.** Not meeting job expectations.

**1. Satisfying the Customer**   1   2   3   (4)   5

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satify a customer request. Serves mutiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

Comments: JIM ALWAYS WORKS TO ENSURE CUSTOMER HAVE A GREAT SHOPPING EXPERIENCE. JIM ALWAYS GREETS WITH A SMILE OR A JOKE. USES KNOWLEDGE OF DEPARTMENT TO GET CUSTOMERS WHAT THEY NEED. JIM CAN SERVICE MULTIPLE CUSTOMERS QUICKLY AND POLITLY. ALWAYS MAINTAINS A POSITIVE ATTITUDE.

**2. Safety, Store Security and Shrink Control**   1   2   3   (4)   5

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

Comments: JIM ALWAYS FOLLOWS STORE SAFETY POLICIES AND PROCEDURES. LOOKS FOR REPORTS AND CORRECTS POTENTIAL SAFETY HAZARDS. ALWAYS ENCOURAGES OTHER ASSOCIATES TO WORK SAFELY. JIM DOES PARTICIPATE IN THE IMPACT PROGRAM.

**3. Product, Department, and Store Knowledge**   1   2   3   4   (5)

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

Comments: JIM HAS EXTENSIVE KNOWLEDGE IN CURRENT DEPARTMENT. JIM USES HIS KNOWLEDGE OFTEN WITH CUSTOMER CLINICS, CORE PK'S, AND STORE PK'S. JIM HAS ABSOLUTLY NO PROBLEM PERFORMING HOME DEPOT SALES ASSOCIATE TASKS. AND CONTINUOSLY GOES ABOVE AND BEYOND ~~PROVING~~ PROVING THAT HE DOES NOT.

### 4. Striving to be the Best    1  2  3  (4)  5

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: JIM MAINTAINS AND EXCELLENT TRACK RECORD FOR COMPLETING QUICKLY AND THROUGHLY ANY TASK ASKED OF HIM. JIM IS ALWAYS FORTH COMING WITH NEW WAYS OF DOING THINGS. AND DOES NOT NEED TO BE SUPERVISED TO COMPLETE TASKS ASSIGNED TO HIM.

### 5. Being a Team Player    1  2  3  4  (5)

Cooperates and works productively with the Department Head and other Associates. Assists Cashiers with item checks, etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: JIM IS A WELL ROUNDED HOME DEPOT ASSOCIATE. WHEN HE NEEDS HELP HE GETS IT, WHEN OTHERS NEED HELP HE GETS RIGHT IN AND HELPS. JIM IS ALWAYS WILLING TO WORK WITH NEW ASSOCIATES, AND WILL ALWAYS DEMONSTRATE THE CORRECT WAY OF DOING THINGS.

### 6. Sharing Information    1  2  3  (4)  5

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: JIM ALWAYS ADJUSTS HIS STYLE OF SPEAKING TO FIT THE LISTENER. JIM KNOWS HOW TO DESCRIBE TECHNICAL FEATURES OF PRODUCTS, AND NOT CONFUSE THE CUSTOMER WITH TECHNICAL INFORMATION. JIM ALWAYS SPEAKS HIS MIND AT DEPARTMENT MEETINGS AND SHOULD CONTINUE TO DO SO.

### 7. Stress Tolerance    1  2  3  (4)  5

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: JIM ALWAYS ADJUSTS HIS SCHEDULE TO BETTER SERVE THE DEPARTMENT AND THE STORE. JIM DOES NOT ALWAYS LIKE CHANGES IN POLICY AND PROCEDURE, BUT ALWAYS ABIDES BY THEM. JIM ALWAYS MAINTAINS A POSITIVE ATTITUDE WHEN WITH MULTIPLE CUSTOMERS AND DISSATISFIED CUSTOMERS.

### 8. Active Listening

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.

Comments: JIM ALMOST ALWAYS CAN CORRECTLY DIAGNOS CUSTOMERS NEEDS, WHEN THERE IS A QUESTION HE DOES NOT KNOW HE GOES TO OTHER ASSOCIATES TO MAKE SURE THE CUSTOMERS LEAVE SATISFIED.

### 9. Judgement         1   2   3   (4)   5

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.

Comments: JIM DOES A GREAT JOB AT GATHER INFORMATION AND SOLVING CUSTOMER PROBLEMS BEFORE THEY BE COME LARGE PROBLEMS. JIM ALWAYS HAS HOME DEPOT POLICIES AND PROCEDURES WHEN SOLVING A PROBLEM. JIM ALWAYS PERFORMS TASKS IN ORDER OF PRIORITY.

### OVERALL RATING         1   2   3   (4)   5

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.

