# EXHIBIT 15

07-17-02 14:51  HOME DEPOT W SPRINGFIELD MA          ID=413+747+6617           P02/19

**Statement of Penny Allen, Store Manager 2662**
**Re: Lionel Fleming, interview for Department Supervisor**

On June 27, 2002 I, Penny Allen, Store Manager of the Home Depot in West Springfield, Massachusetts store 2662, attempted to interview Lionel Fleming for a Sales Department Supervisor position. This meeting took place in the manager's office at 12:30 pm.

I told Lionel I was interviewing him for a Sales Department Supervisor position, and asked him if it was a position he was interested in. He stated that at this time he was not interested in interviewing for a Sales Department Supervisor, as he was interested instead in moving back to Florida to be with his family. I asked him if he needed help from Marcia Neves, the Human Resource Manager or myself to get into contact with the Store Manager or Human Resource Manager of the store in Florida he was interested in transferring to. Lionel stated that he wanted to transfer back to store #285, and that he did not need any help with the transfer. I then told him that if he was not planning on moving back to Florida right away, he could still interview for a Sales Department Supervisor position and if he should be the most qualified candidate for the position that he could then possibly transfer to Florida as a Department Supervisor. I told him that I would not be finishing all of the interviews today and that I would check back with him on Monday or Tuesday of the following week to see if he had changed his mind and wanted to interview for the position at that point in time. He said he would think about it.

On Tuesday July 2, 2002 I followed up with Lionel to see if he had changed his mind about interviewing for the Department Supervisor position. He said he still was not interested in interviewing for the position.


**Penny Allen**
**Store manager**
**Store #2662**

07-17-02 15:50  TO:HOME DEPOT #SSC NORTHEAST          FROM:413+747+6617           P02