## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIONEL FLEMING, | Plaintiff | **Case No. 04-30213-MAP** |
| vs. | | |
| HOME DEPOT INC., | Defendant | |

### PLAINTIFF'S MOTION TO EXTEND TIME
### TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION

The Plaintiff, Lionel Fleming, requests that the Court extend the time for Plaintiff's Opposition to Defendant's Summary Judgment Motion to Monday, December 3, 2007. In support of this Motion for Extension plaintiff's counsel states that he has been unable to complete an Opposition, due to the demands of other matters that are also very time sensitive. Further, defense counsel recently requested and obtained an extension of the dates for defendant's submittals.

To the extent defendant claims prejudice by an extension, plaintiff is willing, if the Court approves, to extend time for defendants' Reply Brief to the day before the scheduled argument.

This extension is requested in order to provide sufficient time to complete the Opposition, and the Extension is not requested as a means or for the purpose of delaying.

**The Plaintiff,**
**Lionel Fleming**

By: _____
Timothy J. Ryan, BBO#551680
Ryan & Downey, P.C.
1441 Main Street, Suite 1040
Springfield, MA 011030-1450
T: (413) 214-6080
F: (413) 214-6085

1

## Certificate of Service

I, Timothy J. Ryan, hereby certify that I have caused a copy of this motion to be served on counsel for the Defendants, via U.S. Mail, postage prepaid, on this the ___ day of November, 2007.

Timothy J. Ryan