# ASSOCIATE ACTION NOTICE

**COMPLETE SECTION 'A' FOR ALL CHANGES**

☐ SALARIED  ☒ HOURLY

**A** Last Name: Arent    First: Robert    Middle Initial: ___    Store: 2662    Dept.: 26    Social Security #: 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

## PERSONAL CHANGE — CHANGE IN ASSOCIATE STATUS

**B** Last Name: ___    First: ___    Middle Initial: ___    Home Phone: ___    Effective Date of Change: ___
Mailing Address: ___    City: ___    State: ___    Zip: ___

☐ Single (S)   ☐ Married (M)   ☐ Divorced (D)   ☐ Legally Separated (L)   ☐ Other (O)   ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

## REVIEW/RATE CHANGE

**C**
☐ Introductory Review (IR)     ☐ Merit Review (MR)♦
☒ Regular Review (RR)          ☐ Promotion/Demotion♦
☐ Non-Monetary Regular         ☐ Follow-up Review (FR)
  Review with Merit (RM)♦     ☐ Base Rate Adjustment (AJ)♦
♦District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: ☐ SAL. ☐ HR. 16
% of Increase: 0
New Rate: ☐ SAL. ☐ HR. 16
Date Review Given: 12/6/00
Effective Date of Rate Change: 1/1/01

*Must be same as Associate Signature Date, Section 'K'
**Effective Date must be the quarterly review date for RR and RM review categories.

## EMPLOYMENT STATUS CHANGE (EC)

**D** Change To:
☐ Full Time (FT) Hourly   ☐ Full Time (FS) Salaried   ☐ Part Time (PT)   ☐ Temporary (TP)   ☐ Re-Instatement (RI) (Write explanation in space provided below)   Effective Date of Change: ___
Explanation of Re-Instatement: ___

## JOB CHANGE

**E**
☐ Promotion (must pass drug test) (PM)
☐ Demotion (DM)
☐ Department/Title Change (DC)
☐ ASM Dept. Assignment (AR)

Drug Test Requisition #: ___
FROM: Dept. ___   Job Title Code ___   Job Title ___
TO: Dept. ___   Job Title Code ___   Job Title ___
Effective Date of Change: ___

## STORE TRANSFER (ST)

**F** REQUESTED BY:
☐ Company (C)
☐ Associate (E)
FROM: Store ___   Dept ___   Departure Date ___   Job Title ___
TO: Store ___   Dept. ___   Report Date ___   Job Title ___
Effective Date of Change: ___

## TERMINATION (TE)

**G** Last Day Worked: ___   Vacation Hours Due: ___   Hire Date: ___   Eligible for Rehire: ☐ Yes  ☐ No   Effective Date of Termination: ___
Termination Code (see back): ___   Reason for Termination: ___   Date Insurance Benefits End: ___   Date Other Benefits End: ___

## ASSOCIATE REQUEST

**H** VACATION (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)
Beginning Date: ___   Ending Date: ___   Number of Working Hours: ___   Pay Check in Advance (2 weeks notice needed): ☐ Yes ☐ No   Requested Pay Date*: ___   *Must be a regular pay date

## SPECIAL PAYMENT

**I**
TRAVEL PAY    Travel Date(s): ___    Number of Hours/Days: ___   From Location: ___   To Location: ___
JURY DUTY     Beginning Date: ___   Ending Date: ___   Number of Hours/Days: ___
OTHER (reason): ___    Amount: ___

## ADDITIONAL INFORMATION/EXPLANATION

**J** ___

**K**
Manager's Signature: [signed]   Date: 12/6/00
Associate's Signature: [signed]   Date: ___
Human Resources Dept.: ___   Date: ___
Supervisor's Signature: ___   Date: ___
Payroll Dept.: ___   Date: ___
District Mgr.'s Signature†: ___   Date: ___
Input By: ___   Date: ___

†District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate Adjustment.

