UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIONEL FLEMING,

        Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

        Defendant.

Civil Action No. 04-30213 MAP

## AFFIDAVIT OF CHRISTOPHER CATALINA IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Christopher Catalina, depose and state upon personal knowledge the following:

1. I am employed as the Store Manager at the West Springfield, Massachusetts Home Depot store.

2. I recall Ken Thompson remarking that Lionel Fleming had expressed a lack of enthusiasm in becoming a Department Supervisor during the October 2001 promotion process.

3. Russell Founds transferred from this store to the Berlin, Connecticut store effective April 1, 2001.

Signed under the pains and penalties of perjury this 6th day of December, 2007.

_____
Christopher Catalina