# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIONEL M. FLEMING,<br>    Plaintiff(s)<br><br>        v.<br>HOME DEPOT U.S.A., INC.,<br>    Defendant(s) | CIVIL ACTION NO. 3:04-30213 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[X]**   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Home Depot U.S.A., Inc., against the plaintiff Lionel M. Fleming, pursuant to the court's memorandum and order entered this date, granting defendant's motion for summary judgment.

                                                                    **SARAH A. THORNTON**,
                                                                    CLERK OF COURT

Dated:  December 20, 2007                    By /s/ *Maurice G. Lindsay*
                                                                     Maurice G. Lindsay
                                                                     Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                [jgm.]