Comments: JIM IS A GREAT ASSET TO THE PAINT DEPARTMENT. JIM SETS A GOOD EXAMPLE TO OTHER ASSOCIATE. JIM HAS A GREAT PERSONALITY AND IS ALWAYS IN A POSITIVE MOOD. JIM WORK VERY FLEXABLE HOURS TO HELP HIS SUPERVISOR AND THE DEPARTMENT. JIM WILL ALWAYS WORK WHENEVER AND WEREVER HE IS NEEDED. JIM IT IS GREAT TO HAVE YOU IN THE PAINT DEPARTMENT. IF IN THE FUTURE THERE IS ANYTHING THAT I CAN DO FOR YOU, JUST ASK.

Associate Name (Please Print): JAMES TAYLOR                     SALES ASSOCIATE

IV) **DEVELOPMENT PLAN**

## DEVELOPMENT PLAN
Use the following section to develop a plan. Keep the gameplan in a tickler file so that you can follow up.

| What does the Associate need to work on? Try to pick 1 or 2 areas. | What on-the-job activities should the Associate do in order to improve this area? | Start date and end date | Who will follow up and when? | Place a "Yes" or "No" next to each activity. |
|---|---|---|---|---|
| PK'S | ALL CUSTOMER CLINIC'S + DEPT. PK'S WILL BE DONE BY JIM. KEEP COPIES, TRACK HOURS. (CORE PK'S) | NOW – OCT. | MIKE M. CHRIS CAT. | ✓ |
| REPORTS | BUYER'S CLEARANCE, MANAGERS CLEARANCE, IMBALANCE REPORT, (REDUCTION OF INVENTORY) – COPY OF A REPORT ON INVENTORY REDUCTION EVERY WEEK IN CHRIS CAT.'S BIN. | NOW – OCT. | MIKE M. CHRIS CAT. | ✓ |

I am signing this appraisal to indicate I have been informed of its content.

| Associate Signature | James Taylor | Date | 6/16/01 |
| Supervisor Signature | Michael D. [illegible] | Date | 6-16-01 |
| Store Manager Signature | [illegible] | Date | 6/16/01 |

HDS-161 (1/99)    DISTRIBUTION: White—Personnel File   Yellow—Associate Copy   Pink—Supervisor Copy

Page 5 of 5



# SALES ASSOCIATE PERFORMANCE APPRAISAL

**THE PURPOSE OF THIS APPRAISAL IS TO:**
1. **Inform:** Talk openly and honestly about performance and The Home Depot.
2. **Evaluate:** Evaluate performance on job responsibilities and required skills.
3. **Develop:** Identify development actions that can be taken to enhance performance.

| Associate Name: JAMES TAYLOR | Supervisor: MICHAEL LATOURELLE | Store # 2662 |
|---|---|---|
| Type of Review: Regular Review ☐ Monetary ☒ Non-monetary ☐ Merit Review | | |
| Soc. Sec. # | Date of Hire: | Date Written: 11-11-00 | Date Given: |

## I) AISLE RESPONSIBILITY EVALUATION

*Instructions: Reviewers use this form to evaluate an Associate's aisle responsibilities. If they had more than one category assignment, combine their results in each column. Use this as a tool for positive development and training.*

| Category Assignment: | YTD Sales: | LY Sales: | % Increase (from Store Walk Report): |
|---|---|---|---|
| | | | |
| | | | |

## II) DEVELOPMENT GAMEPLAN

If this is **not** the first time this Associate has been reviewed using this form, he/she should have created a Development Plan during their last review. If so, please indicate the Associate's progress on their Development Plan.

| | Please Circle |
|---|---|
| This Associate has worked on their Development Plan. | **Yes** / No |
| This Associate showed improvement on the topics included in their Development Plan. | **Yes** / No |

| | | Please Circle One | | | |
|---|---|---|---|---|---|
| Overall, rate the Associate's performance in the completion of their Development Plan | None of the Plan completed. | About 25% of the Plan completed. | About 50% of the Plan completed. | About 75% of the Plan completed. | 100% of the Plan completed. |
| | 1 | 2 | 3 | **(4)** | 5 |

### III) COMPETENCIES

**Instructions:** The following ratings focus on competencies that are essential for doing the Sales Associate job effectively. Rate the Sales Associate using the following scale and by circling your choice.

- 5 = **Exceptional Performance.** Meets all and exceeds most job expectations.
- 4 = **Effective Performance.** Meets all and exceeds some job expectations.
- 3 = **Solid Performance.** Meets job expectations.
- 2 = **Improvement Needed.** Meets some, but does not consistently meet all job expectations.
- 1 = **Unacceptable Performance.** Not meeting job expectations.