DC-075 (8/96)

# ASSOCIATE ACTION NOTICE

THE HOME DEPOT

☐ SALARIED  ☒ HOURLY

**COMPLETE SECTION 'A' FOR ALL CHANGES**

**A** Last Name: PARENT   First: Robert   Middle Initial:    Store #: 2662   Dept: 26   Social Security: 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

**B PERSONAL CHANGE** — CHANGE IN ASSOCIATE STATUS

Last Name:    First:    Middle Initial:    Home Phone:    Effective Date of Change:
Mailing Address:    City:    State:    Zip:

☐ Single (S)   ☐ Married (M)   ☐ Divorced (D)   ☐ Legally Separated (L)   ☐ Other (O)   ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

**C REVIEW/RATE CHANGE**

☐ Introductory Review (IR)    ☐ Merit Review (MR)♦
☒ Regular Review (RR)         ☐ Promotion/Demotion♦
☐ Non-Monetary Regular Review with Merit (RM)♦   ☐ Follow-up Review (FR)
                              ☐ Base Rate Adjustment (AJ)♦

♦District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: ☐ SAL.   ☒ HR. 16 —
New Rate: ☐ SAL.   ☒ HR. 16 80
% of Increase: 5
Date Review Given*: 6/21/01
Effective Date of Rate Change**: 7/2/01

*Must be same as Associate Signature Date, Section 'K'
**Effective Date must be the quarterly review date for RR and RM review categories.

**D EMPLOYMENT STATUS CHANGE (EC)**

Change To:
☐ Full Time (FT) Hourly   ☐ Full Time (FS) Salaried   ☐ Part Time (PT)   ☐ Temporary (TP)   ☐ Re-Instatement (RI) (Write explanation in space provided below)   Effective Date of Change:

Explanation of Re-Instatement:

**E JOB CHANGE**

☐ Promotion (must pass drug test) (PM)   Drug Test Requisition #:
☐ Demotion (DM)
☐ Department/Title Change (DC)
☐ ASM Dept. Assignment (AR)

FROM: Dept:    Job Title Code:    Job Title:
TO: Dept:    Job Title Code:    Job Title:
Effective Date of Change:

**F STORE TRANSFER (ST)**

REQUESTED BY:
☐ Company (C)
☐ Associate (E)

FROM: Store:    Dept:    Job Title:    Departure Date:
TO: Store:    Dept:    Job Title:    Report Date:    Effective Date of Change:

**G TERMINATION (TE)**

Last Day Worked:    Vacation Hours Due:    Hire Date:    Eligible for Rehire: ☐ Yes ☐ No   Effective Date of Termination:
Termination Code (see back):    Reason for Termination:    Date Insurance Benefits End:    Date Other Benefits End:

## ASSOCIATE REQUEST

**H VACATION** (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)

Beginning Date:    Ending Date:    Number of Working Hours:    Pay Check in Advance (2 weeks notice needed): ☐ Yes ☐ No   Requested Pay Date*:    *Must be a regular pay date

**I SPECIAL PAYMENT**

TRAVEL PAY: Travel Date(s):    Number of Hours/Days:    From Location:    To Location:
JURY DUTY: Beginning Date:    Ending Date:    Number of Hours/Days:
OTHER (reason):    Amount:

**J ADDITIONAL INFORMATION/EXPLANATION**

Manager's Signature: [signature]    Date: 6/21/01
Associate's Signature: [signature]    Date:
Human Resources Dept.:    Date:
Supervisor's Signature:    Date:
Payroll Dept.:    Date:
District Mgr.'s Signature♦:    Date:
Input By:    Date:

♦District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate Adjustment.

-075 (8/96)

# ASSOCIATE ACTION NOTICE

☐ SALARIED   ☒ HOURLY

**COMPLETE SECTION 'A' FOR ALL CHANGES**

**A** Last Name: COURTEAU  First: LOUIS  Middle Initial: P  Store #: 2662  Dept #: 25  Social Security #: 015 58 3006

**B** PERSONAL CHANGE — CHANGE IN ASSOCIATE STATUS
Last Name, First, Middle Initial, Home Phone, Effective Date of Change
Mailing Address, City, State, Zip
☐ Single (S)  ☐ Married (M)  ☐ Divorced (D)  ☐ Legally Separated (L)  ☐ Other (O)  ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

**C** REVIEW/RATE CHANGE
☐ Introductory Review (IR)  ☐ Merit Review (MR)♦
☒ Regular Review (RR)  ☐ Promotion/Demotion♦
☐ Non-Monetary Regular Review with Merit (RM)♦  ☐ Follow-up Review (FR)
☐ Base Rate Adjustment (AJ)♦
♦District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: ☐ SAL.  ☒ HR. 12.00
New Rate: ☐ SAL.  ☒ HR. 12.50
% of Increase: 4.16
Date Review Given*: 03/14/01
Effective Date of Rate Change: 04/02/01
*Must be same as Associate Signature Date, Section 'K'
**Effective Date must be the quarterly review date for RR and RM review categories.