**1. Satisfying the Customer**    1   2   3   **(4)**   5

Greets customers with a smile and makes them feel welcome in the Store. Maintains a positive attitude toward customers when assisting them. Offers to walk customers to the items they need (regardless of location in Store). Uses knowledge of own Department (and others) to insure customers are able to complete their projects. Involves other Associates when necessary to satify a customer request. Serves mutiple customers politely and quickly in the order they approached. Maintains a positive attitude when confronted by dissatisfied or angry customers. Attempts to calm angry customers and resolve their complaints whenever possible. Generally works to ensure customers have a pleasant shopping experience.

Comments: JIM ALWAYS GREETS CUSTOMERS WITH A SMILE AND MAKES THEM FEEL WELCOME. ALWAYS USES HIS KNOWLEDGE TO MAKE SURE THAT ALL CUSTOMERS HAVE A POSITIVE SHOPPING EXPERIENCE. SERVICES MULTIPLE CUSTOMERS CALMLY AND POLITELY. JIM NEVER LOSES HIS COOL WHEN FACED WITH UNSATISFIED CUSTOMERS.

**2. Safety, Store Security and Shrink Control**    1   2   **(3)**   4   5

Follows Home Depot safety policies and procedures. Looks for and reports potential safety hazards. Encourages other Associates to work safely. Follows best practices for shrink control while serving customers and performing other activities in Department. Works with Loss Prevention Supervisor to identify causes of shrink and assists in preventing them. Participates in the Impact Program.

Comments: JIM DOES WORK SAFELY, HOWEVER COULD MAKE SURE THAT OTHERS ARE DOING SO, AND ENCOURAGE HOW IMPORTANT IT IS TO DO SO. WHENEVER JIM IS MADE AWARE OF A SAFETY ISSUE HE DOES WHATEVER HE HAS TO DO TO RIGHT THE SITUATION. JIM DOES TAKE PART IN THE IMPACT PROGRAM.

**3. Product, Department, and Store Knowledge**    1   2   3   **(4)**   5

Quickly gains in-depth product knowledge in current Department. Demonstrates a thorough understanding of projects involving the Department's products. Quickly learns and performs Home Depot Sales Associate procedures (such as packout, pack-down, item checks, etc.). Demonstrates the ability to learn to work in other Departments throughout the Store. Uses codes such as SKU's and UPC's correctly.

Comments: JIM IS ALWAYS GAINING KNOWLEDGE IN CURRENT DEPARTMENT, AND SHARING WITH OTHERS WHAT HE IS LEARNING. JIM IS REALLY WORKING HARD AT HOME DEPOT SALES ASSOCIATE PROCEDURES SUCH AS PACK OUT - PACK DOWN. JIM COULD SPEND SOME MORE TIME LEARNING AND WORKING WHEN NEEDED IN OTHER DEPARTMENT.

### 4. Striving to be the Best                    1   2   3   ④   5

Maintains an excellent track record of completing tasks assigned by managers and Department Supervisor. Takes responsibility for the outcome of decisions or actions. Pays attention to the details of the job to avoid making mistakes. Looks for and suggests new ways of doing things (i.e. shrink reduction, Depot Dons). Works productively without constant supervision. Looks for work to do without being asked. Takes personal pride in own work quality and the condition of the Department.

Comments: JIM DEFINATLY HAS A EXCELLENT TRACK RECORD FOR COMPLETING TASKS ASSIGNED TO HIM FROM SUPERVISORS. JIM SOMETIMES NEEDS TO BE REMINDED HOW IMPORTANT THE CUSTOMER IS TO OUR BUSINESS.

### 5. Being a Team Player                        1   2   3   ④   5

Cooperates and works productively with the Department Head and other Associates. Assists Cashiers with item checks, etc. without being required to do so. Helps train new Associates or those who do not know the Department. Shares desirable and undesirable tasks fairly with other Associates. Offers to help Associates who are dealing with multiple customer requests. Seeks help or involvement from other Associates.

Comments: JIM ALWAYS COOPERATES AND WORKS PRODUCTIVELY WITH DEPARTMENT HEAD AND ALL OTHER ASSOCIATES. JIM DOES WHATEVER IS ASKED OF HIM, WITHOUT ANY QUESTION ALWAYS HELPS OTHERS FACED WITH MULTIPLE CUSTOMERS.

### 6. Sharing Information                        1   2   3   ④   5

Describes technical features of a product to a customer using non technical language. Provides clear and direct answers to questions from customers and other Associates. Presents information effectively in Department meetings. Adjusts style of speaking to fit the listener (i.e. do-it-yourselfers, contractors, other Associates).

Comments: JIM WILL ALWAYS TO THE BEST OF HIS ABILITY ANSWER ALL OF THE QUESTIONS A CUSTOMER HAS, AND GIVE THE CUSTOMER THE ANSWERS AND THE PRODUCT THAT THEY ARE LOOKING FOR. JIM ALWAYS SPEAKS HIS MIND IN DEPARTMENT MEETINGS.