**D** EMPLOYMENT STATUS CHANGE (EC)
Change To: ☐ Full Time (FT) Hourly  ☐ Full Time (FS) Salaried  ☐ Part Time (PT)  ☐ Temporary (TP)  ☐ Re-Instatement (RI)
Effective Date of Change
Explanation of Re-Instatement:

**E** JOB CHANGE
☐ Promotion (must pass drug test) (PM)  ☐ Demotion (DM)  ☐ Department/Title Change (DC)  ☐ ASM Dept. Assignment (AR)
Drug Test Requisition #, FROM: Dept., Job Title Code, TO: Dept., Job Title Code, Effective Date of Change, Job Title

**F** STORE TRANSFER (ST)
REQUESTED BY: ☐ Company (C)  ☐ Associate (E)
FROM: Store, Dept, Departure Date, Job Title, TO: Store, Dept, Report Date, Job Title, Effective Date of Change

**G** TERMINATION (TE)
Last Day Worked, Vacation Hours Due, Hire Date, Eligible for Rehire ☐ Yes ☐ No, Effective Date of Termination
Termination Code (see back), Reason for Termination, Date Insurance Benefits End, Date Other Benefits End

## ASSOCIATE REQUEST

**H** VACATION (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)
Beginning Date, Ending Date, Number of Working Hours, Pay Check in Advance (2 weeks notice needed) ☐ Yes ☐ No, Requested Pay Date* *Must be a regular pay date

**I** SPECIAL PAYMENT
TRAVEL PAY — Travel Date(s), Number of Hours/Days, From Location, To Location
JURY DUTY — Beginning Date, Ending Date, Number of Hours/Days
OTHER (reason): Amount

**J** ADDITIONAL INFORMATION/EXPLANATION

**K**
Manager's Signature: [signed]  Date:
Associate's Signature: [signed]  Date: 14 MARCH 2001
Human Resources Dept: [signed]  Date: 14 MARCH 2001
Supervisor's Signature:  Date:
Payroll Dept:  Date:
District Mgr's Signature: [signed]  Date: 3/14/01
Input By: [signed]

*District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate Adjustment.

IC-075 (8/96)

DISTRIBUTION: White—Payroll  Yellow—Associate File  Pink—Associate



# ASSOCIATE ACTION NOTICE
COMPLETE SECTION 'A' FOR ALL CHANGES

[ ] SALARIED   [X] HOURLY

**A** Last Name: Courteau  First: Louis  Middle Initial: P  Store #: 2602  Dept. #: 28  Social Security #: 015 15813086

**B** PERSONAL CHANGE — CHANGE IN ASSOCIATE STATUS
Last Name:  First:  Middle Initial:  Home Phone:  Effective Date of Change:
Mailing Address:  City:  State:  Zip:
[ ] Single (S)  [ ] Married (M)  [ ] Divorced (D)  [ ] Legally Separated (L)  [ ] Other (O)  [ ] Changing Tax Status (Attach New Federal and State Tax Forms)

**C** REVIEW/RATE CHANGE
[ ] Introductory Review (IR)    [ ] Merit Review (MR)*
[X] Regular Review (RR)         [ ] Promotion/Demotion*
[ ] Non-Monetary Regular Review with Merit (RM)*   [ ] Follow-up Review (FR)
[ ] Base Rate Adjustment (AJ)*
* District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: [ ] SAL.  [X] HR. 12 50
New Rate: [ ] SAL.  [X] HR. 12 50
% of Increase: 0
Date Review Given*: 9/29/01
Effective Date of Rate Change: 10/01/01
*Must be same as Associate Signature Date, Section 'K'
**Effective Date must be the quarterly review date for RR and RM review categories.