### 7. Stress Tolerance                           1   2   3   ④   5

Makes quick adjustments to plans based on unexpected events (i.e. sick Associates, Store walks, business peaks). Adapts to changes in policies or procedures. Maintains a positive attitude toward customers and Associates when required to complete a task quickly. Maintains a positive attitude when faced with several customers at once. Remains focused and effective when correcting a mistake made with a customer.

Comments: JIM HAS BEEN ONE OF MOST DEPENDABLE ASSOCIATES IN THE PAINT DEPARTMENT CHANGING SCHEDULE WHEN NEEDED AND COMING BACK TO HELP OUT OR STAYING LATE TO COVER FOR OTHERS ILLNESS. JIM ALWAYS MAINTAIN A POSITIVE ATTITUDE.

Attends to the customer's explanation of problems or needs. Determines if there are gaps in current understanding of the problem. Asks questions to clarify the customer's needs when necessary. Correctly diagnoses customers' needs. Listens to coworkers and management team.

Comments: JIM HAS LEARNED TO USE ALL OF THE RESOURCES AVAILABLE TO HIM TO MAKE SURE THAT HIS CUSTOMERS RECEIVE THE BEST CUSTOMER SERVICE POSSIBLE. JIM WILL ALWAYS LISTEN TO HIS COWORKERS AND TO THE MANAGEMENT TEAM.

## 9. Judgement — 4

Gathers and considers all information relevant to a problem or issue. Identifies options for solving the problem. Makes decisions based on Home Depot policy, advice, and past experience when available. Takes a creative approach to solving problems when policies, advice, or past experiences do not apply. Performs tasks in order of priority.

Comments: JIM IS ONE OF THE BEST IN THE PAINT DEPARTMENT, AT THIS TIME, THAT GATHERS AND CONSIDERS ALL INFORMATION TO SOLVE A PROBLEM. AND AGAIN MAKES SURE THAT CUSTOMERS GET THE SERVICE THAT THEY SHOULD.

## OVERALL RATING — 4

Make an overall rating by considering: (1) the Results of the Aisle Responsibility Assignment in Section I, (2) Progress on previous Development Plan (if not first review with this form) in Section II, (3) the Competency ratings you gave in Section III.

Comments: JIM HAS BECOME ONE OF MY MOST DEPENDABLE PAINT ASSOCIATES. JIM HAS A GREAT PERSONNALITY WITH CUSTOMERS AND ASSOCIATES. JIM HAS A LOT OF TRAINING IN PAINT AND IN HOME DEPOT POLICIES AND PROCEDURES. JIM IS ALWAYS WILLING TO ~~LEARN~~ TEACH WHAT HE KNOWS TO OTHER ASSOCIATES. KEEP UP THE GREAT WORK JIM. I HOPE THAT I CAN CONTINUE TO DEPEND ON YOU, NO MATTER WHAT HOME DEPOT EITHER OF US IS WORKING AT IN THE FUTHUR.

Associate Name (Please Print): ___Jim Taylor___   **SALES ASSOCIATE**

IV) DEVELOPMENT PLAN

### DEVELOPMENT PLAN
Use the following section to develop a plan. Keep the gameplan in a tickler file so that you can follow up.

| DEVELOPMENT | ACTIVITIES TO IMPROVE PERFORMANCE | TIME FRAME REVIEW PERIOD AND DATE | | |
|---|---|---|---|---|
| What does the Associate need to work on? Try to pick 1 or 2 areas. | What on-the-job activities should the Associate do in order to improve this area? | Start date and end date | Who will follow up and when? | Place a "Yes" or "No" next to each activity. |
| Providing Customer | 1. Ask customers more questions to determine if all their needs and expectations have been met. | Now - 6/30/01 | HC, FES 4/30/01 | |
| | 2. Greet customers with direct eye contact and a polite greeting. | Now - 6/30/01 | HC, FES 4/30/01 | |
| Aisle Assignment | New Aisle Ass(t) From Greco to Custom including Power Washers (Purdy) overheads must include stripping overheads and signing up to date | 12/13 - next ASM Review Chris | | |
| Cross-training | Cross-train in Dept 23 with Chuck Product Knowledge PK and Basics of Dept 23 | 12/13 - next ASM Review Chris | | |

I am signing this appraisal to indicate I have been informed of its content.

| Associate Signature | | Date 12/13/00 |
|---|---|---|
| Supervisor Signature _[signed]_ | | Date |
| Store Manager Signature _[signed]_ | | Date 12/13/00 |

HDS-161 (1/99)   DISTRIBUTION: White—Personnel File   Yellow—Associate Copy   Pink—Supervisor Copy

Page 5 of 5