**D** EMPLOYMENT STATUS CHANGE (EC)
Change To: [ ] Full Time (FT) Hourly  [ ] Full Time (FS) Salaried  [ ] Part Time (PT)  [ ] Temporary (TP)  [ ] Rehire
[ ] With Break-in-Service (RH or SH)
[ ] Without Break-in-Service (RI) **(Re-instatement) see SOP 01-03
Effective Date of Change:  Explanation of Rehire without Break-in-Service:

**E** JOB CHANGE
[ ] Promotion (must pass drug test) (PM)
[ ] Demotion (DM)
[ ] Department/Title Change (DC)
[ ] ASM Dept. Assignment (AR)
Drug Test Requisition #:  FROM: Dept.  Job Title Code  TO: Dept.  Job Title Code  Effective Date of Change
Job Title:  Job Title:

**F** STORE TRANSFER (ST)
REQUESTED BY: [ ] Company (C)  [ ] Associate (E)
FROM: Store  Dept  Departure Date  TO: Store  Dept  Report Date  Effective Date of Change
Job Title:  Job Title:

**G** TERMINATION (TE)
Last Day Worked:  Vacation Hours Due:  Hire Date:  Effective Date of Termination:
Termination Code (see back):  Reason for Termination:

## ASSOCIATE REQUEST

**H** VACATION (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)
Beginning Date:  Ending Date:  Number of Working Hours:

**I** SPECIAL PAYMENT
TRAVEL PAY — Travel Date(s):  Number of Hours/Days:  From Location:  To Location:
JURY DUTY — Beginning Date:  Ending Date:  Number of Hours/Days:
OTHER (reason):  Amount:

**J** ADDITIONAL INFORMATION/EXPLANATION

**K** Manager's Signature: [signed]  Date: 23 SEPT 2001
Associate's Signature: [signed]  Date: 9-28-01
Human Resources Dept.:  Date:
Supervisor's Signature:  Date:
Payroll Dept.:  Date:
District Mgr.'s Signature:  Date:
RVP/HRVP Signature:  Date: KP 9/28/01

**HRVP Approval Required.

HDC-075 (7/01)    DISTRIBUTION: White—Associate File   Yellow—Payroll   Pink—Associate

# ASSOCIATE ACTION NOTICE

THE HOME DEPOT

COMPLETE SECTION 'A' FOR ALL CHANGES

[ ] SALARIED   [X] HOURLY

**A** Last Name: BOGLE  First: MATT  Middle Initial: T  Store #: 2662  Dept: 23  Social Security #: 027 156 1876

**B** PERSONAL CHANGE — CHANGE IN ASSOCIATE STATUS

Last Name: ___  First: ___  Middle Initial: ___  Home Phone: ___  Effective Date of Change: ___
Mailing Address: ___  City: ___  State: ___  Zip: ___

[ ] Single (S)  [ ] Married (M)  [ ] Divorced (D)  [ ] Legally Separated (L)  [ ] Other (O)  [ ] Changing Tax Status (Attach New Federal and State Tax Forms)

**C** REVIEW/RATE CHANGE

[ ] Introductory Review (IR)  [ ] Merit Review (MR)◆
[X] Regular Review (RR)  [ ] Promotion/Demotion◆
[ ] Non-Monetary Regular Review with Merit (RM)◆  [ ] Follow-up Review (FR)
[ ] Base Rate Adjustment (AJ)◆

◆District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: [ ] SAL.  [X] HR. 13 50
New Rate: [ ] SAL.  [X] HR. 14 00
% of Increase: 4.6%
Date Review Given*: 3/23/01
Effective Date of Rate Change: 4/2/01

*Must be same as Associate Signature Date, Section 'K'
**Effective Date must be the quarterly review date for RR and RM review categories.

**D** EMPLOYMENT STATUS CHANGE (EC)

Change To:
[ ] Full Time (FT) Hourly  [ ] Full Time (FS) Salaried  [ ] Part Time (PT)  [ ] Temporary (TP)  [ ] Re-Instatement (RI) (Write explanation in space provided below)
Effective Date of Change: ___
Explanation of Re-Instatement:

**E** JOB CHANGE

[ ] Promotion (must pass drug test) (PM)
[ ] Demotion (DM)
[ ] Department/Title Change (DC)
[ ] ASM Dept. Assignment (AR)

Drug Test Requisition #: ___
FROM: Dept. ___  Job Title Code ___  Job Title ___
TO: Dept. ___  Job Title Code ___  Job Title ___
Effective Date of Change: ___

**F** STORE TRANSFER (ST)

REQUESTED BY:
[ ] Company (C)
[ ] Associate (E)

FROM: Store ___  Dept ___  Departure Date ___  Job Title ___
TO: Store ___  Dept ___  Report Date ___  Job Title ___
Effective Date of Change: ___

**G** TERMINATION (TE)

Last Day Worked: ___  Vacation Hours Due: ___  Hire Date: ___  Eligible for Rehire: [ ] Yes [ ] No  Effective Date of Termination: ___
Termination Code (see back): ___  Reason for Termination: ___  Date Insurance Benefits End: ___  Date Other Benefits End: ___

## ASSOCIATE REQUEST

**H** VACATION (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)

Beginning Date: ___  Ending Date: ___  Number of Working Hours: ___  Pay Check in Advance (2 weeks notice needed): [ ] Yes [ ] No  — Requested Pay Date* *Must be a regular pay date: ___

**I** SPECIAL PAYMENT

TRAVEL PAY — Travel Date(s): ___  Number of Hours/Days: ___  From Location: ___  To Location: ___
JURY DUTY — Beginning Date: ___  Ending Date: ___  Number of Hours/Days: ___
OTHER (reason): ___  Amount: ___

**J** ADDITIONAL INFORMATION/EXPLANATION

**K** Manager's Signature: [signature]  Date: 3/23/01
Associate's Signature: [signature]  Date: 3-23-01
Human Resources Dept.: ___  Date: ___
Supervisor's Signature: ___  Date: ___
Payroll Dept.: ___  Date: ___
District Mgr.'s Signature*: [signature]  Date: ___

*District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate...

# ASSOCIATE ACTION NOTICE

☐ SALARIED  ☑ HOURLY

**COMPLETE SECTION 'A' FOR ALL CHANGES**

**A** Last Name: Bogle   First: Matt   Middle Initial:    Store #: 2662   Dept: 23   Social Security #: 007-56-874

## CHANGE IN ASSOCIATE STATUS

**B** PERSONAL CHANGE

Last Name:    First:    Middle Initial:    Home Phone:    Effective Date of Change:
Mailing Address:    City:    State:    Zip:

☐ Single (S)  ☐ Married (M)  ☐ Divorced (D)  ☐ Legally Separated (L)  ☐ Other (O)  ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

**C** REVIEW/RATE CHANGE

☐ Introductory Review (IR)   ☐ Merit Review (MR)*
☑ Regular Review (RR)        ☐ Promotion/Demotion*
☐ Non-Monetary Regular Review with Merit (RM)*   ☐ Follow-up Review (FR)
☐ Base Rate Adjustment (AJ)*

*District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: ☐ SAL. ☑ HR. 14.00 15.00
% of Increase: 0
New Rate: ☐ SAL. ☐ HR. 15.00
Date Review Given*: 9-28-01
Effective Date of Rate Change: 10/1/01

*Must be same as Associate Signature Date, Section "K"
**Effective Date must be the quarterly review date for RR and RM review categories.

**D** EMPLOYMENT STATUS CHANGE (EC)

Change To:
☐ Full Time (FT) Hourly   ☐ Full Time (FS) Salaried   ☐ Part Time (PT)   ☐ Temporary (TP)   ☐ Rehire
☐ With Break-in-Service (RH or SH)
☐ Without Break-in-Service (RI)
**(Re-instatement) see SOP 01-03

Effective Date of Change:    Explanation of Rehire without Break-in-Service:

**E** JOB CHANGE

☐ Promotion (must pass drug test) (PM)
☐ Demotion (DM)
☐ Department/Title Change (DC)
☐ ASM Dept. Assignment (AR)

Drug Test Requisition #:    FROM: Dept.    Job Title Code    TO: Dept.    Job Title Code    Effective Date of Change
Job Title:    Job Title:

**F** STORE TRANSFER (ST)

REQUESTED BY:
☐ Company (C)
☐ Associate (E)

FROM: Store    Dept    Departure Date    TO: Store    Dept    Report Date    Effective Date of Change
Job Title:    Job Title:

**G** TERMINATION (TE)

Last Day Worked:    Vacation Hours Due:    Hire Date:    Effective Date of Termination:
Termination Code (see back):    Reason for Termination:

## ASSOCIATE REQUEST

**H** VACATION (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)

Beginning Date:    Ending Date:    Number of Working Hours:

**I** SPECIAL PAYMENT

TRAVEL PAY: Travel Date(s)    Number of Hours/Days    From Location    To Location
JURY DUTY: Beginning Date    Ending Date    Number of Hours/Days
OTHER (reason):    Amount

**J** ADDITIONAL INFORMATION/EXPLANATION

**K** Manager's Signature:    Date:
Associate's Signature: Matt Bgl   Date: 9-28-01   Supervisor's Signature: [signature]   Date: 9/1/01
Human Resources Dept.:    Date:    Payroll Dept.:    Date:
District Mgr.'s Signature:    Date:

**HRVP Approval Required.

# ASSOCIATE ACTION NOTICE

**THE HOME DEPOT**

COMPLETE SECTION 'A' FOR ALL CHANGES

☐ SALARIED   ☑ HOURLY

**Last Name:** Taylor  **First:** James  **Middle Initial:**  **Store:** 2618  **Dept:** 94  **Social Security #:** 026 36 4368

## PERSONAL CHANGE / CHANGE IN ASSOCIATE STATUS

Last Name: _____ First: _____ Middle Initial: _____ Home Phone: _____ Effective Date of Change: _____
Mailing Address: _____ City: _____ State: _____ Zip: _____

☐ Single (S)  ☐ Married (M)  ☐ Divorced (D)  ☐ Legally Separated (L)  ☐ Other (O)  ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

## REVIEW/RATE CHANGE

☐ Introductory Review (IR)   ☐ Merit Review (MR)♦
☑ Regular Review (RR)        ☐ Promotion/Demotion♦
☐ Non-Monetary Regular       ☐ Follow-up Review (FR)
   Review with Merit (RM)♦   ☐ Base Rate Adjustment (AJ)♦

♦District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: ☐ SAL ☑ HR. 16.35
New Rate: ☐ SAL ☑ HR. 16.35
% of Increase: 0
Date Review Given: 12/13/00
Effective Date of Rate Change: 12/13/00

*Must be same as Associate Signature Date, Section 'K'
**Effective Date must be the quarterly review date for RR and RM review categories.

## EMPLOYMENT STATUS CHANGE (EC)

Change To:
☐ Full Time (FT) Hourly   ☐ Full Time (FS) Salaried   ☐ Part Time (PT)   ☐ Temporary (TP)   ☐ Re-Instatement (RI) (Write explanation in space provided below)   Effective Date of Change: _____

Explanation of Re-Instatement: _____

## JOB CHANGE

☐ Promotion (must pass drug test) (PM)
☐ Demotion (DM)
☐ Department/Title Change (DC)
☐ ASM Dept. Assignment (AR)

Drug Test Requisition #: _____ | FROM: Dept. _____ Job Title Code _____ Job Title _____ | TO: Dept. _____ Job Title Code _____ Job Title _____ | Effective Date of Change: _____

## STORE TRANSFER (ST)

REQUESTED BY:
☐ Company (C)
☐ Associate (E)

FROM: Store _____ Dept _____ Departure Date _____ Job Title _____ | TO: Store _____ Dept. _____ Report Date _____ Job Title _____ | Effective Date of Change: _____

## TERMINATION (TE)

Last Day Worked: _____ | Vacation Hours Due: _____ | Hire Date: _____ | Eligible for Rehire ☐ Yes ☐ No | Effective Date of Termination: _____
Termination Code (see back): _____ | Reason for Termination: _____ | Date Insurance Benefits End: _____ | Date Other Benefits End: _____

## ASSOCIATE REQUEST

**VACATION** (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)

Beginning Date: _____ | Ending Date: _____ | Number of Working Hours: _____ | Pay Check in Advance (2 weeks notice needed) ☐ Yes ☐ No | Requested Pay Date* _____ *Must be a regular pay date

## SPECIAL PAYMENT

TRAVEL PAY | Travel Date(s): _____ | Number of Hours/Days: _____ | From Location: _____ | To Location: _____
JURY DUTY | Beginning Date: _____ | Ending Date: _____ | Number of Hours/Days: _____
OTHER (reason): _____ | Amount: _____

## ADDITIONAL INFORMATION/EXPLANATION

_____

Manager's Signature: _____ Date: _____
Associate's Signature: James Tayl___ Date: 12/13/00
Human Resources Dept.: _____ Date: _____
Supervisor's Signature: [signature] Date: 12/13/00
Payroll Dept.: _____ Date: _____
District Mgr.'s Signature*: _____ Date: _____
Input By: [signature] Date: _____

*District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate Adjustment.

# ASSOCIATE ACTION NOTICE

☐ SALARIED  ☒ HOURLY

**COMPLETE SECTION 'A' FOR ALL CHANGES**

Last Name: Taylor  First: Jim  Middle Initial: _  Store #: 2161  Dept #: 74  Social Security #: 026 36 4360

## PERSONAL CHANGE — CHANGE IN ASSOCIATE STATUS

Last Name: _  First: _  Middle Initial: _  Home Phone: _  Effective Date of Change: _
Mailing Address: _  City: _  State: _  Zip: _

☐ Single (S)  ☐ Married (M)  ☐ Divorced (D)  ☐ Legally Separated (L)  ☐ Other (O)  ☐ Changing Tax Status (Attach New Federal and State Tax Forms)

## REVIEW/RATE CHANGE

☐ Introductory Review (IR)
☒ Regular Review (RR)
☐ Non-Monetary Regular Review with Merit (RM)♦
☐ Merit Review (MR)♦
☐ Promotion/Demotion♦
☐ Follow-up Review (FR)
☐ Base Rate Adjustment (AJ)♦

♦District Manager Approval Required in These Categories.

Review Rating: 4
Current Rate: ☐ SAL  ☒ HR 16.25
New Rate: ☐ SAL  ☐ HR 17.06
% of Increase: 5.0%
Date Review Given: 6/16/01
Effective Date of Rate Change: 7/2/01

*Must be same as Associate Signature Date, Section 'K'
**Effective Date must be the quarterly review date for RR and RM review categories.

## EMPLOYMENT STATUS CHANGE (EC)

Change To:
☐ Full Time (FT) Hourly
☐ Full Time (FS) Salaried
☐ Part Time (PT)
☐ Temporary (TP)
☐ Re-Instatement (RI) (Write explanation in space provided below)
Effective Date of Change: _

Explanation of Re-Instatement:

## JOB CHANGE

☐ Promotion (must pass drug test) (PM)
☐ Demotion (DM)
☐ Department/Title Change (DC)
☐ ASM Dept. Assignment (AR)

Drug Test Requisition #: _
FROM: Dept. _  Job Title Code _  Job Title _
TO: Dept. _  Job Title Code _  Job Title _
Effective Date of Change: _

## STORE TRANSFER (ST)

REQUESTED BY:
☐ Company (C)
☐ Associate (E)

FROM: Store _  Dept _  Departure Date _  Job Title _
TO: Store _  Dept. _  Report Date _  Effective Date of Change _
Job Title _

## TERMINATION (TE)

Last Day Worked: _  Vacation Hours Due: _  Hire Date: _  Eligible for Rehire: ☐ Yes ☐ No  Effective Date of Termination: _
Termination Code (see back): _  Reason for Termination: _  Date Insurance Benefits End: _  Date Other Benefits End: _

## ASSOCIATE REQUEST

**VACATION** (Hourly associates complete a Time & Attendance Change Request form #HDC-150; all others complete this section.)

Beginning Date: _  Ending Date: _  Number of Working Hours: _  Pay Check in Advance (2 weeks notice needed) ☐ Yes ☐ No  Requested Pay Date* _
*Must be a regular pay date

## SPECIAL PAYMENT

TRAVEL PAY — Travel Date(s): _  Number of Hours/Days: _  From Location: _  To Location: _
JURY DUTY — Beginning Date: _  Ending Date: _  Number of Hours/Days: _
OTHER (reason): _  Amount: _

## ADDITIONAL INFORMATION/EXPLANATION

Manager's Signature: [signed] James Taylor  Date: 6/16/01
Associate's Signature: _  Date: _
Supervisor's Signature: [signed]  Date: 6/16/01
Human Resources Dept.: _  Date: _
Payroll Dept.: _  Date: _
District Mgr.'s Signature♦: _  Date: _
Input By: _  Date: _

District Manger Signature only required for the following Review/Rate Change Categories: RM-Non-Monetary Review with Merit; MR-Merit Review; and AJ-Base Rate Adjustment.

075 (8/96)